**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| BRIGHTPICK INC., <br><br> Plaintiff, <br><br> v. <br><br> OCADO INNOVATIONS LTD. AND OCADO SOLUTIONS LTD., <br><br><br> Defendants. | Case No. <br><br> **JURY TRIAL DEMANDED** |

**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF BRIGHTPICK INC.**

Under Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Brightpick Inc. submits this disclosure statement:

Brightpick Inc. is a Delaware corporation and a wholly owned subsidiary of Brightpick s. r. o.  No publicly traded company holds more than 10% of Brightpick s. r. o.'s stock.

Under Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Brightpick Inc. states that the following are parties in the partnership, general or limited, or owners or members of Brightpick Inc., a non-publicly traded entity:  AI Capital Fund Ia, CREDOSTAGE 1 Ltd., CREDO STAGE II L.P., DEF 2013 SCA SICAR (Earlybird), RNDr. Eduard Kučera, H&D Asset Management, Ing. Branislav Puliš, IPM GF XIX a. s., Mgr. Jan Žižka PhD, Juraj Ďuriš, Linx USA, LLC, Maxim Larin, Maximilian Kolowrat-Krakowský, Mgr. Michal Malý, PhD, Ming Guang Yong, Pavel Baudiš, RSJ Investments investiční společnost a. s.,

– 1 –

RSJ 2, RSJ Tech III, Taiwania (CTBC Bank Co., Ltd.), Mgr. Tomáš Kovačovský, Trnka

Investments, spol. s. r. o., and Venture to Future Fund, a. s.

Date:  April 12, 2026

Respectfully submitted,

Rebecca S. LeGrand
Virginia Bar No. 89859
LEGRAND LAW PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Ph: (202) 587-5725
Fax: (202) 587-5610
rebecca@legrandpllc.com

Erika H. Warren (*pro hac vice* forthcoming)
Matthew S. Warren (*pro hac vice* forthcoming)
Jake A. Kamstra (*pro hac vice* forthcoming)
Madeline A. Woodall (*pro hac vice* forthcoming)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
2026-04-12@cases.warrenllp.com

*Attorneys for Plaintiff Brightpick Inc.*