AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

|  |  |  |
|---|---|---|
| BRIGHTPICK INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  3:26cv305 (DJN) |
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD. | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ocado Solutions Ltd.
Buildings One & Two Trident Place
Mosquito Way
Hatfield, Hertfordshire, AL10 9UL
United Kingdom


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rebecca S. LeGrand (VSB No. 89859)
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:        04/14/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**See attached certificate of service in accordance with the Hague Convention, showing service has been accomplished with a deemed date of service of April 22, 2026.**

*United States District Court for the Eastern District of Virginia; Civil Action no 3:26cv305 (DJN)*

KF 2026 - 002633

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformement a l'article 6 de ladite Convention.

1) that the document has been served the (date):
   que le demande a ete executee le (date):

   **Wednesday 22 April 2026**

   at (place, street, number):
   a (localite, rue, numero):

   **Buildings One & Two, Trident Place, Mosquito Way, Hatfield, Hertfordshire, AL10 9UL, England (Registered Office of Ocado Solutions Limited)**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
      ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
      selon la forme particuliere suivante:

      **Served upon Ocado Solutions Limited at the direction of the Senior Master of the King's Bench Division of the Senior Courts of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the Senior Courts of England and Wales, by a method prescribed by the internal law of England and Wales for the service of documents upon persons who are within its territory. The documents, as more fully described in the witness statement of Mark Da Costa dated 21 April 2026 ("the Da Costa w/s") which is annexed hereto, were served as described in that witness statement with a deemed date of service as above under English court rules.**

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
      ~~par remise simple~~

   the documents referred to in the request have been delivered to:
   les documents mentionnes dans la demande ont ete remis a:

   - (identity and description of person):
   - (identite et qualite de la personne):

      **Emma Randle**

   - relationship to the addressee (family, business or other):
   - liens de parente de subordinaion ou autres avec le desinataire de l'acts:

      **As described in the Da Costa w/s**

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci joint~~



Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): 30|4|26
le:

Signature and/or stamp:
Signature et/ou cachet:

# UNITED STATES DISTRICT COURT
## for the Eastern District of Virginia

| | |
|---|---|
| BRIGHTPICK INC.,<br><br>Plaintiff,<br><br>v.<br><br>OCADO INNOVATION LTD. and<br>OCADO SOLUTIONS LTD.,<br><br>Defendants. | Civil Action No.: 3:26cv305 (DJN) |

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

I, **MARK DA COSTA** , Process Server, acting under the instructions of Across The Pond Process Service, of 94 Henwood Green Road, Pembury, TN2 4LN, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman, a Solicitor of the Senior Courts of England and Wales, who was in turn acting at the direction of the Central Authority of England and Wales.

2. In this witness statement I refer to the following documents issued in this matter, or in relation to service in accordance with the Service Convention, as "the Service Documents":

   - Hague Service Convention Warning and Hague Service Convention Summary of the Document to be Served (together, "the Hague Documents");
   - Summons in a Civil Action;
   - Complaint for Declaratory Judgment with Exhibits 1-11; and
   - Civil Case Cover Sheet.

3. Exhibited hereto marked 'A' are copies of the Hague Documents.

4. On Monday the 20th day of April 2026 at 10.35 a.m., I served Ocado Solutions Limited, one of the within named Defendants, with the Service Documents by delivering them to and leaving them at Ocado Solutions Limited's Registered Office at Buildings One & Two Trident Place, Mosquito Way, Hatfield, Hertfordshire, AL10 9UL, England, "the Service Address", which is a method of service in accordance

with English Court rules. Under those rules, the deemed date of service is Wednesday the 22nd day of April 2026.

5.  On arrival at the Service Address, I was met by an adult female in the post room, who identified herself as Emma Randle. She accepted the Service Documents on behalf of Ocado Solutions Limited confirming she was authorised to do so.

6.  Service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

## ADDITIONAL COMMENTS

I certify that I am over the age of 18 and not a party to or interested in the above action. I have proper authority in the jurisdiction in which this service was effected.

## STATEMENT OF TRUTH

I believe that the facts stated in this witness statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

**Dated:**        **21st April 2026**

**Signed:**     *M Mendes Da Costa*

          **MARK DA COSTA**

# UNITED STATES DISTRICT COURT
### for the Eastern District of Virginia

BRIGHTPICK INC.,

                    Plaintiff,

      v.

OCADO INNOVATION LTD. and
OCADO SOLUTIONS LTD.,

                 Defendants.

Civil Action No.: 3:26cv305 (DJN)

---

### Exhibit A to the Witness Statement of **MARK DA COSTA**

---

This is the exhibit marked "A" to my witness statement dated today.

**Dated**:        21st April 2026

**Signed**:       *M Mendes Da Costa*

                **MARK DA COSTA**

'A'

## WARNING
### AVERTISSEMENT

**Identity and address of the addressee** / Identité et adresse du destinataire

**Ocado Solutions Ltd.**
Buildings One & Two Trident Place
Mosquito Way
Hatfield Hertfordshire, AL10 9UL
United Kingdom

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Central Virginia Legal Aid Society
115 South 15th Street
Richmond, Virginia 23219
Tel.: +1.804.648.1012

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

E.D. Va. 1:26-cv-00993 Ocado Solutions Ltd.                              Generated by:  **HAGUE ENVOY**

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Aaron Lukken and Sarah H. Ginther, Attorneys<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131, USA<br>E: attorneys@vikinglaw.us<br>Tel.: +1.816.683.7900 |
| **Particulars of the parties\*:**<br>Identité des parties\* : | **Plaintiff:** Brightpick Inc.<br><br>**Defendant:** Ocado Innovation Ltd., and **Ocado Solutions Ltd.** |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To inform the defendants of a claim against them and to demand their appearance at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Plaintiff seeks a declaratory judgment of non-infringement of patents, and seeks costs and fees. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Within 21 days after service, the addressee must appear and file an answer in the United States District Court Eastern Division of Virginia at 701 E Broad Street, Richmond, VA 23219. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | No court has issued a judgment. |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | No court has issued a judgment. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | 21 days |

\*\* if appropriate / s'il y a lieu

E.D. Va. 1:26-cv-00993 Ocado Solutions Ltd.                    Generated by:  **HAGUE ENVOY**