**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| BRIGHTPICK INC., <br><br> Plaintiff, <br><br> v. <br><br> OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD., <br><br> Defendants. | Case No. 3:26-cv-305 (DJN) <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

Under Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Brightpick Inc. respectfully requests that the Clerk of Court enter default against defendants Ocado Innovation Ltd. and Ocado Solutions Ltd. for their failure to answer or otherwise respond to the complaint, Docket No. 1.  In support, Brightpick provides the affidavit of its counsel, Erika H. Warren.

Date:  May 14, 2026

Respectfully submitted,

*/s/ Rebecca S. LeGrand*
Rebecca S. LeGrand
Virginia Bar No. 89859
LEGRAND LAW PLLC
1100 H Street NW, Suite 1220
Washington, D.C., 20005
+1 (202) 587-5725
+1 (202) 587-5610 facsimile
rebecca@legrandpllc.com

Erika H. Warren (*pro hac vice*)
Matthew S. Warren (*pro hac vice*)
Jacob A. Kamstra (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606

– 1 –

San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-305@cases.warrenllp.com

*Attorneys for Plaintiff Brightpick Inc.*

## CERTIFICATE OF SERVICE

I, Kailey Fung, certify that on May 14, 2026, I served the following documents:

Plaintiff's Request for Clerk's Entry of Default;
Affidavit of Erika H. Warren in Support of Plaintiff's Request for Clerk's Entry
of Default; and
Proposed Entry of Default.

on defendants by Express Mail at the following address:

Ocado Innovation Ltd.
Buildings One & Two Trident Place
Mosquito Way
Hatfield, Hertfordshire, AL 10 9UL
United Kingdom

Ocado Solutions Ltd.
Buildings One & Two Trident Place
Mosquito Way
Hatfield, Hertfordshire, AL 10 9UL
United Kingdom

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive

custody of the United States Postal Service.

Date:  May 14, 2026                     */s/ Kailey Fung*
                                         Kailey Fung

– 2 –