IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BRIGHTPICK INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>OCADO INNOVATION LTD. AND<br>OCADO SOLUTIONS LTD.,<br><br>      Defendants. | Case No. 3:26-cv-305 (DJN)<br><br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT OF ERIKA H. WARREN IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

I, Erika H. Warren, declare as follows:

1. I am a partner at Warren LLP, an attorney licensed to practice in the State of California, and admitted *pro hac vice* in this action, where I am counsel for plaintiff Brightpick Inc. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. On April 12, 2026, Brightpick filed this action against defendants Ocado Innovation Ltd. and Ocado Solutions Ltd. Docket No. 1.

3. Also on April 12, 2026, I sent a courtesy copy of Brightpick's complaint by electronic mail to Gerrard Beeney of Sullivan & Cromwell LLP, who had written to Brightpick on Ocado's behalf concerning the patents-in-suit. *See* Docket No. 1-4.

4. On April 22, 2026, Brightpick's process server completed service on defendants Ocado Innovation Ltd. and Ocado Solutions Ltd. *See* Docket Nos. 14, 15. Under Fed. R. Civ. P.

– 1 –

12(a)(1)(A)(i), the time for defendants Ocado Innovation Ltd. and Ocado Solutions Ltd. to respond to the complaint expired 21 days later, on May 13, 2026.

5.      On May 8, 2026, Brightpick received the certificates of service on defendants Ocado Innovation Ltd. and Ocado Solutions Ltd., and filed them before this Court.  Docket Nos. 14, 15.  In response to these filings, the Court's public docketing system correctly indicated that the time for defendants Ocado Innovation Ltd. and Ocado Solutions Ltd. to respond to the complaint expired on May 13, 2026.  *See id.*

6.      Defendants Ocado Innovation Ltd. and Ocado Solutions Ltd. did not seek an extension of their time to respond to the complaint, or otherwise respond to my correspondence of April 12, 2026.

7.      Defendants Ocado Innovation Ltd. and Ocado Solutions Ltd. have not answered or otherwise responded to the complaint, and the time for them to do so has expired.

8.      Plaintiff Brightpick Inc. now seeks entry of default against defendants Ocado Innovation Ltd. and Ocado Solutions Ltd.

9.      Defendants are business entities and thus cannot be minors, incompetent persons, or presently serving in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Erika H. Warren

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____San Francisco_____

Subscribed and sworn to (or affirmed) before me on this 14th day of _____May_____,

20 26 by _____Erika H. Warren_____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____    _____
Signature                        (Seal)

CHERYL MERIL
COMM. # 2499164
SAN FRANCISCO COUNTY
NOTARY PUBLIC-CALIFORNIA
MY COMMISSION EXPIRES
OCTOBER 03, 2028

## OPTIONAL INFORMATION

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

DESCRIPTION OF THE ATTACHED DOCUMENT

_Affidavit of Erika H. Warren_
(Title or description of attached document)

_in Support of Plaintiff's Request_
(Title or description of attached document continued)

Number of Pages _2_ Document Date_____

_____
Additional information

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information Is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.