**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| BRIGHTPICK INC., | |
| Plaintiff, | Case No. 3:26-cv-305 (DJN) |
| v. | **JURY TRIAL DEMANDED** |
| OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD., | |
| Defendants. | |

## ENTRY OF DEFAULT

IT APPEARING by affidavit of counsel for the plaintiff, Brightpick Inc., that the defendants Ocado Innovation Ltd. and Ocado Solutions Ltd. has failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against defendants Ocado Innovation Ltd. and Ocado Solutions Ltd.

FERNANDO GALINDO, CLERK

Date:_____                              By:_____