**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**


BRIGHTPICK, INC.,

     Plaintiff

vs.

                                              **Civil Action No.** 3:26-CV-305 (DJN)

OCADO INNOVATION LTD. *et al*,

     Defendant


<u>ENTRY OF DEFAULT</u>

     IT APPEARING by affidavit of counsel for the plaintiff, Brightpick Inc., that the defendants, Ocado Innovation Ltd. and Ocado Solutions Ltd., have failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against defendants; Ocado Innovation Ltd. and Ocado Solutions Ltd.


                                              FERNANDO GALINDO, CLERK


Date: May 15, 2026                        BY: _____