IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BRIGHTPICK INC.,<br><br>      Plaintiff,<br><br> v.<br><br>OCADO INNOVATION LTD. AND<br>OCADO SOLUTIONS LTD.,<br><br>      Defendants. | Case No. 3:26-cv-305 (DJN)<br><br>**JURY TRIAL DEMANDED** |

### CERTIFICATE OF SERVICE

I certify that on May 15, 2026, plaintiff Brightpick Inc. served the following document:

 Clerk's Entry of Default (Docket No. 18)

on defendants by Express Mail at the following address:

| | |
|---|---|
| Ocado Innovation Ltd.<br>Buildings One & Two Trident Place<br>Mosquito Way<br>Hatfield, Hertfordshire, AL 10 9UL<br>United Kingdom | Ocado Solutions Ltd.<br>Buildings One & Two Trident Place<br>Mosquito Way<br>Hatfield, Hertfordshire, AL 10 9UL<br>United Kingdom |

by placing it in sealed envelopes with postage paid and placing the envelopes in the exclusive

custody of the United States Postal Service.

Date:  May 15, 2026

*/s/ Rebecca S. LeGrand*
Rebecca S. LeGrand
Virginia Bar No. 89859
LEGRAND LAW PLLC
1100 H Street NW, Suite 1220
Washington, D.C., 20005
+1 (202) 587-5725
+1 (202) 587-5610 facsimile
rebecca@legrandpllc.com

Erika H. Warren (*pro hac vice*)

– 1 –

Matthew S. Warren (*pro hac vice*)
Jacob A. Kamstra (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-305@cases.warrenllp.com

*Attorneys for Plaintiff Brightpick Inc.*