**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| BRIGHTPICK INC., | |
| Plaintiff, | Case No. 3:26-cv-305 (DJN) |
| v. | **JURY TRIAL DEMANDED** |
| OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD., | |
| Defendants. | |

**MOTION FOR DEFAULT JUDGMENT BY PLAINTIFF BRIGHTPICK INC.**

Under Fed. R. Civ. P. 55(b), plaintiff Brightpick Inc. respectfully moves for entry of default judgment against defendants Ocado Innovation Ltd. and Ocado Solutions Ltd. Brightpick supports this motion with the concurrently filed memorandum and proposed order.

Date: May 18, 2026

Respectfully submitted,

*/s/ Rebecca S. LeGrand*
Rebecca S. LeGrand
Virginia Bar No. 89859
LEGRAND LAW PLLC
1100 H Street NW, Suite 1220
Washington, D.C., 20005
+1 (202) 587-5725
+1 (202) 587-5610 facsimile
rebecca@legrandpllc.com

Erika H. Warren (*pro hac vice*)
Matthew S. Warren (*pro hac vice*)
Jacob A. Kamstra (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-305@cases.warrenllp.com

*Attorneys for Plaintiff Brightpick Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 18, 2026, a copy of the foregoing Motion for Default Judgment and

supporting memorandum and proposed order were filed electronically using the Court's

CM/ECF system with service to defendants made via Express Mail at the following addresses:

Ocado Innovation Ltd.
Buildings One & Two Trident Place
Place Mosquito Way
Hatfield, Hertfordshire, AL 10 9UL
9UL United Kingdom

Ocado Solutions Ltd.
Buildings One & Two Trident
Mosquito Way
Hatfield, Hertfordshire, AL 10
United Kingdom

Date:  May 18, 2026

*/s/ Rebecca S. LeGrand*
Rebecca S. LeGrand
Virginia Bar No. 89859
LEGRAND LAW PLLC
1100 H Street NW, Suite 1220
Washington, D.C., 20005
+1 (202) 587-5725
+1 (202) 587-5610 facsimile
rebecca@legrandpllc.com

Erika H. Warren (*pro hac vice*)
Matthew S. Warren (*pro hac vice*)
Jacob A. Kamstra (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, CA 94114
+1 (415) 895-2940
+1 (415) 895-2964
facsimile

*Attorneys for Plaintiff Brightpick Inc.*