**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| BRIGHTPICK INC., | |
| Plaintiff, | Case No. 3:26-cv-305 (DJN) |
| v. | **JURY TRIAL DEMANDED** |
| OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD., | |
| Defendants. | |

**<u>PROPOSED ORDER</u>**

This matter comes before the Court on plaintiff Brightpick Inc.'s Motion for Default Judgment.  Having considered this motion, along with the related briefing and all other matters of record filed with the Court in this action, the Court hereby FINDS the following:

1. The Motion for Default Judgment of plaintiff Brightpick Inc. is GRANTED.

2. Plaintiff Brightpick Inc. does not and did not infringe, directly or indirectly, literally or under the doctrine of equivalents, any claim of U.S. Patent No. 10,035,651.

3. Plaintiff Brightpick Inc. does not and did not infringe, directly or indirectly, literally or under the doctrine of equivalents, any claim of U.S. Patent No. 10,759,597.

4. Plaintiff Brightpick Inc. does not and did not infringe, directly or indirectly, literally or under the doctrine of equivalents, any claim of U.S. Patent No. 10,829,302.

5. Plaintiff Brightpick Inc. does not and did not infringe, directly or indirectly, literally or under the doctrine of equivalents, any claim of U.S. Patent No. 11,273,980.

– 1 –

6. Plaintiff Brightpick Inc. does not and did not infringe, directly or indirectly, literally or under the doctrine of equivalents, any claim of U.S. Patent No. 11,485,574.

7. Plaintiff Brightpick Inc. does not and did not infringe, directly or indirectly, literally or under the doctrine of equivalents, any claim of U.S. Patent No. 11,505,405.

8. Plaintiff Brightpick Inc. does not and did not infringe, directly or indirectly, literally or under the doctrine of equivalents, any claim of U.S. Patent No. 12,172,832.

The Clerk of Court is directed to enter Rule 58 judgment on behalf of the Plaintiff and against Defendants and is further ordered to place this matter among the ended causes.

Let the Clerk file a copy of this Order electronically, notify all counsel of record, and transmit a copy of this Order to the United States Patent and Trademark Office.

It is so ORDERED.

_____
David J. Novak
United States District Judge

Richmond, Virginia
Date: _____, 2026