**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| BRIGHTPICK, INC., | |
| Plaintiff, | |
| v. | Civil Action No.: 3:26-cv-305 (DJN) |
| OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD., | |
| Defendants. | |

**STIPULATION AND JOINT MOTION TO SET ASIDE DEFAULT, WITHDRAW MOTION FOR DEFAULT JUDGMENT, AND SET RESPONSE DATE**

Plaintiff Brightpick, Inc. ("Plaintiff") and Defendants Ocado Innovation Ltd. ("Ocado Innovation") and Ocado Solutions Ltd. ("Ocado Solutions," together with Ocado Innovation, "Defendants") (collectively "the Parties"), by counsel, pursuant to Fed. R. Civ. P. 55(c), stipulate and jointly move the Court for entry of an order (1) setting aside the Entry of Default in this matter (ECF No. 18), (2) withdrawing the Plaintiff's Motion for Default Judgment (ECF No. 20), and (3) ordering Defendants to respond to the Complaint on or before June 30, 2026.

To avoid burdening the Court with disputes between the Parties regarding these issues, the Parties have stipulated that the Entry of Default should be set aside, that the Plaintiff's Motion for Default Judgment is withdrawn, that Defendants will not challenge service of process in this action, and that Defendants will respond to the Complaint on or before June 30, 2026. The Parties respectfully submit that their agreement to resolve disputed issues and to conserve party and judicial resources constitutes good cause for the Court to enter an order addressing these issues.

WHEREFORE, Plaintiff and Defendant jointly and respectfully stipulate and move the Court for entry of the Proposed Order submitted herewith.


Respectfully submitted,


/s/ Rebecca S. LeGrand
Rebecca S. LeGrand (Va. Bar No. 89859)
LEGRAND LAW PLLC
1100 H Street NW, Suite 1220
Washington, D.C., 20005
Telephone: (202) 587-5725
Fax: (202) 587-5610
rebecca@legrandpllc.com

Erika H. Warren (*pro hac vice*)
Matthew S. Warren (*pro hac vice*)
Jacob A. Kamstra (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
Telephone: (415) 895-2940
Fax: (415) 895-2964
26-305@cases.warrenllp.com


*Counsel for Plaintiff Brightpick, Inc.*

/s/ John M. Erbach
John M. Erbach (Va. Bar. No. 76695)
Nancy Y. Simpson (Va. Bar No. 97230)
SPOTTS FAIN PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219
Telephone: (804) 697-2000
Fax: (804) 697-2100
jerbach@spottsfain.com


*Counsel for Defendants Ocado Innovations*
*Ltd. and Ocado Solutions Ltd.*