**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| BRIGHTPICK, INC., <br><br> Plaintiff, <br><br> v. <br><br> OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD., <br><br> Defendants. | Civil Action No.: 3:26-cv-305 (DJN) |

**[PROPOSED]**
**ORDER**

THIS MATTER is before the Court on the Stipulation and Joint Motion to Set Aside Default, Withdraw Motion for Default Judgment, and Set Response Date filed by Plaintiff and Defendants. Pursuant to the Parties' stipulation, the Court GRANTS the motion pursuant to Fed. R. Civ. P. 55(c) and ORDERS that:

1.  The Court SETS ASIDE the Entry of Default as to both Defendants;

2.  Plaintiff's Motion for Default Judgment is WITHDRAWN; and

3.  Defendants shall respond to the Plaintiff's Complaint on or before June 30, 2026.

Let the Clerk file this Order electronically, notifying all counsel of record accordingly.

It is SO ORDERED.

Dated: _____
Richmond, Virginia

_____
Hon. David J. Novak
United States District Judge