IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRIGHTPICK INC.,
    Plaintiff,

v.

                                        Civil No. 3:26cv305 (DJN)

OCADO INNOVATION LTD., *et al.*,
    Defendants.

**ORDER**
**(Setting Aside Default; Terminating Motion)**

This matter comes before the Court on the parties' jointly filed Stipulation and Joint Motion to Set Aside Default, Withdraw Motion for Default Judgment, and Set Response Date (ECF No. 22 ("Motion")). Upon consideration of the Motion, the Court finds good cause and hereby GRANTS the Motion pursuant to Fed. R. Civ. P. 55(c) and the parties' stipulation. The Court specifically ORDERS the following:

1.    The Clerk's Entry of Default as to both Defendants is SET ASIDE.

2.    Defendants shall file a responsive pleading to Plaintiff's Complaint on or before June 30, 2026.

The Court further ACKNOWLEDGES Plaintiff's withdrawal of its Motion for Default Judgment (ECF No. 20) and DIRECTS the Clerk to terminate this Motion.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                     _____/s/_____
                                     David J. Novak
                                     United States District Judge

Richmond, Virginia
Date: May 26, 2026