IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL
CRIMINAL RULE 57.4(E)

In Case Number 3:26 cv 305_____, Case Name Brightpick Inc. v. Ocado Innovation Ltd. et al.

Party Represented by Applicant: Ocado Innovation Ltd.    and Ocado Solutions Ltd.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Laurie Nicole Stempler
Bar Identification Number 4788683          State New York
Firm Name Sullivan & Cromwell LLP
Firm Phone # 2125584000          Direct Dial # 2125584012          FAX # 2125583588
E-Mail Address stemplerl@sullcrom.com
Office Mailing Address 125 Broad Street, Room 3107, New York, NY  10004

Name(s) of federal district court(s) in which I have been admitted E.D.N.Y., S.D.N.Y., N.D. Ind.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

_____                          May 28, 2026
(Signature) John M. Erbach                          (Date)
                                                    76695
_____                          _____
(Typed or Printed Name)                            (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☑ *or* Exemption Granted ☐

The motion for admission is GRANTED ☑ *or* DENIED ☐

                    /s/
_____
David J. Novak
United States District Judge                        5/29/2026
(Judge's Signature)                                 (Date)