IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 3:26-cv-00305-DJN____, Case Name Brightpick Inc. v. Ocado Innovations Ltd. and Ocado Solutions Lt.

Party Represented by Applicant: Ocado Innovations Ltd. and Ocado Solutions Lt._____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Garrard Russ Beeney_____

Bar Identification Number 1656172_____ State New York_____

Firm Name Sullivan & Cromwell LLP_____

Firm Phone # (212) 558-4000_____ Direct Dial # (212) 558-3737_____ FAX #_____

E-Mail Address Beeneyg@sullcrom.com_____

Office **Mailing** Address 125 Broad Street, Room 2720, New York, NY 11225_____

Name(s) of federal district court(s) in which I have been admitted Southern District of New York, District of Colorado, Eastern District of New York (cont'd)
(cont'd) Northern District of California, Northern District of Florida, Western District of Michigan

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____     May 29, 2026
(Signature)                                              (Date)
John M. Erbach                                     76695
(Typed or Printed Name)                       (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

_____           _____
(Judge's Signature)                            (Date)