IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number _3:26-cv-00305-DJN_____, Case Name _Brightpick Inc. v. Ocado Innovations Ltd. and Ocado Solutions Lt._

Party Represented by Applicant: _Ocado Innovations Ltd. and Ocado Solutions Lt._

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) _Dustin Francis Guzior_
Bar Identification Number _4902714_          State _New York_
Firm Name _Sullivan & Cromwell LLP_
Firm Phone # _(212) 558-4000_          Direct Dial # _(212) 558-4482_          FAX # _____
E-Mail Address _guziord@sullcrom.com_
Office Mailing Address _125 Broad Street, Room 3112, New York, NY 11225_

Name(s) of federal district court(s) in which I have been admitted _Southern District of New York_

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☑ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          June 22, 2026
(Signature)                                               (Date)
John M. Erbach                                         76695
_____          _____
(Typed or Printed Name)                          (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☑ *or* Exemption Granted ☐

The motion for admission is GRANTED ☑ *or* DENIED ☐

_____/s/_____
David J. Novak
United States District Judge
(Judge's Signature)

June 24, 2026
_____
(Date)