# EXHIBIT 2



About us ⌄    Our solutions ⌄    Sustainability ⌄    Newsroom ⌄    Investors ⌄    Careers



# About us

Home  >  About us

# Our mission
## To change the way the world shops for good.

# Our business model:



Ocado Logistics              Technology Solutions              Ocado Retail

# Ocado Logistics

Ocado Logistics is a high-performing third-party logistics and fulfilment business, operating in the UK for retailers, Ocado Retail and Morrisons. Every order is carefully picked and packed in one of our automated sites using Ocado Group's market-leading software and technology. This order is then delivered directly to customers using the Ocado Logistics network.

# Technology Solutions

Technology solutions is our global technology division, redefining ecommerce fulfilment and logistics in online grocery and beyond. You may know us through Ocado Retail, the UK's largest pure-play online grocer. We've taken this expertise, proprietary technology and operational know-how to innovate and transform operations across online grocery through the Ocado Smart Platform (OSP), and non-grocery and logistics industries through Ocado Intelligent Automation (OIA).

## In online grocery

The **Ocado Smart Platform** is the world's leading e-commerce, fulfilment, and logistics platform, provided as a managed service designed for the unique demands of online grocery. The Ocado Solutions team brings OSP to online grocery retailers worldwide and provides industry know-how and expertise to accelerate their success.

## In non-grocery, distribution and logistics

**Ocado Intelligent Automation** provides our industry-leading automation solutions to applications beyond online grocery, helping businesses transform supply chains and solve challenges in a wide range of industries.

Our Technology Solutions teams are supported by Ocado Technology, a global team of over 2,000 talented technologists powering the future of automation, fulfilment, and logistics with cutting-edge technology and disruptive innovation.

# Ocado Group in numbers

# Ocado Retail

Ocado Retail is a pure-play online grocery retail business serving customers in the UK, with a geographic coverage of over 80% of UK households. The grocery delivery business is a 50:50 owned joint venture with Marks & Spencer Group and Ocado Group. This unique structure enables Ocado Retail to outperform the market, combining award-winning customer service and unrivalled customer data; world-leading technology and logistics from Ocado Group, and unrivalled product development from M&S.

**1000+**
stores assigning
In-Store Fulfilment
Solutions

**By 2040**

**> 20,000**
employees worldwide



**3,000+**

**25**
years of investment
and expertise

**14**



patents granted and
filed

transforming online
grocery and beyond

online grocery retail
partners

# Our partners and clients

Click on the logo to discover the partnership.

    

    

   

# Our history

Explore our journey.

| 2000 | 2001-2002 | 2005-2009 | 2010-2014 | 2015-2017 | 2018 | 2019 | 2021-2022 | 2023-2024 |



## 2000

- Ocado was founded in 2000 to revolutionise grocery shopping in the UK.
- With online grocery still in its infancy, Ocado emerged to disrupt traditional store and supply chain models, investing in a unique fulfilment model alongside new technologies to uncover hidden efficiencies.

 

 More about our history

# Our board and leadership

Discover more about our board and leadership.

 Find out more

# Our locations

Discover our locations.

 Find out more

# Related content



## Newsroom

Uncover our latest announcements, technological innovations and business updates.

 Read more



## Sustainability

Discover more about our sustainability strategy, news and progress.

 Read more



## Our technology

See how our Ocado Smart Platform is using artificial intelligence, robotics and automation to solve the unique demands of online grocery.

 Read more

**Follow our social channels**

LinkedIn

Facebook

X

YouTube

All social channels

**Sign up for email alerts**

Enter your email address to receive the latest updates from Ocado Group

Sign Up

**Contact us**

We're always happy to hear from you.

Get in touch

**Shop with Ocado.com**

In the UK, you can shop for groceries online with Ocado.com

Shop now

© Copyright 2026 Ocado Group plc. All rights reserved.    Terms and conditions    Privacy policy    Cookie Policy    Cookies Settings

Accessibility    Contact us    Modern Slavery Statement