# EXHIBIT 4

About us - Brightpick

Brightpick partners with Trew as U.S. launch partner for Gridpicker     Learn more

Industries     Solutions     Case Studies     Media     Company     Virtual demo     Get started

**ABOUT US**

# Shaping the future of logistics

With over 250 employees and a decade of development, Brightpick's award-winning AI robots empower companies to overcome today's most pressing supply chain challenges.



Our mission is to simplify supply chains through intelligent automation – empowering our customers to operate faster, smarter, and with less effort.

Brightpick was founded on the belief that warehouse automation could be smarter, faster, and more cost-effective. Too much time and money were being wasted on rigid systems that offered limited labor savings and underwhelming performance.

To solve this, our team of passionate roboticists put their heads together and created Brightpick, a truly innovative and game-changing approach to order fulfillment.

Today, hundreds of our AI robots are deployed with leading distributors like NAPA Auto Parts, retailers like The Feed, and medical distributors like Dr. Max, driving new levels of productivity and efficiency.

**OUR JOURNEY**

## How it began

Brightpick's journey began in 2013 when PhD students Jan Zizka, Michal Maly and Tomas Kovacovsky partnered to create Photoneo, a pioneer in 3D vision and robotic software. Photoneo swiftly became a global leader and was acquired by Zebra Technologies (NASDAQ: ZBRA) in early 2025.

Leveraging their experience from Photoneo, the same team founded sister company Brightpick in 2021, aiming to develop the world's most advanced robotic fulfillment solution. Today, Brightpick boasts a team of over 250 employees across the US and Europe, many of whom bring their expertise from Photoneo.

**OUR CULTURE**

# What sets us apart

At Brightpick, every team member has the opportunity to make impactful contributions and achieve meaningful results. We attract and inspire leading thinkers and offer a culture of empowerment and high accountability.

Our various teams work closely together to ensure the success of our customers' operations. Our commitment to operational excellence ensures we always deliver high-quality results for all our customers.

About us - Brightpick

**WHAT OUR CUSTOMERS SAY**

" We were able to go from 50-100 people to complete automated with the Brightpick solution. The payback perio Brightpick was immediate; we were cash flow positive wit days. "

Matt Johnson
CEO, The Feed



**OUR SOLUTION**

# Discover how our AI robots work

**LEADERSHIP TEAM**

### Dr. Jan Zizka
Chief Executive Officer and Co-founder



### Tomas Kovacovsky
Chief Technology Officer and Co-founder



### Dr. Michal Maly
Head of AI and Co-founder




### Branislav Pulis
Chief Revenue Officer and Co-founder



### James Cox
Chief Commercial Officer



### Adrian Kratky
Chief Operating Officer



### Ivana Zizkova
Chief Financial Officer



### Andrey Bakholdin
Chief Growth Officer

# Get more insights

### Reimagining warehouse robotics – a podcast with Brightpick CEO Jan Zizka

Watch now

### Meet Brightpick Intuition, the software brain behind our robots

Read more

About us · Brightpick

Brightpick Autopicker wins Best Product Award at LogiMAT

Learn more

**GET IN TOUCH**

# Interested in learning more?

Speak to us

# Get the latest news in your inbox

your@email.com

By clicking the subscribe button you agree to our terms of use and have read and understood our privacy policy.

Autopicker

Gridpicker

AI and Software

Pricing and ROI

## Resources

## Company

Case Studies

About us

Blog

News

Videos

Contact us

Careers

Brightpick AI info

Austin, TX

info@brightpick.ai

© 2026, Brightpick s.r.o.; Brightpick Inc.

Privacy Policy    Legal Notice    Documentation