# EXHIBIT 5

Case 3:26-cv-00305-DJN    Document 30-5    Filed 06/30/26    Page 2 of 5 PageID# 570

March 3, 2025

# Zebra Technologies Closes Photoneo Acquisition with Photoneo Brightpick Group



## Leading warehouse automation provider Brightpick now independent company with plans to expand using deal proceeds

**Erlanger, KY, USA — March 3, 2025 —** Photoneo Brightpick Group, a leader in 3D vision and AI robotics, has closed the sale of Photoneo to Zebra Technologies (NASDAQ: ZBRA), a global leader in digitizing and automating frontline workflows. The deal was initially announced on December 30, 2024.

Photoneo, the former sister company of Brightpick under the Photoneo Brightpick Group umbrella, is a leading provider of robotic vision sensors and intelligence software.

The Photoneo Brightpick Group has been renamed Brightpick and will continue operating as a separate entity focused on developing and deploying AI robots to automate warehouse operations. The majority of proceeds from the sale will be dedicated to accelerating Brightpick's deployment of its AI robots across the U.S. and Europe. To date, Brightpick has secured a total of $47 million in funding.

"This transaction produced significant capital to reinvest in Brightpick, while providing some return to shareholders," said Jan Zizka. "With Brightpick's 2025 production capacity fully booked, this funding enables us to scale manufacturing and deployment to meet the growing demand for our AI robots, expand to new markets, and serve even more customers."

Brightpick is a leading provider of warehouse automation solutions for order fulfillment. The Brightpick solution takes just weeks to deploy and enables companies to reduce their fulfillment labor to a minimum. Brightpick Autopicker, the company's award-winning flagship robot, is the only mobile robot in the world that robotically picks and consolidates orders directly in warehouse aisles, like a human with a cart.

Last month the company announced [Brightpick Giraffe](#), an innovative robot capable of reaching heights up to six meters, along with the first two U.S. customers of the new system. With this advancement, Brightpick users can now achieve up to three times the warehouse storage density of manual operations and double the density compared to the previous Brightpick solution.

## About Brightpick

Brightpick offers AI robots for warehouses to easily automate every step of their order fulfillment. The company's innovative robots enable warehouses of any size to fully automate order picking, consolidation, dispatch and stock replenishment. The award-winning Brightpick solution takes just weeks to deploy and allows companies to keep their fulfillment labor to a minimum. Headquartered near Cincinnati, Ohio, Brightpick has more than 250 employees and hundreds of AI robots deployed with customers across the U.S. and Europe. For more information, visit [www.brightpick.ai](http://www.brightpick.ai)

###

**For media inquiries, contact:**
Sinead Carthy
Trevi Communications for Brightpick
Email: brightpick@trevicomm.com
Mobile: +1 914 217 9912

SHARE

# Continue reading

February 4, 2025

[Brightpick Launches Giraffe, an Autonomous Mobile Picking System that Triples Warehouse Storage Density](#)

December 30, 2024

[Zebra Technologies to Acquire Photoneo from Photoneo Brightpick Group](#)

November 12, 2024

[Brightpick Raises $1:
Accelerate Rollout in](#)

More News

**GET IN TOUCH**

# Interested inlearning more?

Speak to us

# Get the latest news in your inbox

your@email.com

By clicking the subscribe button you agree to our terms of use and have read and understood our privacy policy.

Autopicker

Gridpicker

AI and Software

Pricing and ROI

## Resources

Case Studies

Blog

Videos

## Company

About us

News

Contact us

Careers

Brightpick AI info

Austin, TX

info@brightpick.ai

© 2026, Brightpick s.r.o.; Brightpick Inc.

Privacy Policy    Legal Notice    Documentation