# EXHIBIT 6

# PROCUREMENT ERP

**Aptean**
www.aptean.com
**Name of Solution/Tech:** *Aptean Food and Beverage ERP*

**SAP**
www.sap.com
**Name of Solution/Tech:** *SAP Ariba Category Management*

**KOÇZER**
www.koczer.com/en
**Name of Solution/Tech:** *Promena*

**Supplyframe**
supplyframe.com
**Name of Solution/Tech:** *Design-to-Source Intelligence (DSI) Platform 2.0*

**Logility**
www.logility.com
**Name of Solution/Tech:** *Logility Expert Advisor (LEA)*

**TraceGains**
https://tracegains.com
**Name of Solution/Tech:** *Integrated ESG Solutions for the Food and Beverage Industry*

**NECS, Inc.**
www.necs.com
**Name of Solution/Tech:** *entrée*

**Trimble**
www.trimble.com
**Name of Solution/Tech:** *Trimble Supplier Xchange*

**ORO Labs**
www.orolabs.ai
**Name of Solution/Tech:** *ORO Labs Procurement Orchestration Platform*

# ROBOTICS

**Agility Robotics**
agilityrobotics.com
**Name of Solution/Tech:** *Agility Arc*

**Torc Robotics**
https://torc.ai/
**Name of Solution/Tech:** *Torc Robotics Virtual Driver*

**Fizyr**
https://fizyr.com
**Name of Solution/Tech:** *Fizyr Certified Vision Packs*

# SUPPLY CHAIN VISIBILITY

**B-Stock**
www.bstock.com
**Name of Solution/Tech:** *Predictive Price Modeling Tool*

**Chamberlain Group**
https://enterprise.myq.com
**Name of Solution/Tech:** *myQ Enterprise*

**BiggerPicture**
www.biggerpicture.co
**Name of Solution/Tech:** *BiggerPicture*

**Cleo**
www.cleo.com
**Name of Solution/Tech:** *Cleo Business Commitment Monitoring for Logistics*

**bops AI**
www.bops.ai
**Name of Solution/Tech:** *Collaborative Inventory Intelligence*

**ConverSight**
https://conversight.ai
**Name of Solution/Tech:** *ConverSight*

**Breakthrough**
www.breakthroughfuel.com
**Name of Solution/Tech:** *RFP Services*

**Coupa**
www.coupa.com
**Name of Solution/Tech:** *Coupa Supply Chain Collaboration Suite*

**C3 Solutions**
www.c3solutions.com
**Name of Solution/Tech:** *C3 Yard*

**Craft**
www.craft.co
**Name of Solution/Tech:** *Craft*

**Cavallo**
www.cavllo.com
**Name of Solution/Tech:** *Cavallo Order Intelligence Platform*

**CrimsonLogic**
https://crimsonlogic-northamerica.com
**Name of Solution/Tech:** *CrimsonLogic Regulatory Filing*

**Food Logistics · SUPPLY & DEMAND CHAIN EXECUTIVE**
**TOP SOFTWARE & TECH AWARDS 2024**

## Crisp, Inc
www.gocrisp.com
**Name of Solution/Tech:** *Crisp's Semantic Layer for Retail*

## Everstream Analytics
www.everstream.ai
**Name of Solution/Tech:** *Everstream Analytics' Commodity Risk Insights*

## Hoopo Systems Ltd.
www.hoopo.tech
**Name of Solution/Tech:** *DoorSense 360*

## Luma Brighter Learning
https://lumabrighterlearning.com
**Name of Solution/Tech:** *Luma Navigator*

## MatchBack Systems
https://matchbacksystems.com
**Name of Solution/Tech:** *Pivot*

## Nulogy
https://nulogy.com
**Name of Solution/Tech:** *Materials Management Capabilities*

## OpenTug
https://opentug.com
**Name of Solution/Tech:** *OpenTug BargeOS*

## ORTEC
www.ortec.com
**Name of Solution/Tech:** *ORTEC Load Building and Final Mile Optimization Suite*

## Penske Truck Leasing
www.gopenske.com
**Name of Solution/Tech:** *Catalyst AI*

## Phoenix International Freight Services, Inc.
www.phoenixintlinc.com
**Name of Solution/Tech:** *PHXio*

## PortPro
www.portpro.io
**Name of Solution/Tech:** *Drayage TMS with Embedded Email Inbox*

## Reelables
https://reelables.com
**Name of Solution/Tech:** *Reelables 5G Smart Label*

## Reveel
www.reveelgroup.com
**Name of Solution/Tech:** *Shipping Intelligence Platform*

## RTA
https://rtafleet.com
**Name of Solution/Tech:** *Fleet360*

## Rygen Technologies
www.rygen.com
**Name of Solution/Tech:** *X1 Integrations Platform-as-a-Service (iPaas)*

## Sayari
www.sayari.com
**Name of Solution/Tech:** *Sayari Map*

## Semantic Visions
www.semantic-visions.com
**Name of Solution/Tech:** *Semantic Visions Supply Chain Multi-Tier Discovery*

