# EXHIBIT 8

US010035651B2

## (12) United States Patent
### Lindbo et al.

(10) **Patent No.:** **US 10,035,651 B2**
(45) **Date of Patent:** **Jul. 31, 2018**

(54) **STORAGE SYSTEMS AND METHODS FOR RETRIEVING UNITS FROM A STORAGE SYSTEM**

(71) Applicant: **OCADO INNOVATION LIMITED**, Hatfield (GB)

(72) Inventors: **Lars Sverker Ture Lindbo**, Welwyn (GB); **Robert Rolf Stadie**, Eversley (GB); **Christopher Richard James Brett**, St Albans (GB); **Matthew Robert Whelan**, Luton (GB)

(73) Assignee: **OCADO INNOVATION LIMITED**, Hatfield (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/595,360**

(22) Filed: **May 15, 2017**

(65) **Prior Publication Data**

US 2018/0029798 A1     Feb. 1, 2018

### Related U.S. Application Data

(63) Continuation of application No. 14/400,497, filed as application No. PCT/GB2013/051215 on May 10, 2013, now Pat. No. 9,682,822.

(30) **Foreign Application Priority Data**

May 11, 2012    (GB) .................................. 1208292.1
May 16, 2012    (GB) .................................. 1208612.0

(51) **Int. Cl.**
  **B65G 1/137**      (2006.01)
  **B65G 1/04**       (2006.01)
  **G05B 15/02**      (2006.01)
(52) **U.S. Cl.**
  CPC ........... **B65G 1/137** (2013.01); **B65G 1/0464** (2013.01); **G05B 15/02** (2013.01)

(58) **Field of Classification Search**
  USPC ......................................................... 700/218
  See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,654,662 B1 | 11/2003 | Hognaland | |
| 2001/0038784 A1* | 11/2001 | Peltomaki | ............ B65G 1/0485 414/273 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 2629718 A1 | 1/1978 |
| EP | 0767113 B1 | 7/2002 |

(Continued)

#### OTHER PUBLICATIONS

International Search Report (PCT/ISA/210) dated Aug. 1, 2013, by the European Patent Office as the International Searching Authority for International Application No. PCT/GB2013/051215.

(Continued)

*Primary Examiner* — Kyle O Logan
(74) *Attorney, Agent, or Firm* — Buchanan Ingersoll & Rooney PC

(57)     **ABSTRACT**

A system and method suitable for storing multiple product lines in an automated warehouse environment are disclosed. The storage system includes a frame containing a plurality of stacks of containers, a first handling device capable of lifting a plurality of containers from a stack in a single operation, and a second independently moveable handling device capable of lifting a single container and moving the container laterally. The first and second handling devices can work together to remove a target container quickly and with minimum use of resources.

**8 Claims, 16 Drawing Sheets**



**US 10,035,651 B2**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

2006/0056951  A1      3/2006  Williamson
2008/0075569  A1*    3/2008  Benedict ............. B65G 1/0464
                                                                        414/269
2014/0017052  A1      1/2014  Honkanen et al.

FOREIGN PATENT DOCUMENTS

NO              317366  B1      10/2004
WO        WO 98/49075  A1      11/1998
WO    WO 2012/127102  A1        9/2012

OTHER PUBLICATIONS

Written Opinion (PCT/ISA/237) dated Aug. 1, 2013, by the European Patent Office as the International Searching Authority for International Application No. PCT/GB2013/051215.

* cited by examiner

FIG. 1



FIG. 2







FIG. 4

U.S. Patent          Jul. 31, 2018          Sheet 4 of 16          US 10,035,651 B2



FIG. 5



FIG. 6



FIG. 8



FIG. 10









FIG. 11

FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16







FIG. 20B

FIG. 20A

FIG. 20C

FIG. 19



FIG. 21C

FIG. 21B

FIG. 21A

US 10,035,651 B2

**1**

## STORAGE SYSTEMS AND METHODS FOR RETRIEVING UNITS FROM A STORAGE SYSTEM

### FIELD OF THE INVENTION

The present invention relates to storage systems and methods for retrieving units form a storage system. In particular, but not exclusively, the invention relates to a robotic system for handling bins in a store comprising a grid of stacked units.

### BACKGROUND TO THE INVENTION

Some commercial and industrial activities require systems that enable the storage and retrieval of a large number of different products. One known system for the storage and retrieval of items in multiple product lines involves arranging storage bins or containers on rows of shelves arranged in aisles. Each bin or container holds a plurality of products of one product type. The aisles provide access between the rows of shelves, so that the required products can be retrieved by operatives or robots that circulate in the aisles. It will be appreciated, however, that the need to provide aisle space to access the products means that the storage density of such systems is relatively low. In other words, the amount of space actually used for the storage of products is relatively small compared to the amount of space required for the storage system as a whole.

In an alternative approach, which offers a significant improvement in storage density, containers are stacked on top of one another and the stacks are arranged in rows. The containers are accessed from above, removing the need for aisles between the rows and allowing more containers to be stored in a given space.

Methods of handling containers stacked in rows have been well known for decades. In some such systems, for example as described in U.S. Pat. No. 2,701,065, free-standing stacks of containers are arranged in rows in order to reduce the storage volume associated with storing such containers while still providing access to a specific container if required. Access to a given container is made possible by providing relatively complicated hoisting mechanisms which can be used to stack containers and to remove given containers from stacks. The cost of such systems are, however, impractical in many situations and they have mainly been commercialised for the storage and handling of large shipping containers.

The concept of using freestanding stacks of containers and providing a mechanism to retrieve and store specific containers has been developed further, for example as described in EP 0 767 113 B (Cimcorp). Cimcorp discloses a mechanism for removing a plurality of stacked containers using a robotic load handler in the form of a rectangular tube which is lowered around the stack of containers, and which is configured to be able to grip a container at any level in the stack. In this way, several containers can be lifted at once from a stack. The movable tube can be used to move several containers from the top of one stack to the top of another stack, or to move containers from a stack to an external location and vice versa. Such systems can be particularly useful where all of the containers in a single stack contain the same product (known as a single-product stack). The load handler can be used to move containers between single-product stacks, for example to add a plurality of containers containing a single type of product to the store, and to pick up one or more containers from two or more single-product stacks to create a multi-product output stack. An example of this is the picking of vegetable crates in a central warehouse to create a multi-product order for delivery to retail stores.

**2**

In the system described in Cimcorp, the height of the tube has to be as least as high as the height of the largest stack of containers, so that that the highest stack of containers can be extracted in a single operation. Accordingly, when used in an enclosed space such as a warehouse, the maximum height of the stacks is restricted by the need to accommodate the tube of the load handler. Furthermore, the system is not well adapted for the selection of a single container from a multi-product stack.

Online retail businesses selling multiple product lines, such as online grocers and supermarkets, require systems that are able to store tens or even hundreds of thousands of different product lines. The use of single-product stacks in such cases can be impractical, since a very large floor area would be required to accommodate all of the stacks required. Furthermore, it can be desirable only to store small quantities of some items, such as perishables or infrequently-ordered goods, making single-product stacks an inefficient solution.

Accordingly, for some applications, the use of multi-product stacks, in which the containers making up each stack may hold different products, is favoured in order to maximise the storage density of the system. The stored items must remain accessible reasonably quickly and easily, so that a plurality of different items required to fulfil a customer order can be picked from the storage system in an efficient way, even if some of the items required are stored in a lower level of a stack, underneath several other containers.

International patent application WO 98/049075A (Autostore), the contents of which are incorporated herein by reference, describes a system in which multi-product stacks of containers are arranged within a frame structure. A system of this type is illustrated schematically in FIGS. **1** to **5** of the accompanying drawings.

As shown in FIGS. **1** and **2**, stackable containers, known as bins **10**, are stacked on top of one another to form stacks **12**. The stacks **12** are arranged in a grid frame structure **14** in a warehousing or manufacturing environment. FIG. **1** is a schematic perspective view of the frame structure **14**, and FIG. **2** is a top-down view showing a stack **12** of bins **10** arranged within the frame structure **14**. Each bin **10** typically holds a plurality of product items (not shown), and the product items within a bin **10** may be identical, or may be of different product types depending on the application.

