# EXHIBIT 17

Industries  Solutions  Case Studies  Media  Company    Virtual demo    Get started

GRIDPICKER

# High-throughput order fulfillment

Deliver more throughput from your warehouse than you thought possible

Cut costs, eliminate human errors, and maximize throughput and storage density



**BRIGHTPICK GRIDPICKER**

## A new standard for warehouse automation

Gridpicker is a multi-purpose AI robot that automates a wide range of warehouse tasks, from picking and replenishment to sortation and buffering. As the fastest warehouse robot ever created, it delivers up to 2x the throughput of a human picker.



**BRAIN** Software + AI

EYES

HANDS

LEGS

**PICKING WORKFLOWS**

## All your picking needs in one solution

Gridpicker handles all types of picking, allowing you to store your entire inventory in one system – regardless of SKU weight, size, or velocity.



### Robotic Picking

Gridpickers robotically pick items directly from storage totes on the grid

Speeds up order picking and maximizes labor savings



### A++ Movers

The most popular SKUs are stored at the top of the grid, enabling instant access and fast picking

No need to handle fast-moving products outside the system



### Human Picking

Robots bring products to a picking station, where an operator completes the pick

Used for complex / heavy items, batch picks, and as a fallback to robotic picking

**FEATURES**

# End-to-end automated fulfillment



Industries    Solutions    Case Studies    Media    Company    Virtual demo    Get started

**THROUGHPUT**

## 5x your warehouse

Unlock the full potential of your warehouse and dramatically increase shipping volume from the same footprint. Achieve throughput of up to 10 order lines per sqm per hour, 2x higher than typical shuttle systems and 5x higher than AMR-based solutions.

**STORAGE**

## High-density storage

Store more inventory within your existing space and reduce the need for costly warehouse expansions. Match the storage density of cube systems while using standard aisle-based shelving up to 40 feet (12 meters) tall.

**INSTALLATION**

## Build it like LEGO

Gridpicker runs on modular shelving that can be installed in weeks and tailored to any warehouse layout. As your operation grows, new aisles can be added instantly, without affecting performance or stopping the system.



**RELIABILITY**

## Always in control

Reliability is mission-critical for any fulfillment center. That's why Brightpick is engineered from the ground-up to deliver 100% uptime, with no single point of failure and built-in redundancies throughout the system.

All robots are fully interchangeable, meaning if one goes down, the rest of the fleet keeps running without disruption. Every installation includes spare capacity to maintain performance even during routine maintenance or servicing.



**SUPPORT**

## Your reliable service partner

Every Brightpick installation includes 24/7 remote support as standard. Our remote technicians proactively monitor your system and can step in to resolve issues in real time.

Our standard support package includes all necessary repairs, with optional preventative maintenance available for added peace of mind. Each installation is stocked with its own spare parts inventory, and our distribution centers in Texas and Slovakia enable parts delivery within 24 hours across the U.S. and Europe.



*Gridpicker is currently not available for customers and installation in Germany*

**SOLUTION**

## Learn more about Brightpick

Case 3:26-cv-00305-DJN    Document 30-17    Filed 06/30/26    Page 6 of 7 PageID# 937




Industries    Solutions    Case Studies    Media    Company    Virtual demo    Get started



## AI and software

Discover the brains behind our robots.



## Pricing and ROI

Learn what you will spend and the ROI you will achieve.



### Most Commonly Asked Questions About Gridpicker

Read more



### Virtual Demo of Brightpick Autopicker

Watch video



### How we simulate our robotic solution before installation

Learn more

Gridpicker - Brightpick

Industries    Solutions    Case Studies    Media    Company    Virtual demo    Get started

## Interested in more?

Speak to us

