# EXHIBIT 18

Brightpick partners with Trew as U.S. launch partner for Gridpicker    Learn more

Industries    Solutions    Case Studies    Media    Company    Virtual demo    Get started

**SOLUTIONS PRICING**

# Explore our pricing

Explore flexible pricing options for Autopicker and Gridpicker based on your warehouse needs, scale, and throughput requirements.

## Autopicker

Starts at

### $1,990

per robot / per month

Contact us

Available as Robots-as-a-Service (RaaS) or CapEx

Flexible pricing to match your operation

Low upfront investment with RaaS option

Full system ownership with CapEx option

ROI as fast as 3 months with RaaS

Guaranteed performance and throughput

Remote support 24/7/365

Optional on-site support and preventative maintenance

All maintenance and software upgrades included

Starting from a minimum of 10 robots per warehouse

## Gridpicker

### Let's talk

Contact us

Available as CapEx

Full ownership of hardware and software

Custom pricing based on system size and throughput

Integrated robotic picking included

Designed for very high throughput

Remote support 24/7/365

Guaranteed performance and throughput

Optional on-site support and preventative maintenance

*Gridpicker currently not available for sale in Germany

**ROI ANALYSIS**

# The economics
# of Brightpick

A detailed breakdown of pricing, ROI, and business impact based on real-world customer deployments of our solutions.

[ See Autopicker ROI ]    [ See Gridpicker ROI ]

# Autopicker ROI
# analysis includes

**Suitability** (is Brightpick the right solution for you?)

**Pricing** (transparent cost breakdown)

**ROI and savings** (analysis of financial benefits)

**Solution design** (detailed breakdown of the Brightpick system)

**Implementation timeline** (step-by-step process to go live)



Submit

By clicking submit above, you consent to receive the Brightpick newsletter and similar marketing communications and allow Brightpick to store and process the personal information submitted above to provide you the content requested. You can unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review our privacy policy.

Submit

By clicking submit above, you consent to receive the Brightpick newsletter and similar marketing communications and allow Brightpick to store and process the personal information submitted above to provide you the content requested. You can unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review our privacy policy.

# Gridpicker cost and performance analysis includes

**Executive summary** (how Gridpicker compares to shuttle and cube systems)

**Suitability** (who Gridpicker is for and which operations benefit most)

**Scenario modelling** (comparison across different levels of robotic pickability)

**Cost and labor comparison** (pricing and labor benchmarks vs other systems)

**Operational benefits** (throughput, storage density, SKU velocity coverage, lights-out

potential)

# Get the latest news in your inbox

your@email.com

By clicking the subscribe button you agree to our terms of use and have read and understood our privacy policy.

Austin, TX

info@brightpick.ai

Autopicker

Gridpicker

AI and Software

Pricing and ROI

## Resources

Case Studies

Blog

Videos

## Company

About us

News

Contact us

Careers

Brightpick AI info



© 2026, Brightpick s.r.o.; Brightpick Inc.

Privacy Policy    Legal Notice    Documentation