# EXHIBIT 20

Brightpick partners with Trew as U.S. launch partner for Gridpicker    Learn more

Industries    Solutions    Case Studies    Media    Company    Virtual demo    Get started

# Become part of a leading global organization

We're looking for smart, driven, and innovative people to join the Brightpick team

View open positions



**WHY US**

If you enjoy being at the forefront of innovation and solving tough challenges, Brightpick is the place for you.

We're seeking curious minds from diverse disciplines and backgrounds to join our team of 200+ employees across our offices in the U.S. and Slovakia.



Innovative Culture

Challenging Work

20 Days Vacation

Wellness Perks

**OUR PEOPLE**

# Meet the people behind our AI robots

**CURRENT OPEN POSITIONS**

# Robotics Field Technician [York, PA 17401]

Solving the most impactful problems in eCommerce, Brightpick is one of the fastest growing businesses in Central Europe expanding to North America. We leverage deep expertise in 3D vision with advanced AI algorithms, state-of-the-art mobile robotics, and intuitive optimization and orchestration software to fully automate a warehouse. If you want to work at a company that is using some of the most advanced technologies to solve the biggest challenges in the fastest growing markets, Brightpick is the right place for you.Visit us at www.brightpick.aiBrightpick is looking for a Robotics Field Technician to master a new set of tools (the Brightpick solution) and be a resource for automation commissioning, mechatronics troubleshooting, and client training. Flexibility, communication, initiative and hands-on engagement will be key as we deploy fleets of robots in our rapidly-growing startup environment. If you're interested in automation, robots, 3D vision sensors, AMRs, point clouds, IOT, etc… read on.**Location**US

**Type of employment**Full-time

**Core responsibilities:**

- **Client Obsession** - Client trust and goodwill is earned in each interaction and this role will interact with the customer very frequently in the field. Perform troubleshooting and root cause analysis, then drive customer issues to resolution. Enable effective collaboration, manage client relationships at the end-user level, and ensure smooth operation of the Brightpick solution on-site.
- **Provide technical L1 support** for production issues related to the Brightpick solution and collaborate with L2 and L3 support teams to resolve complex technical issues.
- **Communicate effectively with customers** and their operational team representatives to understand and address their technical concerns.
- **Maintain accurate and up-to-date documentation** for daily operations related to all activities specific to the project, including reporting bugs, issues, and suggesting improvements for user satisfaction.
- **Initiative** - Respond to client issues with urgency, prioritize based on severity, and relentlessly pursue all avenues and resources to minimize impact. Explore and propose next steps after identifying a tension/risk/issue; proactively share the context, data and history to accelerate resolution. Work with colleagues remotely and in-person to solve problems, both in-the-moment and for the long term.
- **Training** - Collaborate with SMEs to master the training curriculum and address any content gaps. Deliver in-person training to end-users at client installations and provide feedback to continuously improve our training program. Continuously seek deeper knowledge of our product and mastery of current features to a level where you can confidently teach others.
- **Internal Support** - Client installations will be the priority but this role will also support internal projects, e.g. preparing and demonstrating the system for potential clients at our HQ or at trade shows. Need to have the presence to demonstrate our solution to potential clients with confidence.

**Requirements:**

- Baseline robotics and mechatronics knowledge; hands-on experience in a technical support role or demonstration of technical aptitude.
- Basic robot and PLC programming experience.
- Familiarity with mechanical tools, meters and electrical test equipment.
- Cursory knowledge of networking and automation communication network topologies, such as routers, access points, switches and servers.
- Troubleshooting or providing remote troubleshooting support for electro-mechanical systems.
- Basic comfort with tools and terms like machine learning, AI, vision sensors, structured light, PLC, LIDAR, 6-axis robots, AMR, I/O, 3PL, point cloud, waypoint, Agile, Lean, 5S, Jira, bonus points if you actually read this whole list, Google Workspace, e-commerce, FMS.
- Experience in a similar technical role; experience with warehouse operation/logistic functions/3PL industry preferred.
- Willingness to travel 50% of the time; mostly in North America, with occasional travel overseas.

**Benefits:**

- 401(k)
- Dental insurance
- Health insurance
- Life insurance
- Paid time off
- Vision insurance

# Contact

***Brightpick s.r.o.***
*Lucia Matlovičová*

Apply          Back to list of vacancies

# Get the latest news in your inbox

your@email.com

By clicking the subscribe button you agree to our terms of use and have read and understood our privacy policy.

Autopicker

Gridpicker

AI and Software

Pricing and ROI

## Resources

Case Studies

Blog

Videos

## Company

About us

News

Contact us

Careers

Brightpick AI info

**BRIGHTP1CK**

Austin, TX



info@brightpick.ai

© 2026, Brightpick s.r.o.; Brightpick Inc.

Privacy Policy          Legal Notice          Documentation