# EXHIBIT 21

6/26/26, 3:58 PM Brightpick Launches Gridpicker; Highest-Throughput Robotic Fulfillment System Ever Developed - Brightpick

Case 3:26-cv-00305-DJN Document 30-21 Filed 06/30/26 Page 2 of 5 PageID# 958

Brightpick partners with Trew as U.S. launch partner for Gridpicker     <u>Learn more</u>

Industries     Solutions     Case Studies     Media     Company     Virtual demo     Get started

# Brightpick Launches Gridpicker; Highest-Throughput Robotic Fulfillment System Ever Developed



*Combination of AI-powered mobile manipulators with grid design delivers double the performance of any existing system.*

*Fulfillment industry's fastest robot is powered by breakthroughs in AI and mobile manipulation*

**Austin, Texas, USA – March 17, 2026** – <u>Brightpick</u>, a leading provider of robotic automation for warehouses, is unveiling Gridpicker, a high-throughput grid-based fulfillment system run by AI-powered mobile manipulators, built on the company's widely deployed <u>Autopicker</u> technology.

**A New Standard for Warehouse Automation**

Seventy-five percent of today's automated storage and picking market is handled by legacy shuttle systems, despite many new technology entrants. At the same time, shuttle systems require time-consuming installation, high capital costs, and considerable infrastructure. In response to this market gap, Brightpick envisioned Gridpicker as a new paradigm – one that combines AI-powered mobile manipulators with the simplicity of a high-density grid design and cost advantages of the company's proven Autopicker platform. The result is an AI-powered solution that delivers up to twice the throughput per unit area versus shuttle systems, while maximizing labor savings and storage density.

Gridpicker unlocks the full potential of every warehouse and reduces the need to build costly new facilities by delivering:

**Maximum throughput:** delivering greater throughput per square meter than any AS/RS system, including shuttles – up to 10 order lines per hour per square meter

**Maximum storage density:** achieving the highest space utilization, rivaling cube systems – up to 12 meters (40 feet) in height

**Maximum labor savings:** automating the entire fulfillment process with mobile robotic picking, buffering, sortation, and consolidation to enable up to 95% labor savings

*"We created Autopicker to help operators achieve major cost and labor savings while keeping operations flexible,"* said Jan Zizka, co-founder and CEO of Brightpick. *"As deployments scaled, we saw that a large segment of the market, mostly high-volume fulfillment centers, needed far more throughput and performance than AMR systems could deliver. So we created Gridpicker by essentially taking our Autopicker robots and placing them on a high-density grid. It combines shuttle-level throughput with the simplicity of AMRs, delivering up to 40% lower cost and requiring 5x less labor than shuttle systems."*

Multiple customers have already ordered Gridpicker, with the first installation scheduled for later this year.

### The Grid That Picks for You

Gridpicker is the only system whose cost decreases as automation increases. As more SKUs become suitable for robotic picking, each mobile manipulator becomes more productive and fewer robots are required to achieve the same throughput, reducing system cost. In contrast, traditional systems must add expensive robotic picking cells to increase automation levels, which increases cost and complexity. Gridpicker, by comparison, was designed from the ground up for robotic picking. Having completed over a billion picks in live production, Brightpick has built a significant AI data advantage that will continue to increase robotic pickability rates over time, further strengthening Gridpicker's performance and cost advantages.

Gridpicker embodies the same proven mobile manipulation architecture, fulfillment logic, software stack, and embodied AI models as Autopicker, which is already operating at scale across hundreds of customer deployments. Gridpicker travels above shelves on a fixed aluminum grid structure and picks directly from storage totes sitting at the top. Carrying two order totes at once to further increase productivity, each robot delivers 100+ picks per hour, offering much higher efficiency than traditional Goods-to-Person systems. Gridpicker also comes equipped with Brightpick Fetcher robots; lightweight robotic trays that travel on fixed rails attached to the shelving, bringing totes from storage to the top shelf for access.

At its core is Brightpick Intuition, the company's AI-powered orchestration software that acts as the digital brain of the warehouse. By maintaining a real-time digital twin of the operation, Intuition coordinates fleets of robots, optimizes task allocation and movement, and enables robots to perceive, plan, and execute tasks with human-like adaptability.

### End-to-End Fulfillment

Gridpicker enables fully automated lights-out warehouse operations in a single, unified solution, eliminating the need to integrate and consolidate multiple disparate systems. Built on the proven Autopicker platform, Gridpicker handles the full range of SKU velocities from the fastest movers to less frequently picked items. The ability to handle individual items and full cases, including robotically pickable and non-pickable products, makes Gridpicker also suitable for omni-channel and B2B operations. Built-in order buffering and sortation further streamline outbound flows, unlocking lights-out overnight shifts with zero staffing.

Disclaimer: Gridpicker is currently not available for customers and installation in Germany

### About Brightpick

Case 3:26-cv-00305-DJN    Document 90-21    Filed 06/30/26    Page 4 of 5 PageID# 960

Brightpick is a leader in AI-powered robotic solutions for warehouses. The company's multi-purpose AI robots enable warehouses of any size to fully automate order picking, buffering, consolidation, dispatch, and stock replenishment. Award-winning Brightpick solutions take just weeks to deploy and allow companies to keep their warehouse labor to a minimum. Headquartered in Austin, Texas, Brightpick has more than 250 employees and hundreds of AI robots deployed with customers across the U.S. and Europe.

**For media inquiries, contact:**

Gilmarie Marley
Trevi Communications for Brightpick
brightpick@trevicomm.com

SHARE

# Continue reading

February 18, 2026

### Brightpick Enters Automotive Market in Strategic Partnership with NAPA

November 18, 2025

### Brightpick Unlocks Lights-Out Fulfillment with Autopicker

June 24, 2025

### Brightpick Launches 2.0, the First Multi-Pu Warehouse Robot to Human-Level Perforn

More News

**GET IN TOUCH**

6/26/26, 3:58 PM    Brightpick Launches Gridpicker; Highest-Throughput Robotic Fulfillment System Ever Developed - Brightpick

Case 3:26-cv-00305-DJN    Document 30-21    Filed 06/30/26    Page 5 of 5 PageID# 961

# Interested inlearning more?

Speak to us

# Get the latest news in your inbox

your@email.com

By clicking the subscribe button you agree to our terms of use and have read and understood our privacy policy.

Autopicker

Gridpicker

AI and Software

Pricing and ROI

## Resources

Case Studies

Blog

Videos

## Company

About us

News

Contact us

Careers

Brightpick AI info

Austin, TX




info@brightpick.ai

© 2026, Brightpick s.r.o.; Brightpick Inc.

Privacy Policy        Legal Notice        Documentation