# EXHIBIT 22

Brightpick partners with Trew as U.S. launch partner for Gridpicker    Learn more  →(https://brightpick.ai/trew-partners-with-brightpick-to-expand-robotic-fulfillment-portfolio/)

(https://brightpick.ai)

Industries    Solutions    Case Studies (https://brightpick.ai/case-studies)    Media

Company

Virtual demo (https://brightpick.ai/virtualdemo/)

Get started (https://brightpick.ai/contact-us/)



AI AND SOFTWARE

# The brain behind Brightpick

Put your warehouse on autopilot – with robots that think faster, move smarter, and never take a break

AI and software that drive superhuman warehouse performance

BRIGHTPICK INTUITION

# Intelligence drives autonomy

Brightpick robots are powered by **Intuition**, our collection of physical AI models and software that together act as the digital brain of your warehouse. Intuition creates a real-time digital twin of your operation, enabling our robots to see, think, and act with **superhuman intelligence** and **human-like adaptability.**

This is what makes our robots truly autonomous – orchestrating every movement, adapting on the fly, and continuously learning.



Industries    Solutions    Case Studies (https://brightpick.ai/case-studies)    Media

(https://brightpick.ai)    Company

Virtual demo (https://brightpick.ai/virtualdemo/)

Get started (https://brightpick.ai/contact-us/)

**ROBOTIC PICKING**

# Zero-touch robotic picking

Autopicker can reliably pick a wide range of items right out of the box – no custom training needed. Powered by advanced 3D vision and AI, it handles everything from medical devices and chilled groceries to polybagged apparel – and everything in between.

Trained on over a billion picks to date, our robot fleet continues to learn from every pick, continuously improving accuracy and reliability.



**NAVIGATION**

# Robots that understand your warehouse

Brightpick robots navigate complex warehouse environments with intelligence and precision. Powered by proprietary AI models built for warehouse environments, each robot has enhanced spatial awareness and real-time perception – enabling it to respond instantly to dynamic conditions like moving people or unexpected obstacles.

Using SLAM (Simultaneous Localization and Mapping) and AI-based navigation, the robots rely on LiDAR and 3D vision to sense and map their surroundings. No floor-mounted QR codes, magnetic tape, or other fixed infrastructure required.



**FLEET MANAGEMENT**

# Intelligent fleet orchestration

Brightpick Intuition orchestrates our entire robot fleet with precision, controlling every movement and fulfillment workflow across your warehouse.

At the core is our AI-powered **Time-Space Planning** algorithm, which continuously predicts fleet activity and dynamically re-plans robot paths to avoid congestion and maximize throughput.

Intuition also tracks the exact location, quantity, and batch of every SKU – giving you a live, accurate view of your inventory and the ability to instantly recall or cycle-count any item when needed.





**INSIGHTS & RESOURCES**

# Explore supply chain insights and customer success stories

(https://brightpick.ai/case-studies/)

## Case Studies

Read success stories of

(https://brightpick.ai/blog/)

## Blog

Learn more about

(https://brightpick.ai/videos/enter-the-worlds-most-advanced-robotic-warehouse/)

### Virtual Demo of Brightpick Autopicker

Watch video →

(https://brightpick.ai/resources/how-we-simulate-our-robotic-solution-before-installation/)

### How we simulate our robotic solution before installation

Learn more →

(https://brightpick.ai/resources/autopicker-vs-directed-picking/)

### Which is better for your operations: Brightpick Autopicker vs directed picking AMRs

Read more →

Industries    Solutions    Case Studies (https://brightpick.ai/case-studies)    Media    Company

(https://brightpick.ai)

Virtual demo (https://brightpick.ai/virtualdemo/)

Get started (https://brightpick.ai/contact-us/)

GET IN TOUCH

# Interested in learning more?

Speak to us    (http://brightpick.ai/contact-us/)

# Get the latest news in your inbox

your@email.com    Submit

By clicking the subscribe button you agree to our terms of use and have read and understood our privacy policy.

Autopicker (https://brightpick.ai/autopicker/)

Gridpicker (https://brightpick.ai/gridpicker/)

AI and Software (https://brightpick.ai/ai-and-software/)

Pricing and ROI (https://brightpick.ai/pricing/)

Resources        Company

(https://brightpick.ai)

Industries    Solutions    Case Studies (https://brightpick.ai/case-studies)    Media

Company

Case Studies
(https://brightpick.ai/case-studies/)

Blog
(https://brightpick.ai/blog/)

Videos
(https://brightpick.ai/videos/)

Virtual demo (https://brightpick.ai/virtualdemo/)

About us
(https://brightpick.ai/about-us/)

News
(https://brightpick.ai/news/)

Contact us
(https://brightpick.ai/contact-us/)

Careers
(https://brightpick.ai/careers/)

Brightpick AI info
(https://brightpick.ai/ai-info/)

Get started (https://brightpick.ai/contact-us/)

 (https://brightpick.ai)

Austin, TX

(https://www.youtube.com/channel/UCBRgMYiok/UIMXxl13U7RBwnA) (https://www.linkedin.com/company/brightpick/)

info@brightpick.ai (mailto:info@brightpick.ai)

© 2026, Brightpick s.r.o.; Brightpick Inc.

Privacy Policy (https://brightpick.ai/privacy-policy/)
Legal Notice (https://brightpick.ai/legal-notice/)
Documentation (https://brightpick.ai/documentation/)