# EXHIBIT 25

ASK OUR AI ANYTHING

# Brightpick explains machine vision and AI in intelligent warehouse automation

**By Rachael Pasini | December 14, 2023**

Brightpick unveiled new details about the proprietary world-class machine vision and AI that are critical for the seamless operation of its Brightpick Autopicker robots. The technologies are used for everything from scanning totes (bins) to create 3D models for future picking of items, to determining ideal picking angles for both totes and individual items.



*Brightpick Autopicker (left), the scanner (top right), and what the scanner sees (bottom right). The bottom right image includes outputs from the AI, which identifies the objects (colored boxes) and the most optimal gripping points (colored dots), and attributes a confidence level (probability of successful pick) to each (the numbers). Image courtesy of Brightpick.*

 

"Technically, the software is the most highly engineered and valuable part of Brightpick Autopicker," said Jan Zizka, CEO and co-founder of Brightpick. "Using our world-class machine vision, AI, and fleet optimization software, our talented engineers created a very precise and powerful robotic system for order fulfillment in warehouses."

Brightpick Autopicker is an autonomous mobile robot that moves around the warehouse, retrieves product storage totes from shelving, and robotically picks items from those totes to consolidate orders directly in the aisles. The versatile robot can also be used for tasks such as Goods-to-Person picking, pallet picking, stock replenishment, dynamic slotting, order consolidation, buffering, and dispatch.

## Advanced machine vision and AI algorithms ensure picking accuracy

The patented Brightpick Autopicker can pick a diverse range of products using its proprietary world-class machine vision and advanced AI algorithms which have been trained on more than 500 million picks to date. The machine vision, originally developed by Brightpick sister company Photoneo, is used to scan totes and create virtual 3D models for subsequent picking of items. AI is then used to determine the most optimal item to pick and the exact pick point where to pick the item.

The robotic arm on Brightpick Autopicker picks items using suction cups, which incorporate sensors that measure how much pressure is needed (depending on the weight of the item). Brightpick Autopicker uses a two-axis SCARA robotic arm, which costs only 10% of what a six-axis robotic arm would cost but performs just as well due to the combination of machine vision, AI and versatile suction cups.

AI also enables the Brightpick Autopicker robots to generalize related data to pick previously unseen items without additional training. The robots can reliably pick ambient and chilled groceries, pharmaceuticals, medical devices, packaged goods, cosmetics, electronics, polybagged apparel and more.

In addition, machine vision in Brightpick Autopicker can be used to gently place any picked item (from a height of 1 mm) into the order tote, which is useful for fragile items. It can also make sure that an order tote is not overflowing and place newly-picked items in an appropriate empty spot.

Brightpick Autopicker also uses AI and machine vision to identify the optimal gripping points to retrieve the totes themselves. This is useful in warehouses that have uneven floors, even by an inch, because it enables the robots to seamlessly adjust their position to grip totes at the optimal spot — even when the totes are not perfectly aligned on the shelves due to uneven floors. This is relevant for existing warehouses because it enables Brightpick to easily install its robots without any modifications to flooring.

## Brightpick Intuition makes the entire Brightpick robot fleet sing

All fleet management and fulfillment workflows are handled by Brightpick Intuition software. Brightpick Intuition uses "time-space planning" to optimize the speed and throughput of the entire fleet of robots. To maximize overall efficiency, it plans the paths of the Brightpick Autopicker robots in a way that ensures they do not cross each other, which would impede or slow them down. If a robot must cross the path of another robot, the software ensures one robot "gives way" to allow the higher-priority robot to pass.

Moreover, if a Brightpick Autopicker robot is blocking an aisle because it's picking there, other robots will go around it to avoid being stuck in that aisle (even if that aisle is the shortest pick path for the other robots). On average it takes only a few seconds to re-plan the entire robot fleet if something unexpected disrupts the precisely planned workflows (for example, if a human needs to walk into a robot's path).

Each robot is also able to act autonomously in critical situations, for example quickly activating collision avoidance when a human walks in front of them.

Brightpick Intuition also enables Brightpick Autopicker robots to dynamically slot (place) each item in the warehouse in the most optimal storage location based on each item's historical or expected frequency of being picked (ordered by customers). The robots do the slotting mainly at night, but also throughout the day during any quiet periods for the robots.



**Brightpick**
brightpick.ai

## You might also like



### Seeing is believing: Generative AI for robotic vision

Read



### Grocery fulfillment giant picks a bright future

Read



### ABB's AI-enabled robotic item picker makes fulfillment faster and more efficient

Read



### Intelligent Robots Take On Demanding Industry Challenges

Read



### ABB adds AI to robotic Item Picking family for fashion and logistics

Read



### Tips for choosing a 3D vision system

Read

Filed Under: AI Engineering Collective, NEWS • PROFILES • EDITORIALS, AI • machine learning, Warehouse automation, Robotics • robotic grippers • end effectors

Tagged With: brightpick

ABOUT THE AUTHOR






**Rachael Pasini**

Rachael Pasini is the editor-in-chief of Design World, covering industrial automation technologies, advanced materials, fluid power, additive manufacturing, and more. She also supports engineering leaders and managers in developing and sustaining innovative teams. Rachael holds a master's degree in civil and environmental engineering and a bachelor's degree in industrial and systems engineering from The Ohio State University. With nearly two decades of technical writing experience, along with trade journalism and teaching college math and physics, she is passionate about educating individuals and building supportive engineering communities.

**LEARNING CENTER**





**EXPAND YOUR KNOWLEDGE AND STAY CONNECTED**

Get the latest info on technologies, tools and strategies for Design Engineering Professionals.

**GET THE ENEWSLETTER**



## DESIGN WORLD DIGITAL EDITION



Browse the most current issue of Design World and back issues in an easy to use high quality format. Clip, share and download with the leading design engineering magazine today.

VIEW BACK ISSUES                                                        SUBSCRIBE

## EDABOARD THE FORUM FOR ELECTRONICS

Top global problem solving EE forum covering Microcontrollers, DSP, Networking, Analog and Digital Design, RF, Power Electronics, PCB Routing and much more



## SPONSORED CONTENT

 How do position encoders improve gimbal performance?

 From film to tape: Engineering for low outgassing in space







CASE STUDY: Inside ThredUp's High-Tech Transformation of Its Four-Story Conveyor System



Performance Starts with Precision Cuts



eBook: Setting The Standard For Precise Alignment

View More >>



The Engineering Exchange is a global educational networking community for engineers.

**Connect, share, and learn today »**

   

**ABOUT US**

**CONTACT**

**MANAGE YOUR DESIGN WORLD SUBSCRIPTION**

**SUBSCRIBE**

**DESIGN WORLD DIGITAL NETWORK**

**CONTROL ENGINEERING**

**CONSULTING-SPECIFYING ENGINEER**

**PLANT ENGINEERING**

**ENGINEERING WHITE PAPERS**

**LEAP AWARDS**

Copyright © 2026 WTWH Media LLC. All Rights Reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of WTWH Media
**Privacy Policy** | **Advertising** | **About Us**