# EXHIBIT 29

# OCADO INNOVATION LTD. / BRIGHTPICK INFRINGEMENT

## U.S. Patent No. 10,035,651 — Claim 1 Infringement Chart

*Accused Instrumentality:  Brightpick Gridpicker System and Robots*

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.preamble**<br><br>A storage system | ***Brightpick's Gridpicker is a storage system.***<br><br>Gridpicker is a "high-throughput grid-based fulfillment system"[1] designed to offer "high-density storage" of inventory.[2]<br><br> |
| **1.a**<br><br>a frame containing a plurality of stacks of containers, wherein a top of the frame includes rails arranged in a grid pattern, the rails having a | ***Brightpick's Gridpicker is a storage system that comprises a frame containing a plurality of stacks of containers, wherein a top of the frame includes rails arranged in a grid pattern, the rails having a first set of parallel tracks and a second set of parallel tracks, the second set of tracks being substantially perpendicular to the first set of tracks.***<br><br>Brightpick's Gridpicker meets this limitation directly and under the doctrine of equivalents. |

[1] *Most Commonly Asked Questions About Gridpicker*, BRIGHTPICK, https://brightpick.ai/resources/most-commonly-asked-questions-about-gridpicker/ (last visited June 29, 2026).
[2] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026).

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| first set of parallel tracks and a second set of parallel tracks the second set of tracks being substantially perpendicular to the first set of tracks; | ***Brightpick's Gridpicker is a storage system that comprises a frame containing a plurality of stacks of containers.*** Gridpicker is a "high-throughput grid-based fulfillment system" that includes a grid "positioned above modular warehouse shelving."[3] The modular shelving forms a frame for storing containers in vertical stacks beneath the grid, as shown in the image below.[4] ***Doctrine of Equivalents.*** In the alternative, even if Brightpick's vertically aligned columns of totes within modular shelving are deemed not to be "stacks" in the literal sense, they nonetheless infringe under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed stacks. **Function.** Both the claimed "stacks" and Brightpick's columns of shelved totes perform the function of high-density vertical storage of containers beneath the grid, such that the containers are accessible to grid-mounted robots from above. |

---

[3] *Most Commonly Asked Questions About Gridpicker*, BRIGHTPICK, https://brightpick.ai/resources/most-commonly-asked-questions-about-gridpicker/ (last visited June 29, 2026).

[4] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:12 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | **Way.** Both arrangements achieve this in substantially the same way—by arranging containers in vertically aligned columns that occupy the full vertical extent beneath the grid.<br><br>**Result.** Both arrangements achieve substantially the same result—high-density vertical storage of a large number of containers within a compact footprint, accessible from a grid above. Brightpick affirmatively touts Gridpicker as achieving "cube-level storage density," *i.e.*, density on par with conventional stacked-tote systems.<br><br>***Brightpick's Gridpicker has a top of the frame that includes rails arranged in a grid pattern, the rails having a first set of parallel tracks and a second set of parallel tracks, the second set of tracks being substantially perpendicular to the first set of tracks.*** As shown below, the top of the Gridpicker frame features a grid of intersecting rails, with one set of parallel rails extending substantially perpendicular to a second set.[5]<br><br> |

---

[5] BRIGHTPICK, *World's fastest warehouse* robots (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo, at 0:11.

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | As shown in the image below, the parallel rails forming the grid are positioned on top of the modular shelving that comprises the frame.[6]<br><br> |
| **1.b**<br><br>at least one handling device configured for lifting at least one container from a stack in a single operation and moving said container or containers laterally on top of the rails, the handling device including a body mounted on two sets of wheels, a first set of wheels | ***Brightpick's Gridpicker includes at least one handling device configured for lifting at least one container from a stack in a single operation and moving the container laterally on top of the rails, the handling device including a body mounted on two sets of wheels, a first set of wheels being arranged to engage with at least two tracks of the first set of tracks, a second set of wheels being arranged to engage with at least two tracks of the second set of tracks.***<br><br>Gridpicker includes a handling device—the mobile Gridpicker robot—that lifts containers from vertical stacks beneath the grid and moves those containers laterally on top of the rails. As shown below, the Gridpicker robot is designed to lift a container from a stack in a single operation.[7]<br><br> |

---

[6] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:12 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

[7] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:30 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

-4-

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| being arranged to engage with at least two tracks of the first set of tracks, a second set of wheels being arranged to engage with at least two tracks of the second set of tracks; | The robot, now holding the container, can travel laterally on top of the rails, as shown below.[8]<br><br>0:07        0:08<br><br><br>For example, Brightpick describes Gridpicker as performing a "Storage" function in which the shelving grid is used as dense storage for stacks of containers.[9]  As shown below, the Gridpicker robot retrieves containers presented at the top of the grid and moves those containers laterally along the rails.<br><br> |

---

[8] BRIGHTPICK, *World's fastest warehouse* robots, at 0:07-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.
[9] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Storage").

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | In another example, Gridpicker performs "Order Buffer[ing]."[10] After an order is picked, the handling device can store the container within the shelving stack and later retrieve the container when the order is ready for dispatch.<br><br><br><br>Gridpicker further offers "Goods-to-Person Picking" for items that are difficult or inefficient to pick autonomously.[11]  For that functionality, the handling device moves containers containing inventory laterally across the grid and lowers them to a goods-to-person station for manual picking, as shown below.<br><br> |

---

[10] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Order Buffer").

