# EXHIBIT 30

# OCADO INNOVATION LTD. / BRIGHTPICK INFRINGEMENT

## U.S. Patent No. 10,759,597 — Claim 1 Infringement Chart

*Accused Instrumentality:  Brightpick Gridpicker System and Robots*

| '597 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1. preamble**<br><br>A picking device configured for use on a grid-based storage system, the storage system comprising: | ***Brightpick's Grid picker has a picking device configured for use on a grid-based storage system.***<br><br>For example, the image below shows Gridpicker robots,[1] which Brightpick says "pick directly from storage totes" and operate within Gridpicker's "grid-based fulfillment system."[2]<br><br> |

---

[1] BRIGHTPICK, *World's fastest warehouse robots*, at 0:01 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[2] *Most Commonly Asked Questions About Gridpicker*, BRIGHTPICK, https://brightpick.ai/resources/most-commonly-asked-questions-about-gridpicker/ (last visited June 28, 2026).

-2-

| '597 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.a**<br><br>a first set of parallel rails or tracks and a second set of parallel rails or tracks extending substantially perpendicularly to the first set of tracks or rails in a substantially horizontal plane to form a grid pattern having a plurality of grid spaces; | ***Brightpick's Gridpicker has a first set of parallel rails or tracks and a second set of parallel rails or tracks extending substantially perpendicularly to the first set in a substantially horizontal plane to form a grid pattern having a plurality of grid spaces.***<br><br>As shown in the image below, Brightpick's Gridpicker uses a grid of intersecting rails, with two sets of parallel rails extending substantially perpendicular to one another in a substantially horizontal plane.[3]<br><br> |

---

[3] BRIGHTPICK, *World's fastest warehouse robots*, at 0:11 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '597 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.b**<br><br>multiple containers located beneath the tracks or rails within a footprint of a single grid space, the picking device adapted to move laterally on rails or tracks above any one of the containers located below the picking device, wherein the picking device includes picking means configured to pick at least one inventory item from the at least one container located beneath the tracks or rails, means for moving each item from the at least one container to a different predetermined container, and at least one vehicle means, each vehicle means including a | *Brightpick's Gridpicker has multiple containers located beneath the tracks or rails within a footprint of a single grid space, the picking device adapted to move laterally on rails or tracks above any one of the containers located below the picking device, wherein the picking device includes picking means configured to pick at least one inventory item from at least one container located beneath the tracks or rails, means for moving each item from the at least one container to a different predetermined container, and at least one vehicle means, each vehicle means including a vehicle body and a wheel assembly, the wheel assembly comprising a first set of wheels for engaging with the first set of rails or tracks to guide movement of the device in a first direction and a second set of wheels for engaging with the second set of rails or tracks to guide movement of the device in a second direction.*<br><br>*Brightpick's Gridpicker has multiple containers located beneath the tracks or rails within a footprint of a single grid space.* Brightpick describes Gridpicker as offering "[h]igh-density storage" by placing multiple totes directly above one another on a grid-based shelving system. As shown below, those vertically arranged totes are located beneath the rails traversed by the Gridpicker robot and within the footprint of a single grid space.[4]<br><br> |

[4] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '597 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| vehicle body and a wheel assembly, the wheel assembly comprising a first set of wheels for engaging with the first set of rails or tracks to guide movement of the device in a first direction and a second set of wheels for engaging with the second set of rails or tracks to guide movement of the device in a second direction such that the picking device may be positioned above a predetermined container to pick the item. | The additional image below shows multiple layers of totes beneath a single grid space (green) formed by the intersection of the perpendicular rails (red) that the Gridpicker robot traverses.[5]<br><br> |

---

[5] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:12 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '597 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
|  | *Brightpick's Gridpicker picking device is adapted to move laterally on rails or tracks above containers located below the picking device.* Brightpick states that "Gridpicker travels above shelves on a fixed aluminum grid structure."[6] The robots travel laterally on rails located above the containers, which are below the Gridpicker robot, as shown in the video stills below.[7]  *Brightpick's Gridpicker robot comprises picking device that includes picking means configured to pick at least one inventory item from at least one container located beneath the tracks or rails.* Gridpicker robots "pick items directly from the top layer of storage totes on the grid."[8] The image below shows the picking means,[9] an end effector on the robotic arm that, on information and belief,[10] uses suction to pick inventory items from a storage tote beneath the rails.[11] |

[6] *Brightpick Launches Gridpicker; Highest-Throughput Robotic Fulfillment System Ever Developed*, BRIGHTPICK, https://brightpick.ai/brightpick-launches-gridpicker/ (last visited June 28, 2026).

[7] BRIGHTPICK, *World's fastest warehouse* robots, at 0:07-0:08 (YouTube Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[8] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 28, 2026) (click "On-grid robot picking").

