# EXHIBIT 31

# OCADO INNOVATION LTD. / BRIGHTPICK INFRINGEMENT

## U.S. Patent No. 10,829,302 — Claim 1 Infringement Chart

*Accused Instrumentality:  Brightpick Gridpicker System and Robots*

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.preamble**<br><br>A storage system comprising: | ***Brightpick's Gridpicker is a storage system.***<br><br>Gridpicker is a "high-throughput grid-based fulfillment system"[1] designed to offer "high-density storage" of inventory.[2]<br><br> |

---

[1] *Most Commonly Asked Questions About Gridpicker*, BRIGHTPICK, https://brightpick.ai/resources/most-commonly-asked-questions-about-gridpicker/ (last visited June 29, 2026).
[2] *See Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026).

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.a**<br><br>a first set of parallel rails or tracks and a second set of parallel rails or tracks extending transverse to the first set in a substantially horizontal plane to form a grid pattern including plural grid spaces; | ***Brightpick's Gridpicker is a storage system that comprises a first set of parallel rails or tracks and a second set of parallel rails or tracks extending transverse to the first set in a substantially horizontal plane to form a grid pattern including plural grid spaces.***<br><br>As shown below, the Gridpicker storage system includes a "grid positioned above modular warehouse shelving" made up of two sets of parallel rails or tracks that are perpendicular to one another.[3]<br><br><br><br>As shown in the image below, the intersecting rails of the Gridpicker grid form a grid pattern with plural grid spaces, including the single exemplary grid space annotated in green.[4]  As visible below, the grid is set up on a substantially horizontal plane.<br><br> |

---

[3] BRIGHTPICK, *World's fastest warehouse robots*, at 0:11 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[4] *Id.* at 0:08.

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.b**<br><br>a framework for defining columns beneath the plural grid spaces for retaining plural stacks of containers located beneath the rails, and configured such that each stack will be located within a footprint of a single grid space; | *Brightpick's Gridpicker has a framework for defining columns beneath the plural grid spaces for retaining plural stacks of containers located beneath the rails and configured such that each stack will be located within a footprint of a single grid space.*<br><br>*Brightpick's Gridpicker has a framework for defining columns beneath the plural grid spaces for retaining plural stacks of containers located beneath the rails.*  The intersecting rails and the modular shelving beneath the grid of intersecting rails define vertical columns for storing containers in stacks below the rails, as shown in the image below.[5]  Each stack of containers falls within a grid space.  Therefore, as shown in the image below, beneath the plural grid spaces are plural stacks of containers.<br><br><br><br>*Brightpick's Gridpicker's framework is configured such that each stack will be located within a footprint of a single grid space.*  Brightpick describes Gridpicker as offering "[h]igh-density storage" by placing multiple containers directly above one another on a grid-based shelving system.[6]  As shown below, those vertically stacked containers are located within the footprint of a single grid space.[7]<br><br> |

---

[5] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:12 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

[6] *See Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026).

[7] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | As shown in the additional image below, the complete stack of containers is within the footprint of the grid space.[8] <br><br> ***Doctrine of Equivalents.*** <br><br> In the alternative, even if Brightpick's vertically aligned columns of totes within modular shelving are deemed not to be "stacks" in the literal sense, they nonetheless infringe under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed stacks. <br><br> **Function.** Both the claimed "stacks" and Brightpick's columns of shelved totes perform the function of high-density vertical storage of containers beneath the grid, such that the containers are accessible to grid-mounted robots from above. <br><br> **Way.** Both arrangements achieve this in substantially the same way—by arranging containers in vertically aligned columns that occupy the full vertical extent beneath the grid. <br><br> **Result.** Both arrangements achieve substantially the same result—high-density vertical storage of a large number of containers within a compact footprint, accessible from a grid above. Brightpick affirmatively touts Gridpicker as achieving "cube-level storage density," *i.e.*, density on par with conventional stacked-tote systems. |

---

[8] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:12 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.c**<br><br>and a load handling device configured to move laterally above the columns on the rails the load handling device including a container-receiving space located above the rails  and a lifting device arranged to lift a single container from a respective column into the container-receiving space; | ***Brightpick's Gridpicker has a load handling device configured to move laterally above the columns on the rails, the load handling device including a container-receiving space located above the rails  and a lifting device arranged to lift a single container from a respective column into the container-receiving space.***<br><br>***Brightpick's Gridpicker has a load handling device configured to move laterally above the columns on the rails.***  Brightpick states that "Gridpicker travels above shelves on a fixed aluminum grid structure" to pick items or carry containers from the top layer of the container stacks.[9]  As shown in the video stills below, the Gridpicker robot is the claimed load handling device and travels laterally on rails above the columns of stored containers.[10]<br><br>0:07                                                  0:08<br><br> |

---

[9] *Brightpick Launches Gridpicker; Highest-Throughput Robotic Fulfillment System Ever Developed*, BRIGHTPICK, https://brightpick.ai/brightpick-launches-gridpicker/ (last visited June 28, 2026).
[10] BRIGHTPICK, *World's fastest warehouse* robots, at 0:07-0:08 (YouTube, Mar. 17, 2026) https://www.youtube.com/watch?v=KpdYF3Owevo.