## sensified.io
www.sensified.io
**Name of Solution/Tech:** *Seguro 220 Wireless Temperature Recorder*

## Shiplify
https://shiplify.com
**Name of Solution/Tech:** *3PL Integrations*

## SmartSense by Digi
www.smartsense.co
**Name of Solution/Tech:** *SmartSense T1 Sensor*

## TransLoop Logistics, LLC
www.transloop.io
**Name of Solution/Tech:** *TransLoop Sprint*

## TransmetriQ, powered by Railinc
www.transmetriq.com
**Name of Solution/Tech:** *Demurrage Management*

## Trimble
www.transportation.trimble.com
**Name of Solution/Tech:** *Transporeon Visibility*

## Truckstop
www.truckstop.com
**Name of Solution/Tech:** *Risk Factors*

## TrueCommerce
www.truecommerce.com
**Name of Solution/Tech:** *TrueCommerce EDI Integration for SAP S/4HANA Cloud Public Edition*

## VIA Technologies, Inc.
https://viatech.ai/forklift-safety-overview
**Name of Solution/Tech:** *VIA Mobile360 Forklift Safety System*

## Yard Management Solutions
www.yardmanagementsolutions.com
**Name of Solution/Tech:** *Yard Management Software*

# WAREHOUSE AUTOMATION

**aiOla**
www.aiola.com
**Name of Solution/Tech:** *aiOla application*

**Americold**
www.americold.com
**Name of Solution/Tech:** *Automated Receiving for Plant Advantaged Designs*

**anyseals, Inc**
www.anyseals.com
**Name of Solution/Tech:** *WMS & AutoStore Warehouse Automation System*

**ArcBest**
www.arcb.com
**Name of Solution/Tech:** *Vaux Smart Autonomy*

**AutoStore**
www.autostoresystems.com
**Name of Solution/Tech:** *The AutoStore Multi-Temperature Solution*

**Dexory**
www.dexory.com
**Name of Solution/Tech:** *DexoryView*

**GreyOrange**
www.greyorange.com
**Name of Solution/Tech:** *GreyMatter*

**inVia Robotics**
https://inviarobotics.com
**Name of Solution/Tech:** *Twin IQ*

**Loadsmart**
https://loadsmart.com
**Name of Solution/Tech:** *FreightIntel AI*

**Lucas Systems**
www.lucasware.com
**Name of Solution/Tech:** *Intelligent Pallet Matching for Food Industry*

**Ocado Intelligent Automation**
https://ocadointelligentautomation.com
**Name of Solution/Tech:** *Ocado Storage and Retrieval System*

**RXO**
http://rxo.com
**Name of Solution/Tech:** *Visual AI Technology for Gate Check-In*

**SHIP8 INC.**
www.ship8.com
**Name of Solution/Tech:** *Automated Warehouse Fulfillment System*

**Synergy Logistics Ltd**
www.snapfulfil.com
**Name of Solution/Tech:** *SnapControl Multiagent Warehouse Orchestration*

**Tecsys**
www.tecsys.com
**Name of Solution/Tech:** *Digital Twin 3D Heat Map for Warehouse Management*

**TEKLYNX**
www.teklynx.com
**Name of Solution/Tech:** *SENTINEL 2024*

**Verity**
www.verity.net
**Name of Solution/Tech:** *Cold Storage Capabilities for Autonomous Warehouse Operations*

**Voxware, Inc**
www.voxware.com
**Name of Solution/Tech:** *Put-To-Light Support*

**Yale Lift Truck Technologies**
http://yale.com/
**Name of Solution/Tech:** *Advanced Dynamic Stability*

# WMS/TMS

**Arrive Logistics**
www.arrivelogistics.com
**Name of Solution/Tech:** *ARRIVEnow*

**AutoSchedular.AI**
www.autoscheduler.ai
**Name of Solution/Tech:** *AutoScheduler.AI AutoPilot Central*

**Blue Yonder**
https://blueyonder.com
**Name of Solution/Tech:** *Blue Yonder Yard Management*

**Camelot 3PL Software**
www.3plsoftware.com
**Name of Solution/Tech:** *Excalibur Warehouse Control System*

**Datex**
www.datexcorp.com
**Name of Solution/Tech:** *Datex Footprint WMS*

**Jarrett**
www.gojarrett.com
**Name of Solution/Tech:** *jShip*

**Johanson Transportation Service**
www.arriviture.com
**Name of Solution/Tech:** *Arriviture TMS*

**Kaleris**
www.kaleris.com
**Name of Solution/Tech:** *Kaleris TMS + YMS*

## Kenco
**https://kencogroup.com**
**Name of Solution/Tech:** *Labor Management System*

## Logiwa
**www.logiwa.com**
**Name of Solution/Tech:** *Logiwa IO*

## McLeod Software
**www.mcleodsoftware.com**
**Name of Solution/Tech:** *McLeod's 24.2 Updates*

## Navix
**www.navix.io**
**Name of Solution/Tech:** *Freight Audit Automation*

## Princeton TMX
**www.princetontmx.com**
**Name of Solution/Tech:** *Princeton TMX Sustainability Tool*

## TA (TA Services, Inc.)
**www.taservices.com/**
**Name of Solution/Tech:** *Dynamic Pricing*

## WorkWave
**www.workwave.com**
**Name of Solution/Tech:** *RouteManager by WorkWave*