The frame structure **14** comprises a plurality of upright members **16** that support horizontal members **18**, **20**. A first set of parallel horizontal members **18** is arranged perpendicularly to a second set of parallel horizontal members **20** to form a plurality of horizontal grid structures supported by the upright members **16**. The members **16**, **18**, **20** are typically manufactured from metal. The bins **10** are stacked between the members **16**, **18**, **20** of the frame structure **14**, so that the frame structure **14** guards against horizontal movement of the stacks **12** of bins **10**, and guides vertical movement of the bins **10**.

The top level of the frame structure **14** includes rails **22** arranged in a grid pattern across the top of the stacks **12**. Referring additionally to FIGS. **3** and **4**, the rails **22** support a plurality of robotic load handling devices **30**. A first set **22a** of parallel rails **22** guide movement of the load handling devices **30** in a first direction (X) across the top of the frame structure **14**, and a second set **22b** of parallel rails **22**, arranged perpendicular to the first set **22a**, guide movement

US 10,035,651 B2

3

of the load handling devices **30** in a second direction (Y), perpendicular to the first direction. In this way, the rails **22** allow movement of the load handling devices **30** laterally in two dimensions in the horizontal X-Y plane, so that a load handling device **30** can be moved into position above any of the stacks **12**.

The load handling devices **30** are further described in Norwegian patent number 317366, the contents of which are incorporated herein by reference. FIGS. **3**A and **3**B are schematic perspective views of a load handling device **30** from the rear and front, respectively, and FIG. **3**C is a schematic front perspective view of a load handling device **30** lifting a bin **10**.

Each load handling device **30** comprises a vehicle **32** which is arranged to travel in the X and Y directions on the rails **22** of the frame structure **14**, above the stacks **12**. A first set of wheels **34**, consisting of a pair of wheels **34** on the front of the vehicle **32** and a pair of wheels **34** on the back of the vehicle **32**, is arranged to engage with two adjacent rails of the first set **22a** of rails **22**. Similarly, a second set of wheels **36**, consisting of a pair of wheels **36** on each side of the vehicle **32**, is arranged to engage with two adjacent rails of the second set **22b** of rails **22**. Each set of wheels **34**, **36** can be lifted and lowered, so that either the first set of wheels **34** or the second set of wheels **36** is engaged with the respective set of rails **22a**, **22b** at any one time.

When the first set of wheels **34** is engaged with the first set of rails **22a** and the second set of wheels **36** is lifted clear from the rails **22**, the wheels **34** can be driven, by way of a drive mechanism (not shown) housed in the vehicle **32**, to move the load handling device **30** in the X direction. To move the load handling device **30** in the Y direction, the first set of wheels **34** is lifted clear of the rails **22**, and the second set of wheels **36** is lowered into engagement with the second set of rails **22a**. The drive mechanism can then be used to drive the second set of wheels **36** to achieve movement in the Y direction.

The load handling device **30** is equipped with a crane device **40**. The crane device **40** comprises a cantilever arm **42** that extends laterally from the top of the vehicle **32**. A gripper plate **44** is suspended from the cantilever arm **42** by four cables **46**. The cables **46** are connected to a winding mechanism (not shown) housed within the vehicle **32**. The cables **46** can be spooled in or out from the cantilever arm **42**, so that the position of the gripper plate **44** with respect to the vehicle **32** can be adjusted in the Z direction.

The gripper plate **44** is adapted to engage with the top of a bin **10**. For example, the gripper plate **44** may include pins (not shown) that mate with corresponding holes (not shown) in the rim that forms the top surface of the bin **10**, and sliding clips (not shown) that are engageable with the rim to grip the bin **10**. The clips are driven to engage with the bin **10** by a suitable drive mechanism housed within the gripper plate **44**, which is powered and controlled by signals carried through the cables **46** themselves or through a separate control cable (not shown).

To remove a bin **10** from the top of a stack **12**, the load handling device **30** is moved as necessary in the X and Y directions so that the gripper plate **44** is positioned above the stack **12**. The gripper plate **44** is then lowered vertically in the Z direction to engage with the bin **10** on the top of the stack **12**, as shown in FIG. **3**C. The gripper plate **44** grips the bin **10**, and is then pulled upwards on the cables **46**, with the bin **10** attached. At the top of its vertical travel, the bin **10** is accommodated beneath the cantilever arm **42** and is held above the level of the rails **22**. In this way, the load handling device **30** can be moved to a different position in the X-Y

4

plane, carrying the bin **10** along with it, to transport the bin **10** to another location. The cables **46** are long enough to allow the load handling device **30** to retrieve and place bins from any level of a stack **12**, including the floor level. The vehicle **32** is sufficiently heavy to counterbalance the weight of the bin **10** and to remain stable during the lifting process. The weight of the vehicle **32** may be comprised in part of batteries that are used to power the drive mechanism for the wheels **34**, **36**.

As shown in FIG. **4**, a plurality of identical load handling devices **30** are provided, so that each load handling device **30** can operate simultaneously to increase the throughput of the system. The system illustrated in FIG. **4** includes two specific locations, known as ports **24**, at which bins **10** can be transferred into or out of the system. An additional conveyor system (not shown) is associated with each port **24**, so that bins **10** transported to a port **24** by a load handling device **30** can be transferred to another location by the conveyor system, for example to a picking station (not shown). Similarly, bins **10** can be moved by the conveyor system to a port **24** from an external location, for example to a bin-filling station (not shown), and transported to a stack **12** by the load handling devices **30** to replenish the stock in the system.

Each load handling device **30** can lift and move one bin **10** at a time. If it is necessary to retrieve a bin **10** ("target bin") that is not located on the top of a stack **12**, then the overlying bins **10** ("non-target bins") must first be moved to allow access to the target bin **10**. This is achieved in an operation referred to hereafter as "digging".

Referring to FIG. **5**, during a digging operation, one of the load handling devices **30** sequentially lifts each non-target bin **10a** from the stack **12** containing the target bin **10b** and places it in a temporary location on top of another stack **12**. The target bin **10b** can then be accessed by the load handling device **30** and moved to a port **24** for further transportation. In FIG. **5**, eight non-target bins **10a** have been placed into temporary positions, and the target bin **10b** has been withdrawn from the stack **12** by the load handling device **30**. Once the target bin **10b** has been extracted, the non-target bins **10a** can be replaced one-by-one in the stack **12** by the load handling device **30**, to restore the original order of the stack **12**, less the target bin **10b**.

Each of the load handling devices **30** is under the control of a central computer. Each individual bin **10** in the system is tracked, so that the appropriate bins **10** can be retrieved, transported and replaced as necessary. For example, during a digging operation, the temporary locations of each of the non-target bins **10a** is logged, so that the non-target bins **10a** can be replaced in the stack in the correct order.

The system described with reference to FIGS. **1** to **5** has many advantages and is suitable for a wide range of storage and retrieval operations. In particular, it allows very dense storage of product, and it provides a very economical way of storing a huge range of different items in the bins **10**, while allowing reasonably economical access to all of the bins **10** when required for picking.

However, there are some drawbacks with such a system, which all result from the above-described digging operation that must be performed when a target bin **10b** is not at the top of a stack **12**.

In a typical installation, the stacks **12** can be up to twenty-four bins tall. This means that, to access a target bin **10b** that is towards the bottom of the stack **12**, it is necessary first to remove a large number of non-target bins **10a**. As shown in FIG. **5**, the non-target bins **10a** stored in temporary locations restrict access to the rails **22**, making a relatively

US 10,035,651 B2

5

large area of the store inaccessible to other load handling devices **30** during a digging operation. Furthermore, the digging process consumes a large part of the operating time of the load handling devices **30**, reducing the efficiency and increasing the cost of the system, because it is necessary to provide multiple load handling devices **30** to avoid delays.