[11] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Goods-to-Person Picking").

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | ***Brightpick's Gridpicker handling device includes a body mounted on two sets of wheels.*** As shown below, the Gridpicker robot has a body mounted on a wheeled base with two sets of wheels arranged to engage corresponding perpendicular rail sets on the grid.[12]  ***Brightpick's Gridpicker handling device includes a first set of wheels arranged to engage with at least two tracks of the first set of tracks.*** As shown below, a first set of wheels, of which two are visible from this angle, engages two parallel tracks in the first set of tracks and guides movement of the handling device in one direction across the grid.[13] |

---

[12] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:04 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

[13] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | ***Brightpick's Gridpicker handling device includes a second set of wheels arranged to engage with at least two tracks of the second set of tracks.*** As shown below, a second set of wheels, of which two are visible from this angle, engages two parallel tracks in the second set of tracks and guides movement of the handling device in a second direction across the grid.[14]<br><br> |
| **1.c**<br><br>wherein: the body of the handling device includes a substantially centrally located container receiving space, the container receiving space having container lifting means, the lifting means being adapted so as to releasably engage any container to be lifted, the container receiving space being sized so | ***The body of Brightpick's Gridpicker handling device includes a substantially centrally located container-receiving space, the container-receiving space having container lifting means, the lifting means being adapted so as to releasably engage any container to be lifted, the container-receiving space being sized so as to retain at least one container therein, said container remaining engaged with the lifting device therein whilst lateral movement of the handling device occurs.***<br><br>As shown in the image below, the Gridpicker robot includes a container-receiving space located within the body of the handling device.[15] Containers are lifted into and received within that space so the handling device can carry them while moving laterally along the grid.<br><br> |

---

[14] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

[15] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 0:03 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| as to retain at least one container therein, said container remaining engaged with the lifting device therein whilst lateral movement of the handling device occurs. | ***The container-receiving space is substantially centrally located within the Gridpicker robot.*** As shown above, the receiving space is positioned within the center of the robot body relative to the outside walls and the wheel assemblies.<br><br>***Brightpick's Gridpicker container-receiving space has container lifting means.*** As shown below, a white rectangular lifting apparatus extends from the Gridpicker robot's container-receiving space outward over a container storage location.[16]  The apparatus has substantially the same footprint as the top of a tote and includes upper and lower rectangular frames connected by extendable vertical members.  During operation, the lower frame lowers below the rails to engage a tote, retracts to lift the tote above the rails, and withdraws the tote into the container-receiving space.<br><br><br>**Container lifting means**<br><br>Gridpicker's "Storage," "Putaway," "Order Buffer[ing]," and "Goods-to-Person Picking" functionalities each require the handling device to lift containers into or out of the container-receiving space, further demonstrating that the container-receiving space has container lifting means.  The "Putaway" animation, from which a still is shown below, demonstrates that the Gridpicker robot includes a container lifting means associated with the container-receiving space.[17]<br><br> |

---

[16] *Gridpicker*, Brightpick, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").
[17] *Gridpicker*, Brightpick, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | In the animation, the robot is positioned at the edge of the grid system, with a white rectangular lifting apparatus extending from the container-receiving space outward over the "Decanting" station.  The apparatus lifts a container containing inventory upward from the Decanting station by moving its lower rectangular frame toward its upper rectangular frame.  Once the two frames meet, the white rectangular lifting apparatus retracts into the container-receiving space, carrying the tote with it.<br><br>Another Brightpick video, from which sequential stills are included below, shows the Gridpicker robot approach a grid space, stop, extend its container lifting means from the container-receiving space, lower the container lifting means below the grid, and pick up a container from the top of the stack.[18]<br><br><br><br> |

[18] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:30 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
| --- | --- |
| | ***Brightpick's Gridpicker lifting means is adapted to releasably engage any container to be lifted.*** As shown below,[19] the white rectangular lifting apparatus engages a container so the container can be lifted from its storage location into the robot's container-receiving space. The same mechanism is adapted to release the container when the robot places or stows the container at another location in the storage system. <br><br> <br><br> Gridpicker's "Storage," "Putaway," "Order Buffer[ing]," and "Goods-to-Person Picking" functions require releasable engagement: the handling device must engage a container to lift and move it but must do so releasably so that it can deposit the container in a shelving stack, buffer location, storage location, or goods-to-person station.[20] <br><br> ***Brightpick's Gridpicker container-receiving space is sized to retain at least one container therein.*** As shown below, the container-receiving space is sized to receive and retain two containers within the body of the Gridpicker robot.[21] |

---

[19] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

[20] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026).

[21] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 0:03 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '651 Claim Limitation | Infringement by Brightpick Gridpicker |
| --- | --- |
| |  *Brightpick's Gridpicker container remains engaged with the lifting device within the container-receiving space while lateral movement of the handling device occurs.* As shown below, after the white rectangular lifting apparatus lifts a container into the container-receiving space, the container remains engaged with the lifting apparatus and retained within the robot while the robot moves laterally along the rails. That engagement allows Gridpicker to perform container-moving operations such as Storage, Putaway, Order Buffering, and Goods-to-Person Picking.  A Brightpick video shows the robot's lateral movement from 0:07 to 0:08 with containers engaged with the lifting device in the container-receiving space.[22] |

---

[22] BRIGHTPICK, *World's fastest warehouse* robots, at 0:07-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.