[9] BRIGHTPICK, *Brightpick Gridpicker*, at 0:04 (YouTube, May 14, 2026), https://www.youtube.com/watch?v=VLjNc18OyDE.

[10] *See Brightpick Unveils New Details About the World-Class Machine Vision and AI Behind Its Versatile Brightpick Autopickers*, BRIGHTPICK (Dec. 12, 2023), https://brightpick.ai/brightpick-unveils-new-details-about-the-ai/ ("The

| '597 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | The additional image below shows the picking arm picking at least one inventory item from at least one container.[12] As shown above with respect to claim feature 1.3, those containers are located beneath the rails traversed by the picking device.<br><br><br><br>A Brightpick video demonstrates this motion: the Gridpicker robot moves across the grid rails, stops, and uses its picking arm to pick items from a container located beneath the rails.[13] |

robotic arm on Brightpick Autopicker picks items using suction cups . . . .”); *Brightpick Launches Gridpicker; Highest-Throughput Robotic Fulfillment System Ever Developed*, BRIGHTPICK (Mar. 17, 2026), https://brightpick.ai/brightpick-launches-gridpicker/ (“Gridpicker embodies the same proven mobile manipulation architecture . . . as Autopicker”).

[11] Brightpick, *Gridpicker*, https://brightpick.ai/gridpicker/ (last visited June 28, 2026) (wait for “HANDS” text on robot diagram).

[12] BRIGHTPICK, *World’s fastest warehouse robots*, at 0:24-0:29 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[13] BRIGHTPICK, *World’s fastest warehouse robots*, at 0:12-0:28 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '597 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | ***Brightpick's Gridpicker includes means for moving each item from at least one container to a different predetermined container.*** As shown in a Brightpick video and the labeled below, Gridpicker's picking arm moves an inventory item from a storage container (Container 1) into a different predetermined container (Container 2).[14]<br><br><br><br>***Brightpick's Gridpicker has at least one vehicle means, each vehicle means including a vehicle body and a wheel assembly.*** The Gridpicker robots "travel above shelves on a fixed aluminum grid structure,"[15] and therefore constitute vehicle means. Each robot includes a vehicle body and a wheel assembly.[16] |

---

[14] BRIGHTPICK, *World's fastest warehouse robots*, at 0:24-0:29 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[15] *Brightpick Launches Gridpicker; Highest-Throughput Robotic Fulfillment System Ever Developed*, BRIGHTPICK, https://brightpick.ai/brightpick-launches-gridpicker/ (last visited June 28, 2026).

[16] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:04 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '597 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | ***Brightpick's Gridpicker robot has a wheel assembly comprising a first set of wheels for engaging with first set of rails or tracks to guide movement of the device in a first direction.*** The image below shows the first set of wheels of the wheel assembly engaging the first set of rails to guide movement of the Gridpicker robot in the X direction across the grid.[17]  Brightpick's Gridpicker robot has a wheel assembly comprising a second set of wheels for engaging with first set of rails or tracks to guide movement of the device in a second direction. The image below demonstrates the second set of wheels of the wheel assembly engaging the second set of rails to guide movement of the Gridpicker robot in the Y direction across the grid.[18] |

---

[17] *Gridpicker*, Brightpick, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").
[18] *Id.*

| '597 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | **Brightpick's Gridpicker robot moves across the grid utilizing its wheel assembly such that the picking device may be positioned above a predetermined container to pick the item.**  The Gridpicker robots "travel above shelves on a fixed aluminum grid structure and pick directly from storage totes sitting on top."[19]  As shown below, the Gridpicker robot is positioned above a predetermined storage container so that it can pick items.[20]  |

---

[19] *Brightpick Launches Gridpicker; Highest-Throughput Robotic Fulfillment System Ever Developed*, BRIGHTPICK, https://brightpick.ai/brightpick-launches-gridpicker/ (last visited June 28, 2026).
[20] BRIGHTPICK, *Brightpick Gridpicker*, at 0:04 (YouTube, May 14, 2026), https://www.youtube.com/watch?v=VLjNc18OyDE; BRIGHTPICK, *World's fastest warehouse robots*, at 0:26 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '597 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | A Brightpick video demonstrates this entire process.[21]  The Gridpicker robot moves across the rails of the grid system using its wheel assembly, positions itself above a predetermined container, and uses its picking arm to pick an item.<br><br>As shown below, the picking device is located on the rails of the grid system while the predetermined container is located below those rails.[22]  Thus, the picking device is positioned above the predetermined container.<br><br> |

[21] BRIGHTPICK, *World's fastest warehouse* robots, at 0:12-0:28 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[22] BRIGHTPICK, *World's fastest warehouse* robots, at 0:03 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.