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | **Brightpick's Gridpicker load handling device includes a container-receiving space located above the rails.** As shown in the image below, the Gridpicker robot includes a container-receiving space located above the rails.[11]  **Brightpick's Gridpicker load handling device has a lifting device arranged to lift a single container from a respective column into the container-receiving space.** As shown below, a white rectangular lifting device lifts the containers from the storage system columns.[12] The lifting device includes upper and lower rectangular frames connected by extendable vertical members. During operation, the lower frame lowers below the rails to engage a container, retracts to lift the container out from the column and above the rails, and withdraws the container into the container-receiving space. |

---

[11] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 0:03 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.
[12] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

-7-

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.d**<br><br>wherein the load handling device includes an external housing that substantially encloses the container-receiving space; | ***Brightpick's Gridpicker load handling device includes an external housing that substantially encloses the container-receiving space.***<br><br>As shown below, the Gridpicker robot includes an external housing surrounding the container-receiving space.[13]  The housing substantially encloses the space into which containers are lifted and retained during operation. The housing leaves only the openings necessary for containers to enter and exit the container-receiving space during operation.<br><br> |

---

[13] BRIGHTPICK, *Brightpick Gridpicker*, at 0:13 (YouTube, May 14, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.e**<br><br>wherein the load handling device is configured to move in a first direction along the first set of parallel rails or tracks and in a second direction along the second set of parallel rails or tracks; | ***Brightpick's Gridpicker load handling device is configured to move in a first direction along the first set of parallel rails or tracks and in a second direction along the second set of parallel rails or tracks.***<br><br>As shown in the images below, the Gridpicker robot or handling device is configured to move on the first set of parallel rails in the X direction and on the second set of parallel rails in the Y direction.[14]  A Brightpick video demonstrates both of these movements from 0:05 to 0:08.<br><br>First Direction (X) along the first set of parallel rails.[15]<br>0:07                              0:08<br><br><br>Second Direction (Y) along the second set of parallel rails.[16]<br>0:05                              0:08<br> |

---

[14] BRIGHTPICK, *World's fastest warehouse robots*, at 0:05-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.
[15] *Id.* at 0:07-0:08.
[16] *Id.* at 0:05-0:08.

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.f**<br><br>wherein the load handling device includes a wheel assembly having a first set of wheels for engaging with the first set of parallel rails or tracks to guide movement of the device in the first direction and a second set of wheels for engaging with the second set of parallel rails or tracks to guide movement of the device in the second direction; | ***Brightpick's Gridpicker load handling device includes a wheel assembly having a first set of wheels for engaging with the first set of parallel rails or tracks to guide movement of the device in the first direction and a second set of wheels for engaging with the second set of parallel rails or tracks to guide movement of the device in the second direction.***<br><br>***Brightpick's Gridpicker load handling device includes a wheel assembly.*** As shown below, the Gridpicker robot or load handling device includes a wheel assembly for engaging the rails and moving the robot across the grid.[17]<br><br> |

---

[17] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:04 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | ***Brightpick's Gridpicker load handling device's wheel assembly has a first set of wheels for engaging with the first set of parallel rails or tracks to guide movement of the device in the first direction.*** As shown below, the first set of wheels, of which two are visible from this angle, engages with the first set of parallel rails or tracks to guide movement of the Gridpicker robot in the first direction (X).[18]<br><br>One pair of a first set of wheels arranged to engage with a first set of parallel rails<br><br>***Brightpick's Gridpicker load handling device's wheel assembly has a second set of wheels for engaging with the second set of parallel rails or tracks to guide movement of the device in the second direction.*** As shown below, the second set of wheels, of which two are visible from this angle, engages with the second set of parallel rails or tracks to guide movement of the Gridpicker robot in the second direction (Y).[19]<br><br>One pair of a second set of wheels arranged to engage with a second set of parallel rails |

---

[18] *Gridpicker*, Brightpick, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").
[19] *Id.*

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.g**<br><br>wherein the wheels are arranged around a periphery of the container-receiving space; | ***Brightpick's Gridpicker load handling device has wheels arranged around a periphery of the container-receiving space.***<br><br>As shown below, the wheel assembly is arranged around the periphery of the container-receiving space, with wheels positioned along the periphery of that space and on the outer surface of the load handling device housing.[20]<br><br> |

---

[20] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:04 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

-11-

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.h**<br><br>and wherein the external housing extends no further than the wheels such that the load handling device has a footprint that occupies only a single grid space in the storage system. | ***Brightpick's Gridpicker load handling device has external housing that extends no further than the wheels such that the load handling device as a footprint that occupies only a single grid space in the storage system.***<br><br>As shown in the images below, the external housing is coextensive with, and does not extend beyond, the wheels.[21]   The load handling device therefore occupies the footprint of only a single grid space as it travels on the grid.[22]<br><br><br><br> |

---

[21] BRIGHTPICK, *Brightpick Gridpicker*, at 0:13 (YouTube, May 14, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[22] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '302 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | Because each Gridpicker robot's housing does not extend beyond its wheels, multiple robots can sit on consecutive grid spaces such that the robots are nearly flush with each other, as shown below.[23] <br><br> <br><br> Likewise, because the housing occupies the footprint of only one grid space, Gridpicker robots can pass by one another traveling on adjacent rail sets.[24] <br><br> |

---

[23] BRIGHTPICK, *Brightpick Gridpicker*, at 0:18 (YouTube, May 14, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.
[24] *Id.* at 0:03-0:04.

-13-