The digging operation is relatively slow, and it can take many minutes to access a target bin **10***b* that is situated towards the bottom of a stack **12**. The time taken is increased when the target stack **12** is already being used for temporary storage of a non-target bin **10***a* as part of the digging operation for another target bin **10***b*. Thus multiple digging operations have a cumulative negative effect on the efficiency of the system. To mitigate delays caused by digging operations, the picking process needs to be orchestrated a long time in advance, typically at least thirty minutes. As a result, the system cannot react quickly to changes in demand without significant loss of productivity.

Another strategy for minimising the time spent on digging operations is to arrange the bins **10** in the stack **12** so that the most frequently accessed bins **10** are close to the top of the stacks **12**. However, this approach becomes limited in applications in which products are picked to assemble orders that consist of a relatively large number of products selected from a very large number of product lines, because it is always likely that a small number of comparatively rarely-ordered products, requiring a time-consuming digging operation, will be present in each order.

Against this background, it would be desirable to provide systems and methods that reduce or mitigate some of the above-described problems.

SUMMARY OF THE INVENTION

According to a first aspect, the present invention resides in a storage system comprising a frame containing a plurality of stacks of containers, a first handling device capable of lifting a plurality of containers from a stack in a single operation, and a second handling device capable of lifting a single container and moving the container laterally. The first and second handling devices are disposed above the frame and are independently moveable to access different stacks.

The provision of a first handling device capable of lifting a plurality of containers from a stack in a single operation along with a second handling device capable of lifting a single container and moving the container laterally provides an optimum solution when seeking to retrieve a container which is located in the middle or bottom of a stack. In such a case, only two lifting operations need be carried out to retrieve the target container, which greatly increases the speed and efficiency of the retrieval process compared to prior art arrangements in which only one container can be lifted at a time.

To this end, the first handling device may be configured to lift a plurality of non-target containers from a stack containing a target container. The second handling device may be configured to lift the target container from the stack and to move the target container to a destination. Preferably, the first and second handling devices are different from each other and dedicated to their specific function. By providing dedicated handling devices to lift non-target containers and target containers, each device can be designed to perform its role in the most efficient manner, increasing the productivity of each device and therefore the speed of operation of the whole system.

Once the target container has been lifted vertically from the stack, it can then be moved laterally (i.e. generally

6

horizontally or sideways across the top of the stack) by the second handling device to another location at which the container can be transported away from the storage system for further processing. For example, when used in an order fulfillment operation, the target container may be moved from the storage system to an order picking station at which items are removed from containers to assemble customer orders.

The first handling device may be capable of moving the plurality of containers laterally. In one embodiment, the first handling device may be configured to move the plurality of containers to a temporary location. In this way, the plurality of containers can be moved aside to allow the second handling device to access a particular target container in the stack. By moving the plurality of containers together to the temporary location in a single operation, the number of container movement operations required to allow access to the target container can be significantly reduced compared to known systems in which only one container is moved at a time.

In one embodiment, the first handling device is configured to move the plurality of containers laterally, across the top of the frame, to the temporary location. The temporary location may be the top of a stack. For example, when the plurality of containers is removed from a target stack, the plurality of containers may be moved to the top of a non-target stack in the vicinity of the target stack.

Conveniently, lateral movement of the second handling device may be guided by rails disposed above the frame. The rails may be arranged in a grid pattern, allowing two-dimensional movement of the second handling device in the horizontal plane. The second handling device may comprise powered wheels arranged to engage with the rails. Two sets of wheels may be provided, with one set being arranged to engage with a first set of rails to guide movement of the second handling device in a first direction, and another set being arranged to engage with a second set of rails to guide movement of the second handling device in a second direction.

In one embodiment, lateral movement of the first handling device is also guided by rails disposed above the frame. In this case, the first handling device may comprise powered wheels arranged to engage with the rails. Again, two sets of wheels may be provided, with one set being arranged to engage with a first set of rails to guide movement of the first handling device in a first direction, and another set being arranged to engage with a second set of rails to guide movement of the first handling device in a second direction.

The first and second handling devices may be moveable in the same horizontal plane above the frame. For example, the first and second handling devices may be guided on a common set of rails.

In alternative arrangements, the first handling device is moveable in a first horizontal plane above the frame, and the second handling device is movable in a second horizontal plane that lies between the first horizontal plane and the frame. In this way, non-target containers can be lifted from a stack in a single operation by the first handling device and held in an elevated position whilst the second handling device retrieves a target container from the stack.

In one such case, the storage system comprises a lower set of rails arranged above the frame for guiding the second handling device, and an upper set of rails arranged above the lower set of rails for guiding the first handling device. In another arrangement, the storage system includes a gantry to

US 10,035,651 B2

7

guide lateral movement of the first handling device above the frame. The second handling device may be able to move beneath the gantry.

The first handling device may comprise a robot vehicle equipped with a lifting device arranged to lift the plurality of containers from the stack in a single operation. The lifting device may be configured to grip or engage with a lower-most one of the plurality of containers.

The vehicle of the first handling device may include an aperture through which the plurality of containers can be lifted. This provides for a compact, space-efficient arrangement.

In one embodiment, the aperture is open to a side of the vehicle to allow the first load handling device to move laterally away from the plurality of containers, once the plurality of containers have been placed in a temporary location. In another embodiment, the aperture is arranged centrally within the vehicle, in which case the plurality of containers may be retained by the first load handling device until the plurality of containers is lowered back onto a stack.

The lifting device may comprise one or more lifting arms. When an aperture is provided, a pair of lifting arms may be arranged on either side of the aperture. The lifting arms may be telescopic.

The storage system may comprise vertically-extending spaces between the stacks of containers and the frame to allow the lifting arms to embrace the plurality of containers therebetween. Whilst the inclusion of such spaces in the storage system reduces the storage density of the storage system, this disadvantage is more than compensated for by the significant improvement in efficiency and speed of operation afforded by the present invention.

In another embodiment, the lifting device comprises rods or cables arranged to engage with vertical channels formed in the side walls of the containers. The channels may be accessed by apertures in a top face of each container. In such an arrangement, vertically-extending spaces in the storage system are not necessary.

The rods or cables may carry an anchor mechanism arranged to engage releasably with a container. For example, the anchor mechanism may comprise one or more laterally-extendable arms for engaging a surface of the container. The anchor mechanism may be operated remotely, for example by a wire that extends through a tubular bore of the rod or cable.

The channels may be open to the sides of the containers, to allow the rods or cables to be drawn outwards from the channels when the plurality of containers is lifted. The lifting device may comprise one or more spool devices configured to extend and retract the rods or cables. The channels may extend through the whole height of each container, so that the rods or cables can be lowered through a plurality of containers to reach and engage with the lowest container of a plurality of containers to be lifted.

The first handling device may comprise a support frame for supporting a plurality of lifted containers. In this way, the lifted containers remain stable when the first handling device is moved, even if the containers are unevenly loaded or misaligned. Similarly, when the first handling device comprises lifting arms, the lifting arms may support and stabilise the containers when in the lifted position.

The second handling device may comprise a robot vehicle equipped with a crane device. As is known from NO317366, for example, the crane device may be supported by a cantilever arm extending from the vehicle.

In an alternative arrangement, the vehicle comprises first and second vehicle modules that support the crane device

8

therebetween. For example, the first and second vehicle modules may be spaced apart to define a space therebetween into which the container can be lifted. The first and second vehicle modules may be linked by a cross member from which the crane device is suspended. In these arrangements, the weight of the crane device and the container is supported directly by the vehicle modules and it is not necessary for the weight of the vehicle to act as a counterbalance. Consequently, the weight of the second handling device according to this arrangement can be significantly reduced compared to the known cantilever-type device.

The crane device may include a gripper device configured to grip a container from above. The gripper device may be suspended from cables that can be extended and retracted from the vehicle to move the gripper device vertically.

In another embodiment, the second handling device comprises a robot vehicle equipped with a lifting device arranged to lift a single container from the stack. The vehicle of the second handling device may include an aperture through or into which the container can be lifted. The lifting device may comprise a pair of lifting arms arranged on either side of the aperture, in which case the lifting device may comprise a gripper device mounted between the ends of the arms and arranged to grip a container from above.

The frame may comprise upright members and horizontal members arranged to guard against lateral movement of the stacks contained in the frame, and to guide vertical movement of the containers. By forming the stacks of containers within a frame in this way, several advantages are realised. For example, each stack can be taller than would be possible in the absence of a frame. Using tall stacks provides both good utilisation of the space within a building, and leads to short horizontal travel distances for the transport of containers into and out of the storage system. The frame also provides stability for the stacks of containers, even if the containers are unevenly loaded, misaligned, or of slightly different shapes due to manufacturing tolerances. Thirdly, the frame can also guide the first and second handling devices so that they can be made lighter, faster and cheaper.

The storage system may further comprise one or more port locations at which containers can be removed from and/or added to the storage system. The second handling device may be capable of transporting a target container from a stack to a port location.

The containers may comprise open-topped bins. The containers may be arranged to interlock or engage with one another in the vertical direction when formed in a stack. As well as increasing the stability of the stacks within the frame, using containers that interlock or engage with one another in the vertical direction improves the stability of sets of containers that are lifted together from the stacks.

In a typical application, multiple handling devices may be employed so that multiple containers can be lifted and moved simultaneously. The handling devices may be of different types, and may be selected to balance the cost and energy consumption of the system with the speed and flexibility of operation.

To this end, the storage system may comprise a plurality of first handling devices, each being capable of lifting a plurality of containers from a stack in a single operation. Two or more of the plurality of first handling devices may be of the same type. Alternatively, or in addition, at least one first handling device of a first type, and at least one first handling device of a second type may be provided.

For example, the first handling device of the first type may be capable of lifting more containers in one operation than the first handling device of the second type. In this way, the

US 10,035,651 B2

9

first handling device of the first type can be used to lift non-target containers from stacks in which a target container is located towards the bottom of the stack, underneath a relatively large number of non-target containers, whilst the first handling device of the second type, which is cheaper, lighter and consumes less energy than the first handling device of the first type, can be used to lift non-target containers from the stacks in which the target container is located closer to the top of the stack.

In another example, the first handling device of the first type is capable of depositing the plurality of containers in a temporary location, for example on top of a stack, whilst the first handling device of the second type retains the plurality of containers until they are replaced in the original stack. This arrangement provides a balance between functionality and cost, and is useful in applications where it is not necessary for all of the first handling devices to be capable of leaving the plurality of containers in a temporary location.

A plurality of second handling devices may be provided. Two or more of the second handling devices may be identical.

The present invention also extends, in a second aspect, to a handling device for lifting and moving containers in a storage system, wherein the handling device is suitable for use as the first handling device in the storage system of the first aspect of the invention.

The invention further extends, in a third aspect, to a handling device for lifting and moving containers in a storage system, wherein the handling device is suitable for use as the second handling device in the storage system of the first aspect of the invention.

From a fourth aspect, the invention resides in a method of retrieving a target container from a storage system, the storage system comprising a plurality of stacks of containers arranged in a frame, wherein the target container is located in a target stack beneath at least two non-target containers. The method comprises moving a first handling device to the target stack, lifting a plurality of non-target containers from the target stack in a single lifting operation using the first handling device to allow access to the target container, moving a second handling device to the target stack, and lifting the target container from the target stack using the second handling device.

By virtue of this method, the target container can be retrieved using only two lifting operations, and the amount of time spent by a handling device in moving the non-target containers to allow access to the target container can be substantially reduced. The first and second handling devices are preferably different and are dedicated to their specific function.

The first handling device need not remove all of the non-target containers in one lifting operation. Thus the method may include lifting multiple pluralities of non-target containers in consecutive single operations to allow access to the target container.

The method may further comprise transporting laterally the plurality of non-target containers to a temporary location using the first handling device, before moving the second handling device to the target stack. The plurality of non-target containers may be deposited at the temporary location or, alternatively, the plurality of non-target containers may be retained in the first handling device at the temporary location. In this case, the method may comprise moving the second handling device underneath the first handling device to access the target stack.

From a fifth aspect, the invention resides in a method of retrieving a target container from a storage system, the

10

storage system comprising a plurality of stacks of containers arranged in a frame, wherein the target container is located in a target stack beneath at least two non-target containers. The method comprises moving a first handling device to the target stack, lifting a plurality of non-target containers and the target container from the target stack in a single lifting operation using the first handling device, transporting laterally the plurality of non-target containers and the target container to a temporary location using the first handling device, depositing the target container in the temporary location, removing the plurality of non-target containers from the temporary location, moving a second handling device to the temporary location, and lifting the target container from the temporary location using the second handling device.

In this aspect, the target container is lifted from the stack along with the overlying non-target containers. The non-target containers are then removed, allowing the second handling device to retrieve the target container. With this method, it is necessary only for the first handling device to be capable of reaching down into the frame to lift a container. The second handling device need be capable only of lifting the target container from the temporary location, for example from the top of a stack. Preferably, the plurality of non-target containers is removed from the temporary location in a single operation using the first handling device, minimising movement of the handling devices.

The method of the fourth or fifth aspect may include returning the plurality of non-target containers to the stack in a single operation using the first handling device.

According to a sixth aspect of the present invention there is provided an order picking system comprising a container frame containing a plurality of stacks of containers or bins, a first horizontal transport mechanism comprising a target bin retrieval robot and a second horizontal transport mechanism comprising a non-target bin retrieval robot capable of retrieving a plurality of non-target bins from a stack in a single operation, wherein the first and second transport mechanisms are different from each other and dedicated to their specific function and work together to retrieve a target bin efficiently.

More specifically, the first transport mechanism can be designed to retrieve one bin at a time from the top of a current stack, whereas the second transport mechanism can be designed to extract a plurality of non-target bins in a stack by use of for example telescopic arms which extend down to the desired level of the stack within the grid, engage the bin at the desired level and lift the entire stack of bins above the desired bin in a single operation. The ability to remove a stack of bins in a single operation from a grid provides an optimum solution when seeking to retrieve a bin which is located in the middle or bottom of a stack such that only two operations need be carried out to retrieve the target bin.

Preferably the bins are interlocking such that the retrieved stack has improved stability. Also there is no absolute need for the second transport mechanism to be able to remove all of the non-target bins in one operation. Whilst providing a non-optimum solution, it is possible for the second transport mechanism to extract a plurality of non-target bins in each operation and repeat this until the target bin is reached.

According to a seventh aspect of the present invention there is provided an order picking system comprising a container frame containing a plurality of stacks of containers or bins, a first horizontal transport mechanism comprising a target bin retrieval robot and a second horizontal transport mechanism comprising a non-target bin retrieval robot capable of retrieving a plurality of non-target bins from a

US 10,035,651 B2

11

stack in a single operation, wherein the first and second transport mechanisms are displaced from each other in separate planes.

In a proposed implementation, a stack of non-target bins on top of the required (target) bin would be picked up through the grid by means of the second horizontal transport mechanism which may have a second type of load handler with a telescopic gripping arms device, whereafter the required (target) bin would be retrieved using the first horizontal transport mechanism which may comprise a first type of moveable load handler. This would then transport the target bin to the required location.

In an eighth aspect of the invention, a storage system is provided comprising a frame containing a plurality of stacks of containers, and a handling device disposed above the frame and capable of lifting one or more containers from a stack in a single operation. The handling device comprises a plurality of flexible lifting cables, each lifting cable having an anchor mechanism to anchor the rod to a container, and drive means arranged to deploy and retract the lifting cables. Each container comprises a plurality of channels for accepting the lifting cables of the handling device. The channels open to side of each container to allow the lifting cables to be drawn outwards from the channels upon retraction of the lifting cables. The handling device may comprise a vehicle having an aperture through which the containers are lifted upon retraction of the lifting rods. The handling device may include a support frame for supporting a plurality of lifted containers.

A ninth aspect of the invention resides in a handling device suitable for lifting containers from a stack of containers in a frame structure. The handling device comprises a robot vehicle equipped with a crane device. The vehicle comprises first and second vehicle modules that support the crane device therebetween. The first and second vehicle modules may be spaced apart to define a space therebetween into which the container can be lifted. The first and second vehicle modules may be linked by a cross member from which the crane device is suspended. The crane device may comprise a gripper device configured to grip a container from above and the gripper device may be suspended from cables that can be extended and retracted from the vehicle to move the gripper device vertically.

A tenth aspect of the invention resides in a handling device suitable for lifting containers from a stack of containers in a frame structure, comprising a robot vehicle equipped with a lifting device arranged to lift a container from the stack. The vehicle includes an aperture through or into which the container can be lifted. The lifting device may comprise a pair of lifting arms arranged on either side of the aperture, and may further comprise a gripper device mounted between the ends of the arms and arranged to grip a container from above.

Aspects of the present invention are a substantial improvement of the system described in International Patent Application WO 98/49075 and further detailed in Norwegian patent 317366. In particular, the introduction of a second type of movable load handling device, which facilitates removal of a plurality of stacked non-target bins in a single operation, significantly increases the utility of the storage system.

Preferred and/or optional features of each aspect of the invention may be used, alone or in appropriate combination in the other aspects of the invention also.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic perspective view of a frame structure for housing a plurality of stacks of bins in a known storage system;

12

FIG. 2 is a schematic plan view of part of the frame structure of FIG. 1;

FIGS. 3A and 3B are schematic perspective views, from the rear and front respectively, of a known load handler device for use with the frame structure of FIGS. 1 and 2, and FIG. 3C is a schematic perspective view of the known load handler device in use lifting a bin;

FIG. 4 is a schematic perspective view of a known storage system comprising a plurality of load handler devices of the type shown in FIGS. 3A, 3B and 3C, installed on the frame structure of FIGS. 1 and 2; and

FIG. 5 is a schematic perspective view of the known storage system of FIG. 4 during a digging operation to retrieve a target bin from a stack.

Embodiments of the present invention will now be described, by way of example only, with reference to the remainder of the accompanying drawings, in which like reference numerals are used for like features, and in which:

FIG. 6 is a schematic perspective view of a storage system according to one embodiment of the present invention;

FIG. 7A is a schematic perspective view of a load handling device for use in the storage system of FIG. 6, and FIGS. 7B and 70 are schematic perspective views of the load handling device of FIG. 7A in use lifting a plurality of bins;

FIG. 8 is a schematic plan view of part of a frame structure forming part of the storage system of FIG. 6;

FIGS. 9A, 9B, 9C, 9D, 9E, 9F, 9G and 9H are a sequence of schematic side views of the storage system of FIG. 6, showing a bin being retrieved from a stack;

FIG. 10 is a schematic perspective view of another load handling device for use in a storage system according to another embodiment of the present invention;

FIG. 11 is a schematic perspective view of a storage system according to another embodiment of the present invention;

FIG. 12 is a schematic perspective view of a storage system according to a further embodiment of the present invention;

FIG. 13 is a schematic side view of part of the storage system of FIG. 12;

FIG. 14 is a schematic perspective view of a storage system according to another embodiment of the present invention;

FIG. 15 is a schematic perspective view of another load handling device for use in a storage system according to the invention;

FIG. 16 is a schematic perspective view of a further load handling device for use in a storage system according to the invention;

FIG. 17 is a schematic plan view of part of a frame structure forming part of another storage system according to the invention;

FIG. 18A is a schematic perspective view of a bin for use in the storage system of FIG. 17, and FIG. 18B is a more detailed view of part of the bin of FIG. 18A;

FIG. 19 is a schematic plan view of part of a frame structure forming part of a further storage system according to the invention;

FIG. 20A is a schematic perspective view of a bin for use in the storage system of FIG. 19, and FIGS. 20B and 20C are more detailed views of parts of the bin of FIG. 20A;

FIG. 21A is a schematic perspective view of a load handling device for use in the storage system of FIG. 6, and FIGS. 21B and 21C are schematic perspective views of the load handling device of FIG. 21A in use lifting a plurality of bins.

US 10,035,651 B2

13

## DETAILED DESCRIPTION OF EMBODIMENTS OF THE INVENTION

FIG. **6** is a perspective view of a storage system **100** according to a first embodiment of the present invention. The storage system **100** is generally similar to the known system described above with reference to FIGS. **1** to **5**, and comprises a plurality of storage containers or bins **110** stacked on top of one another to form a plurality of stacks **112**. The stacks **112** are arranged within a frame structure **114**.

The frame structure **114** comprises a plurality of upright members **116** that extend in the Z direction and support horizontal members **118**, **120**. A first set of parallel horizontal members **118**, arranged in the X direction, is disposed perpendicular to a second set of parallel horizontal members **120** (not shown in FIG. **6**), arranged in the Y direction. The horizontal members **118**, **120** form a plurality of horizontal grid structures supported by the upright members **116**. The members **116**, **118**, **120** are typically manufactured from metal. The bins **110** are stacked between the members **116**, **118**, **120** of the frame structure **114**, so that the frame structure **114** guards against horizontal movement of the stacks **112** of bins **110**, and guides vertical movement of the bins **110**.

The top level of the frame structure **114** includes rails **122** arranged in a grid pattern across the top of the stacks **112**. A first set **122***a* of parallel rails **122** and a second set **122***b* of parallel rails **122** are provided to guide movement of load handling devices in the X and Y directions, respectively, across the top of the frame structure **114**.

Two different types of load handling device are mounted on the rails **122**. The first type of load handling device **30**, known hereafter as a single-bin load handling device, is identical to the known load handling device described above with reference to FIGS. **3** and **4**. The second type of load handling device **150**, known hereafter as a multi-bin load handling device, will now be described with reference to FIG. **7**.

Referring to FIG. **7**A, a multi-bin load handling device **150** comprises a vehicle **152** having first and second sets of wheels **154**, **156** that are engageable with the first and second sets **122***a*, **122***b* of rails **122**, respectively. As for the single-bin load handling device **30**, the first and second sets of wheels **154**, **156** of the multi-bin load handling device **150** can be moved vertically with respect to the vehicle **152** to engage or disengage the wheels **154**, **156** from the corresponding set of rails **122***a*, **122***b*. By engaging and driving the appropriate set of wheels **154**, **156**, the multi-bin load handling device **150** can be moved laterally in the X and Y directions in the horizontal plane on the top of the frame structure **114**.

The multi-bin load handling device **150** facilitates the removal of a plurality of non-target bins **110***a* from a stack **112** in a single operation. To this end, the vehicle **152** carries a telescopic lifting mechanism **160** consisting of two plate-like telescoping arms **162** arranged either side of a central aperture **164** in the vehicle **152**. The ends of the arms **162** are fitted with gripper devices (not shown) that are configured to releasably engage with the bins **110**. The gripper devices may take any suitable form, but may conveniently be in the form of inwardly-extending fingers that can be deployed laterally to engage with the rim of a bin **110** and retracted to release the bin **110**.

As illustrated in FIG. **7**B, to remove a plurality of non-target bins **110***a* from the top of a stack **112**, the arms **162** are moved downwards so that the gripper devices on the ends of

14

the arms **162** reach the lowermost bin **110***a* of the plurality of bins **110***a* to be removed. The gripper devices then engage the lowermost bin **110***a*, and the arms **162** are driven upwards to lift the plurality of bins **110***a* up through the aperture **164** and clear of the frame structure **114**, as shown in FIG. **7**C. The multi-bin load handling device **150** can then be moved, along with the set of bins **110***a*, to another location on the frame structure **114**.

Referring to FIG. **8**, in this embodiment of the invention, the members **118** of the frame structure **114** that extend in the X direction are spaced apart in the Y direction by a distance that is sufficient for the width of a bin **110** to be accommodated between the members **118** leaving a gap **168** either side of the bin **110**. In this way, the arms **162** of a multi-bin load handling device **150** can pass between the bins **110** and the horizontal frame members **118**. The bins **110** have recessed corners **168** that serve to locate the bins **110** between the vertical frame members **116**. In this way, the vertical frame members **116** help to guide the bins **110** in vertical movement within the frame structure **114**, and to maintain the stability of the stacks **112** even if the bins **110** are misaligned and/or unevenly loaded. The bins **110** may also be shaped so that they stack together in a mutually interlocking manner, as would be familiar to a person skilled in the art, thereby to improve the stability of the stacks **112**. Interlocking could be established by any suitable means, such as pegs on the top rim of each bin **110** fitting into corresponding holes in the bottom of the overlying bin **110**.

Referring back to FIG. **6**, the multi-bin load handling devices **150** run on the same rails **122** as the single-bin load handling devices **30**. The multi-bin load handling devices **150** are used primarily to remove non-target bins **110***a* from a stack, before a single-bin load handling device **30** removes the target bin **110***b* (not visible in FIG. **6**) and transports the target bin **110***b* to a port **124** for further processing.

It will be appreciated that the multi-bin load handling devices **150** can be used to lift all of, or several of, the non-target bins **110***a* from a stack **112** in a single operation. This avoids the need for repeated single-bin removal operations to access a target bin **110***b* that is in a stack underneath non-target bins **110***a*. The removed non-target bins **110***a* can be retained, in the correct order, in the corresponding multi-bin load handling device **150** and moved out of the way of the stack **112** to allow a single-bin load handling device **30** to access the stack **112** to remove the target bin **110***b*, without the need to place the non-target bins **110***a* in individual temporary locations atop other stacks **112**. The use of the multi-bin load handling devices **150** therefore keeps more stacks **112** accessible at any one time.

Operation of the storage system of FIG. **6** will now be described with reference to FIG. **9**.

FIGS. **9**A, **9**B, **90**, **9**D, **9**E, **9**F, **9**G and **9**H show schematic side views of stacks **112** of bins **110** arranged in the storage system **100** of FIG. **6**, along with one single-bin load handling device **30**, of the type shown in FIG. **3**, and one multi-bin load handling device **150**, of the type shown in FIG. **7**. The load handling devices **30**, **150** are moveable on rails **122**, as previously described.

FIG. **9**A illustrates the starting configuration of the system. A target bin **110***b* is located within one of the stacks **112**, beneath a plurality of non-target bins **110***a*. To retrieve the target bin **110***b*, the multi-bin load handling device **150** is first moved into position above the stack **112** containing the target bin **110***b*, as shown in FIG. **9**B. The arms **162** of the telescopic lifting mechanism **160** are then lowered to embrace the non-target bins **110***a*, as shown in FIG. **9**C. The

US 10,035,651 B2

15      16

arms **162** grip the lowermost non-target bin **110***a*, and lift all of the non-target bins **110***a* clear of the stack, as shown in FIG. **9**D.

Turning to FIG. **9**E, the multi-bin load handling device **150**, holding the non-target bins **110***a*, moves away from the stack **112** in a lateral direction to expose the top of the target bin **110***b*. At the same time, a single-bin load handling device **30** moves laterally into position above the stack **112**. The lifting plate **44** is lowered onto the target bin **110***b* and engaged therewith, as shown in FIG. **9**F and then the lifting plate **44** is hoisted to lift the target bin **110***b* out of the stack **112**.

The target bin **110***b* is then carried in a lateral or horizontal direction by the single-bin load handling device **30** to another location, for example a port (not shown), for further processing or transport. The multi-bin load handling device **150** moves back above the stack **112**, and lowers the non-target bins **110***a* back onto the stack **112** (see FIG. **9**G). Finally, the multi-bin load handling device **150** disengages the non-target bins **110***a* and moves away from the stack **112**, leaving the stack **112** in its original configuration, less the target bin **110***b*.

The multi-bin load handling device **150** shown in FIG. **7** is small and relatively compact, but lacks the ability to deposit a set of non-target bins **110***a* in a temporary location on top of another stack **112**. Instead, the non-target bins **110***a* are retained within the multi-bin load handling device **150**. This means that each multi-bin load handling device **150** cannot be used for other tasks until the digging operation to access the target bin **110***b* is complete, and the non-target bins **110***a* have been returned to the original stack **112**.

FIG. **10** shows a variant of the multi-bin load handling device. In this case, the multi-bin load handling device **250** is capable of depositing a set of bins on top of another stack **112** and then moving away from the temporarily placed set of bins. The device **250** comprises a vehicle **252** with first and second sets of wheels **254**, **256**, arranged to engage with the first and second sets of rails **122***a*, **122***b* of the frame structure, as for the previously-described multi-bin load handling device **150**.

The vehicle **252** is 'U' shaped in plan, having an aperture **264** that is open to one side of the vehicle **252**. A telescopic lifting mechanism **260**, substantially identical to that used in the previously-described multi-bin load handling device **150**, is provided, with the two arms **262** of the lifting mechanism **260** arranged on either side of the aperture **264**. In this way, a set of bins (not shown in FIG. **10**) can be lifted from a stack **112** by the arms **262** through the aperture **264**. The set of bins can then be placed on top of another stack **112**. The lifting mechanism **260** can then disengage from the bins **110** and the device **250** can move away sideways (in the X direction, in this example) to leave the set of bins in place. The mutually interlocking shape of the bins **110** helps to maintain the stability of the temporarily-unsupported set of bins. The multi-bin load handling device **250** can then be used in another lifting operation, for example to remove another set of non-target bins from the same stack **112** or from another stack **112**.

The multi-bin load handling device **250** of FIG. **10** can also be used in another mode of operation, in which the target bin **110***b* is retrieved by the device **250** along with one or more overlying non-target bins **110***a*. The set of bins **110**, including the target bin **110***b* at the bottom of the set, can then be placed on another stack **112**. The non-target bins **110***a* can then be immediately picked up again by the device **250** and returned to the original stack **112**, leaving only the target bin **110***b* in place on top of another stack **112**. The

target bin **110***b* can then be retrieved by a single-bin load handling device **30**, or by the same or a different multi-bin load handling device **250**, and moved to another location, such as a port.

In a large storage system, it can be desirable to include more than one type of multi-bin load handling device to provide flexibility of operation. For example, FIG. **11** shows a storage system **300** with a frame structure **114** identical to that described with reference to FIG. **6**. In the FIG. **11** embodiment, however, two multi-bin load handling devices **150** of the type shown in FIG. **7**, and one multi-bin load handling device **250** of the type shown in FIG. **10** are mounted on the rails **122**, in addition to a plurality of single-bin load handling devices **30** of the type shown in FIG. **3**. This arrangement offers increased flexibility by allowing sets of multiple bins to be temporarily stored on top of other stacks when required, but minimises the use of the relatively expensive and bulky load handling devices **250** that are able to perform that task, recognising that many of the target bin retrieval operations can be adequately served by retaining the non-target bins **110***a* in one of the simpler multi-bin load handling devices **150** for a short period of time.

FIGS. **12** and **13** illustrate a storage system **400** according to another embodiment. In this case, the single-bin load handling devices **30** are mounted on rails **122** that form part of the frame structure **114**, as already described with reference to previous embodiments of the invention. However, the multi-bin load handling devices **150** are mounted on a separate grid of rails **422**, which is spaced from the top of the frame structure **114** in the Z direction. In this example, the multi-bin load handling devices **150** are of the type described with reference to FIG. **7**.

In this arrangement, the multi-bin load handling devices **150** are able to lift sets of bins clear of the space in which the single-bin load handling devices **30** operate, generally improving the accessibility of the stacks **112** in the storage system **400**.

Furthermore, provided that the spacing of the two grids of rails **122**, **422** is sufficient, it is possible to deposit a lifted set of non-target bins **110***a* (not shown in FIGS. **12** and **13**) on top of another stack **112** for temporary storage, by passing the bins **110***a* back through the aperture **164**, thereby freeing up the multi-bin load handling device **150** for other operations. Therefore, by providing a second grid of rails **422**, additional functionality can be realised from the relatively inexpensive and compact multi-bin load handling devices **150** of FIG. **7**.

FIG. **14** illustrates a storage system **500** according to a further embodiment of the invention. Again, in this embodiment, the single-bin load handling devices **30** are mounted on rails **122** that form part of the frame structure **114**, as already described with reference to previous embodiments of the invention. A multi-bin load handling device **550** is mounted on a moveable gantry **570** installed around the frame structure **114**.

The gantry **570** comprises a cross member **572** mounted on uprights **574** that are movable along floor-mounted rails **576** arranged parallel to the Y direction. The multi-bin load handling device **550** is moveable in the X direction along the cross member **572**, and the cross member **572** is moveable in the Y direction by virtue of the rails **576**. In this way, the multi-bin load handling device **550** can be moved to any required position in the X-Y plane.

The multi-bin load handling device **550** is similar to the device **150** described with reference to FIG. **7**. However, because the multi-bin load handling device **550** of this

US 10,035,651 B2

17

embodiment does not run on its own rails, wheels and an associated drive mechanism are not required and therefore the device **550** is more compact.

As in the FIG. **12** embodiment, the multi-bin load handling device **550** in the FIG. **14** embodiment can be configured to deposit sets of bins on top of other stacks **112** for temporary storage whilst the multi-bin load handling device **550** performs other operations. It will be appreciated that more than one multi-bin load handling device **550** could be installed on the gantry **570**, and that more than one gantry **570** with one or more further multi-bin load handling devices **550** could be provided.

FIG. **15** shows another type of single-bin load handling device **630** that could be used in a storage system according to the present invention. The load handling device **630** is similar to the single-bin load handling device **30** described with reference to FIG. **3**. However, in the FIG. **15** variant, a crane device **640** is positioned centrally within the device **630**, between two vehicle modules **632**a, **632**b. The vehicle modules **632**a, **632**b are linked by a top plate **642**, from which a gripper plate **644** is suspended by cables **646**.

Each of the vehicle modules **632**a, **632**b is fitted with a first set of wheels **634**, with one wheel **634** of the first set arranged on each of the front and back faces of each module **632**a, **632**b, and a second set of wheels **636**, with wheels **636** of the second set arranged in pairs on the inner side faces of each module **632**a, **632**b. The load handling device **630** can be used with a frame structure **114** as shown in FIG. **6**, in which case the first and second sets of wheels **634**, **636** are arranged to engage with the first and second sets of rails **122**a, **122**b.

The load handling device **630** of FIG. **15** may be used in place of one or more of the cantilever-type single-bin load handling devices **30** in the storage systems previously described. Because the top plate **642** is supported at both ends, the vehicle modules **632**a, **632**b do not need to counterbalance the weight of the crane device **640**, and therefore the load handling device **630** can be significantly lighter than the cantilever-type load handling device **30** illustrated in FIG. **3**. This reduces the energy consumption of the device **630**, and so the device **630** can carry smaller, cheaper batteries, and the costs of the batteries and the charging times are lower. The lighter weight also helps to reduce wear on components, and can increase the operating speed of the device **630**.

FIG. **16** shows a further example of a multi-bin load handling device **750** that could be used in a storage system according to the present invention. This load handling device **750** is similar to the multi-bin load handling device **150** described with reference to FIG. **7**, and includes a vehicle **752** with first and second sets of wheels **754**, **756** for engagement with rails of a frame structure, as previously described. A telescopic lifting device **760** includes two arms **762** mounted either side of a central aperture **764** in the vehicle **752**.

A gripper plate **744** is mounted between the ends of the arms **762**. The gripper plate **744** is similar to the gripper plate **44** used in the cantilever-type load handling device **30** described with reference to FIG. **3**, and is adapted to grip a single bin **110** from above as previously described. In use, the arms **762** can be extended downwards to place the gripper plate **744** on top of a bin **110** to be lifted, and then retracted upwards to lift the bin **110** into the aperture **764**.

The load handling device **750** of FIG. **16** can, for example, be used in place of the cantilever-type single-bin load handling device **30** shown in FIG. **3**. As for the device

18

**630** of FIG. **15**, the device **750** of FIG. **16** can be lighter in weight than the cantilever-type device **30**, with the associated advantages.

Another mechanism for lifting bins will now be described with reference to FIGS. **17** and **18**.

FIG. **17** shows a plan view of part of a storage system **800** in which bins **810** are stacked in a frame structure **14** of the type illustrated in FIGS. **1** and **2**, in which the horizontal frame members **18** that extend in the X direction are spaced to accommodate the bins **810** therebetween with only small gaps between the bins **810** and the horizontal frame members **18**.

Referring additionally to FIG. **18**A, each bin **810** is formed with a rim surface **870** around its upper periphery, in which four apertures **872** are formed. The apertures **872** are arranged in two pairs on opposite sides of the bin **810**. Each aperture **872** provides an entrance to a cylindrical channel **874** that extends vertically through the side walls of the bin **810**.

Referring to FIG. **18**B, a load handling device (not shown) having elongate tubular gripping rods **880** is provided to lift the bins **880**. In this example, each gripping rod **880** comprises a tube **875** that can be lowered into a channel **874** by way of the respective aperture **872**. An anchor mechanism, in the form of laterally-deployable arms **876** operated by a wire **878** disposed within the tube **875**, is provided so that, when the end of the rod **880** is in position below the rim of a bin **810** to be lifted, the wire **878** can be pulled to deploy the arms **876** outwardly into the position shown in FIG. **18**B. The rod **880** is then drawn upwards, so that the arms **876** engage the undersurface of the rim surface **870** to lift the bin **810**. The bin **810** can be released when necessary by retracting the arms **876** of the anchor mechanism. It will be appreciated that other types of anchor mechanism for anchoring the rods to the bins could be used, as will be familiar to those skilled in the art.

A tip part **882** of the tube **875** has a smoothed, pointed shape to aid location of the rod **880** in the aperture **872** and to guide the rod **880** within the channel **874**.

In the arrangement of FIGS. **17** and **18**, a load handling device may be equipped with four gripping rods **880** arranged to mate with the four apertures **872** in the bin **810**. The load handling device may be used to lift one bin **810** at a time. Also, because the channels **874** extend all of the way through the bins **810**, a plurality of bins **810** can be lifted simultaneously by feeding the rods **880** down the channels **874** of several bins **810** in a stack, and then deploying the anchor mechanism once the tip **882** of the rod **880** is in position below the rim surface **870** of the lowest bin **810** to be lifted. In this way, the load handling device of this variant can be used to lift a plurality of non-target bins simultaneously during a digging operation. Depending on the design of the load handling device, the gripping rods **880** may be rigid or flexible.

FIGS. **19** to **21** illustrate another storage system **900**, which is in many ways similar to that described above with reference to FIGS. **17** and **18**. Again, the bins **910** are stacked in a frame structure **14** of the type illustrated in FIGS. **1** and **2**.

Each bin **910** includes four apertures **972** arranged in the top rim surface **970** of the bin **910**. As shown most clearly in FIGS. **20**A and **20**B, the apertures **972** provide access to channels **974** that extend vertically through the side walls of the bin **910**. In this case, the channels **974** and the apertures **972** are open to the outer sides of the bin **910**, by means of vertically extending slots **984**.

US 10,035,651 B2

19                                                                  20

As in the system **800** described with reference to FIGS. **17** and **18**, in the system **900** of FIGS. **19** to **21** a load handling device equipped with four gripping rods **980** is provided. The gripping rods **980**, which are shown most clearly in FIG. **20**C, function in the same way as described above, and are therefore provided with an anchor mechanism comprising arms **976** that can be deployed outwardly using a wire **978** housed within a tube **975**. A smoothed, pointed tip **982** of the tube **975** guides the rod **980** through the aperture **972** and into the channel **974**. In this case, the gripping rods **980** are flexible, and can be spooled as will be explained below.

A suitable multi-bin load handling device **950** is shown in FIG. **21**. The load handling device **950** includes a vehicle **952** similar to that used in the load handling device **150** shown in FIG. **7**. The vehicle **952** has a central aperture **964** through which bins **910** can be lifted, and two sets of wheels **954**, **956** for engagement with rails (not shown) on the top of the frame structure **14**, as has been described above.

Four spool devices **960** are disposed in opposed pairs on either side of the aperture **964**. Each spool device **960** holds a flexible gripping rod **980** of the type described with reference to FIG. **20**C. As shown most clearly in FIG. **21**A, the gripping rods **980** extend from the respective spool devices **960** and down through the aperture **964**.

To lift a plurality of bins **910**, the load handling device **950** is moved into position above the target stack. The gripping rods **980** are then fed into the channels **974** of the bins **910**, as shown in FIG. **21**B, until the ends of the rods **980** are positioned below the rim **970** of the lowest bin **910** in the set of bins **910** to be lifted. The arms **976** of the anchor mechanism are then deployed, and the rods **980** are spooled back on to the spool devices **960**, thereby to lift the set of bins **910** through the aperture **964**, as shown in FIG. **21**C. The flexible rods **980** can be drawn sideways out of the channels **974** through the vertical slots **984** in the sides of the bins **910**, allowing the spool devices **960** to be mounted on the vehicle **952** instead of in an elevated position above the vehicle **952** as would be the case if the slots **984** were not provided.

A framework of support members **990** is provided on top of the vehicle **952**. The support members **990** are arranged to provide lateral support to the set of stacked bins **910** once they have been lifted through the aperture **964**. In this way, the bins **910** remain stable during subsequent movement of the load handling device **950**.

It will be appreciated that storage systems can be designed for a particular application using various combinations of the load handling devices and arrangements described above.

In a typical storage system according to the invention, a plurality of single-bin load handling devices and a plurality of multi-bin load handling devices will be employed. The movement and operation of each load handling device is determined by a control program which runs on a computer controller of the system, which is configured to maximise the productivity of the load handling devices. In particular, several methods are possible for performing a 'digging' operation, in which a target bin is retrieved from a stack of bins in which several non-target bins are positioned above the target bin.

In one method of operation, one of the multi-bin load handling devices retrieves all of the non-target bins from the stack. A single-bin load handling device then retrieves the target bin, and the multi-bin load handling device returns the non-target bins to the stack. In this process, the multi-bin load handling device may either lift the non-target bins high enough to allow the single-bin load handling device to operate underneath, or alternatively the multi-bin load handling device may move sufficiently sideways to allow the single-bin load handling device access to the target bin. This method can be used with any of the alternative designs for the multi-bin load handling device described above.

In another method of operation, the multi-bin load handling device lifts all the non-target bins plus the target bin, then moves to a nearby location, releases the target bin and then returns all the non-target bins to the original stack. A single-bin load handling device then moves the single target bin to the destination. This method can be used when the multi-bin load handling devices are arranged on an elevated plane above the single-bin load handling devices, such as in the storage systems illustrated in FIGS. **12** to **14**, or when the multi-bin load handling devices are able to release the bins in the same plane, such as is the case for the device illustrated in FIG. **10**.

If the number of non-target bins exceeds the load capacity or vertical reach of the multi-bin load handling device, an efficiency benefit can still be realised by removing as many non-target bins as the multi-bin load handling device can handle in one operation. One or more further multi-bin load handling devices, or one or more single-bin load handling devices can then remove the remaining non-target bins, before a single-bin load handling device retrieves the target bin.

If the height of the stacks greatly exceeds the load capacity or vertical reach of the multi-bin load handling devices, it is possible to introduce one or more additional multi-bin load handling devices with a long-reach capability. These long-reach devices would work together with the normal multi-bin load handling devices. In a typical application, only a few long-reach devices would be needed, compared to the number of normal multi-bin load handling devices, which would keep the cost of the overall system down. Alternatively, all of the multi-bin load handling devices could have the long-reach capability.

It will be appreciated that the multi-bin and single-bin load handling devices described above could also be used in storage systems independently of the other aspects of the invention. For example, the lightweight load handling devices described with reference to FIGS. **15** and **16** may be employed in a storage system without additional multi-bin load handling devices. Similarly, the multi-bin load handling devices described in FIGS. **7**, **10** and **17** to **21** are capable of lifting a single bin, and therefore could be used without additional single-bin load handling devices.

Many variations and modifications not explicitly described above are also possible without departing from the scope of the invention as defined in the appended claims.

The invention claimed is:

1. A storage system comprising:

a frame containing a plurality of stacks of containers, wherein a top of the frame includes rails arranged in a grid pattern, the rails having a first set of parallel tracks and a second set of parallel tracks the second set of tracks being substantially perpendicular to the first set of tracks;

at least one handling device configured for lifting at least one container from a stack in a single operation and moving said container or containers laterally on top of the rails, the handling device including a body mounted on two sets of wheels, a first set of wheels being arranged to engage with at least two tracks of the first set of tracks, a second set of wheels being arranged to engage with at least two tracks of the second set of tracks;

US 10,035,651 B2

21

22

wherein:

the body of the handling device includes a substantially centrally located container receiving space, the container receiving space having container lifting means, the lifting means being adapted so as to releasably engage any container to be lifted, the container receiving space being sized so as to retain at least one container therein, said container remaining engaged with the lifting device therein whilst lateral movement of the handling device occurs.

2. The storage system according to claim 1 in which the storage system comprises:

at least one port from which the at least one container delivered by the handling device is transported away from the storage system.

3. The storage system according to claim 1 in which the storage system comprises:

at least one port at which the at least one container is introduced in to the storage system.

4. The storage system according to claim 1, wherein the load handling device is a robotic load handling device.

5. A robotic load handling device for retrieving at least one target container in a storage system having a frame containing a plurality of stacks of containers, wherein a top of the frame including rails arranged in a grid pattern, and the rails having a first set of parallel tracks and a second set of parallel tracks the second set of tracks being substantially perpendicular to the first set of tracks, the robotic load handling device comprising:

a body and container receiving space located substantially centrally within the body of the load handling device, the container receiving space including lifting means, the lifting means being configured to releasably engage a container to be lifted, the container receiving space being sized so as to retain at least one container therein, said container being configured to remain engaged with the lifting device therein while lateral movement of the load handling device on top of the rails of the storage system occurs.

6. The robotic load handling device according to claim 5, in which the lifting device is configured to lift a plurality of containers said plurality of containers comprising:

a portion of a stack of containers within a storage system.

7. A method of retrieving at least one target container from a storage system, the storage system including a frame containing a plurality of stacks of containers, wherein a top of the frame includes rails arranged in a grid pattern, the rails having a first set of parallel tracks and a second set of parallel tracks the second set of tracks being substantially perpendicular to the first set of tracks; at least one handling device configured for lifting at least one target container from a stack in a single operation and moving said at least one container or containers laterally on top of the rails, the handling device including a body mounted on two sets of wheels, a first set of wheels being arranged to engage with at least two tracks of the first set of tracks, and a second set of wheels being arranged to engage with at least two tracks of the second set of tracks; wherein the body of the handling device includes a substantially centrally located container receiving space, the container receiving space having container lifting means, the lifting means being adapted so as to releasably engage any container to be lifted, the container receiving space being sized so as to retain at least one container therein, said container remaining engaged with the lifting device therein whilst lateral movement of the handling device occurs, and wherein the target container is located in a target stack beneath at least one non-target container, the method comprising:

moving a first load handling device to the target stack on top of at least one of the first and second set of tracks;

lifting the at least one non-target container from the target stack in a single lifting operation;

locating the at least one non-target container within a container receiving space of the first load handling device;

transporting the first load handling device with the at least one non-target container located within the container receiving space of the first load handling device in a lateral direction away from the target stack via at least one of the first and second set of tracks;

moving a second load handling device to the target stack, lifting the at least one target container from the target stack; and

locating the at least one target container in a container receiving space of the second load handling device and moving the second load handling device including the target container in a lateral direction on top of at least one of the first and second set of tracks.

8. The storage system according to claim 2 in which the storage system comprises:

at least one port at which the at least one container is introduced into the storage system.

*   *   *   *   *