# EXHIBIT 32

# OCADO INNOVATION LTD. / BRIGHTPICK INFRINGEMENT

## U.S. Patent No. 11,273,980— Claim 1 Infringement Chart

*Accused Instrumentality:  Brightpick Gridpicker System and Robots*

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.preamble**<br><br>A load-handling device for lifting and moving containers stacked in stacks in a storage system, the storage system having a plurality of rails or tracks arranged in a grid pattern above the stacks of containers, the grid pattern having a plurality of grid spaces, each stack being located within a footprint of only a single grid space, the load handling device being configured to move laterally on the rails or tracks above the stacks, the load | *Brightpick's Gridpicker includes a load-handling device for lifting and moving containers stacked in stacks in a storage system, the storage system having a plurality of rails or tracks arranged in grid pattern above the stacks of containers, the grid pattern having a plurality of grid spaces, each stack being located within a footprint of only a single grid space, the load handling device being configured to move laterally on the rails or tracks above the stacks, the load handling device comprising.*<br><br>*Brightpick's Gridpicker includes a load-handling device for lifting and moving containers stacked in stacks in a storage system.*  As shown in the images below, the Gridpicker robot is the claimed load-handling device.[1]  It operates within the Gridpicker storage system and moves stacked containers through the system.[2]<br><br><br><br>The Gridpicker robot also lifts containers during operation, including during Gridpicker's Putaway, Storage, Order Buffering, and Goods-to-Person Picking functions.[3] |

---

[1] BRIGHTPICK, *World's fastest warehouse* robots, at 0:07 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[2] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:30 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

[3] *Id.*

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| handling device comprising: |  As shown in the image below, Gridpicker stores containers in vertical stacks beneath the grid.[4]  *Doctrine of Equivalents.*  In the alternative, even if Brightpick's vertically aligned columns of totes within modular shelving are deemed not to be "stacks" in the literal sense, they nonetheless infringe under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed stacks. |

---

[4] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:12 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | **Function.**  Both the claimed "stacks" and Brightpick's columns of shelved totes perform the function of high-density vertical storage of containers beneath the grid, such that the containers are accessible to grid-mounted robots from above.<br><br>**Way.**  Both arrangements achieve this in substantially the same way—by arranging containers in vertically aligned columns that occupy the full vertical extent beneath the grid.<br><br>**Result.**  Both arrangements achieve substantially the same result—high-density vertical storage of a large number of containers within a compact footprint, accessible from a grid above.  Brightpick affirmatively touts Gridpicker as achieving "cube-level storage density," *i.e.*, density on par with conventional stacked-tote systems.<br><br>***Brightpick's Gridpicker storage system has a plurality of rails or tracks arranged in a grid pattern above the stacks of containers.***  As shown in the images below, Gridpicker includes a grid positioned above modular warehouse shelving and formed by intersecting rails or tracks.[5]<br><br><br><br>As shown in the additional image below, the stacks of containers are located beneath the rails or tracks of the grid.[6] |

---

[5] BRIGHTPICK, *World's fastest warehouse* robots, at 0:07 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[6] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:12 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
|  |  *Brightpick's Gridpicker grid pattern has a plurality of grid spaces.* As shown in the images below, the intersecting rails or tracks define a grid pattern with multiple grid spaces, including the sample grid spaces annotated below.[7]<br><br>*Brightpick's Gridpicker has each stack located within a footprint of only a single grid space.* As shown in the images below, the footprint of a single grid space is the area bounded by adjacent intersecting rails or tracks.[8] Each stack is within the footprint of a single grid space. |

[7] BRIGHTPICK, *World's fastest warehouse* robots, at 0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[8] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| |  The additional image shows a stack of vertically arranged containers located within the footprint of a single grid space.[9] *Brightpick's Gridpicker load-handling device is configured to move laterally on the rails or tracks above the stacks.* Brightpick describes Gridpicker robots as operating |

---

[9] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:12 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
|  | on top of the storage grid.[10]  As shown in the images below, the Gridpicker robot travels laterally on the grid rails above the stacks of stored containers.[11]<br><br>0:07  0:08 |
| **1.a**<br><br>a lifting mechanism, the lifting mechanism having a gripper device configured to grip a container from above; | ***Brightpick's Gridpicker load-handling device comprises a lifting mechanism, the lifting mechanism having a gripper device configured to grip a container from above.***<br><br>***Brightpick's Gridpicker load-handling device comprises a lifting mechanism.***  As shown in the images below, the Gridpicker robot includes a white rectangular lifting apparatus that extends outward from the robot during container-handling operations.[12] The apparatus has substantially the same footprint as the top of a container and includes upper and lower rectangular frames connected by extendable vertical members.  That apparatus is the claimed lifting mechanism.<br><br>Lifting mechanism |

---

[10] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026).

[11] BRIGHTPICK, *World's fastest warehouse robots*, at 0:07-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[12] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway"); BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:30 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | ***Brightpick's Gridpicker lifting mechanism has a gripper device configured to grip a container from above.*** As shown in the first image below, the lower frame of the lifting apparatus lowers toward a container from above the grid.[13] The lower frame includes white clips or engagement features at its corners that are configured to engage the container from above, including around the container's upper lip.<br><br>As shown in the additional image below, the lower rectangular frame engages the container from above so the container can be raised into the load-handling device.[14] During operation, the lower frame lowers below the rails to engage a container, retracts upward to lift the container above the rails, and withdraws the container into the robot. The gripper device is configured to grip and hold the container during that lifting and withdrawal operation.<br><br>Gridpicker's "Storage," "Putaway," "Order Buffer[ing]," and "Goods-to-Person Picking" functionalities further confirm that the lifting mechanism is configured to grip containers from above. Each of those functions requires the Gridpicker robot to engage a container, lift or lower it relative to the grid, and release it at another location in the storage system.[15] |

---

[13] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:30 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

[14] *Id.*

[15] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click on "On-Grid Robot Picking", "Putaway", "Storage", "Order Buffering", and "Goods-to-Person Picking").

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **[1.b]**<br><br>a vehicle body having an upper portion and a lower portion, the upper portion for housing components including power components, and/or control components, and/or drive components and/or lifting components, and the lower portion arranged directly beneath the upper portion, the lower portion having a cavity for accommodating a container and a wheel assembly, the wheel assembly having a first set of wheels, consisting of a pair of wheels on a front of the vehicle body and a pair of wheels on a back of the | ***Brightpick's Gridpicker has a vehicle body having an upper portion and a lower portion, the upper portion for housing components including power components, and/or control components, and/or drive components and/or lifting components, and the lower portion arranged directly beneath the upper portion, the lower portion having a cavity for accommodating a container and a wheel assembly, the wheel assembly having a first set of wheels, consisting of a pair of wheels on a front of the vehicle body and a pair of wheels on a back of the vehicle body, for engaging with a first set of rails or tracks to guide movement of the device in a first direction, and a second set of wheels, consisting of a pair of wheels on each side of the vehicle body, for engaging with a second set of rails or tracks to guide movement of the device in a second direction, wherein the second direction is transverse to the first direction.***<br><br>***Brightpick's Gridpicker load-handling device has a vehicle body having an upper portion and a lower portion.*** As shown in the image below, the Gridpicker robot's vehicle body includes an upper portion and a lower portion.[16] The annotated image identifies the upper and lower portions of the vehicle body.<br><br><br><br>On information and belief, the upper portion of Brightpick's Gridpicker vehicle body houses power components, control components, drive components, and/or lifting components. At minimum, as shown in the images below, the upper portion houses lifting components and certain power or control components.[17] The upper portion of the Gridpicker robot includes, above the cavity, components of the lifting mechanism.[18] |

---

[16] BRIGHTPICK, *World's fastest warehouse robots*, at 0:00 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[17] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:27 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

[18] *Id.*

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| vehicle body, for engaging with a first set of rails or tracks to guide movement of the device in a first direction, and a second set of wheels, consisting of a pair of wheels on each side of the vehicle body, for engaging with a second set of rails or tracks to guide movement of the device in a second direction, wherein the second direction is transverse to the first direction; | The additional image shows the lifting mechanism in its retracted position within the upper portion of the Gridpicker robot's vehicle body.[19]<br><br><br><br>As shown below, the upper portion of the Gridpicker robot also includes buttons and switches on the top face that, on information and belief, are power or control components.[20] |

[19] BRIGHTPICK, *World's fastest warehouse robots*, at 0:00 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.
[20] *Id.*

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | <br><br>***Brightpick's Gridpicker lower portion is arranged directly beneath the upper portion.*** As shown in the image below, the lower portion of the vehicle body is arranged directly beneath the upper portion.[21]<br><br><br><br>***Brightpick's Gridpicker lower portion has a cavity for accommodating a container and a wheel assembly.*** As shown in the image below, the lower portion includes a cavity for accommodating a container and a wheel assembly for moving the robot along the rails.[22] |

---

[21] *Id.*

[22] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:04 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
|  | <br><br>**Brightpick's Gridpicker wheel assembly has a first set of wheels.** As shown in the images below, the Gridpicker robot includes a first set of wheels.[23] The first image shows one pair of the first set of wheels, and the second image indicates the location of both pairs on the body of the Gridpicker robot.[24] On information and belief, the second pair of wheels is located on the opposite side of the vehicle body from the labeled pair of a first set of wheels and is not visible in the images below.<br><br> |

---

[23] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

[24] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
|  |  **Brightpick's Gridpicker first set of wheels consists of a pair of wheels on a front of the vehicle body and a pair of wheels on a back of the vehicle body.** As shown in the image below, one pair of the first set of wheels is visible on the front of the vehicle body.[25] On information and belief, the corresponding pair is located at the back of the vehicle body and engages the adjacent parallel rail, but it is obscured from this angle by the body of the load-handling device. The second image below shows the location of the second pair of the first set of wheels located on the back of the vehicle body.[26] |

---

[25] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

[26] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | **Pair of wheels on a front of the vehicle body**<br><br> **Pair of wheels on a back of the vehicle body**<br><br>***Brightpick's Gridpicker's first set of wheels engages a first set of rails or tracks to guide movement of the device in a first direction.*** As shown in the image below, the first set of wheels, located in the front and, on information and belief, in the back, engages the first set of parallel rails or tracks, which guide movement of the Gridpicker robot in the first direction X.[27] |

---

[27] *Gridpicker*, Brightpick, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| |  **Brightpick's Gridpicker wheel assembly includes a second set of wheels consisting of a pair of wheels on each side of the vehicle body.** As shown in the image below, one pair of the second set of wheels is visible on one side of the vehicle body.[28] On information and belief, the corresponding pair is located on the opposite side of the vehicle body and engages the adjacent parallel rail. The second image below shows the location of the second pair of the second set of wheels located on the side of the vehicle body.[29] |

---

[28] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

[29] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | <br><br>***Brightpick's Gridpicker second set of wheels engages a second set of rails or tracks to guide movement of the device in a second direction.*** As shown in the image below, the second set of wheels, located on the sides, engage the second set of parallel rails or tracks, which guide movement of the Gridpicker robot in the second direction Y.[30]<br><br>***Brightpick's Gridpicker second direction is transverse to the first direction.*** As shown in the images below, the first and second rail sets extend in transverse directions.[31] The Gridpicker robot's movement in the second direction is therefore transverse to its movement in the first direction. |

---

[30] *Gridpicker*, https://brightpick.ai/gridpicker/, BRIGHTPICK (last visited June 29, 2026) (click "Putaway").

[31] BRIGHTPICK, *World's fastest warehouse* robots, at 0:05-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
|  | Second direction is transverse to the first direction<br><br>First Direction (X)          Second Direction (Y)<br> |
| **1.c**<br><br>the lifting mechanism being configured to raise and lower the gripper device relative to the cavity, the lifting mechanism being located above the cavity; | ***Brightpick's Gridpicker lifting mechanism is configured to raise and lower the gripper device relative to the cavity, the lifting mechanism being located above the cavity.***<br><br>***Brightpick's Gridpicker lifting mechanism is configured to raise and lower the gripper device relative to the cavity.*** As shown in the images below, the lifting mechanism raises and lowers a gripper device relative to the cavity: the gripper device moves downward, toward a container and away from the cavity, and then upward toward the cavity after engaging the container.[32]<br><br> |

---

[32] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:30 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| |  **Brightpick's Gridpicker lifting mechanism is located above the cavity.** As shown in the image below, the Gridpicker robot includes a cavity for accommodating a container within the lower portion of the vehicle body.[33] The white rectangular lifting mechanism is positioned above that cavity and extends outward from above the cavity during operation. |
| **1.d** <br><br> and the wheel assembly having a wheel positioning mechanism, the wheel positioning | **Brightpick's Gridpicker wheel assembly has a wheel positioning mechanism.** <br><br> The Gridpicker robot selectively travels in two transverse directions on perpendicular rail sets. On information and belief, it does so through a wheel-positioning mechanism that changes which wheel set is engaged with the rails for the desired direction of travel. As shown in the images below, the Gridpicker robot first travels one grid space in the second direction and then travels one grid space in the first direction.[34] That directional change requires the robot to select between the wheel sets corresponding to the two perpendicular rail sets. |

---

[33] *Gridpicker*, Brightpick, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

[34] Brightpick, *The story behind Gridpicker: the fastest warehouse robot ever created*, YouTube (Mar. 20, 2026), The story behind Gridpicker: the fastest warehouse robot ever created, 0:06-0:07.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| mechanism having: | |
| **1.e**<br><br>means for selectively engaging either the first set of wheels with the first set of rails or tracks or the second set of wheels with the second set of | ***On information and belief, Brightpick's Gridpicker wheel positioning mechanism includes means for selectively engaging either the first set of wheels with the first set of rails or tracks, or the second set of wheels with the second set of rails or tracks, thereby enabling the load-handling device to selectively move in either the first or second direction across the grid.***<br><br>***On information and belief, Brightpick's Gridpicker wheel positioning mechanism includes means for selectively engaging either the first set of wheels with the first set of rails or tracks, or the second set of wheels with the second set of rails or tracks.*** As shown in the images below, the second set of wheels is slightly elevated relative to the first set of wheels when the robot is positioned to travel on the first set of rails.[35] To travel in the transverse direction, the wheel-positioning mechanism lowers the |

---

[35] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:13 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

-18-

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| rails or tracks thereby enabling the load handling device to selectively move in either the first or second direction across the grid, | second set of wheels into engagement with the second set of rails, which raises or disengages the first set of wheels from the rails.<br><br><br><br><br><br>The sequence below shows this selective engagement during operation.[36] The Gridpicker robot engages the second set of wheels to travel along the second set of rails, then retracts that wheel set and returns to the first set of wheels to reengage with the first set of rails.<br><br> |

---

[36] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:28 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
|  |  *On information and belief, Brightpick's Gridpicker wheel positioning mechanism enables the load-handling device to selectively move in either the first or second direction across the grid.* As shown in the images below, the Gridpicker robot selectively moves along one set of parallel rails in a first direction and along the transverse set of parallel rails in a second direction.[37] On information and belief, the wheel-positioning mechanism enables the robot to change which wheel set is engaged with the corresponding rail set for the desired direction of travel. First Direction (X) along the first set of parallel rails.[38] Second Direction (Y) along the second set of parallel rails.[39] |

---

[37] BRIGHTPICK, *World's fastest warehouse* robots, at 0:05-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[38] BRIGHTPICK, *World's fastest warehouse* robots, at 0:05-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[39] BRIGHTPICK, *World's fastest warehouse* robots, at 0:07-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **1.f**<br><br>and two motors associated with each of the first and second sets of wheels, wherein a first motor of the two motors is configured to lift or lower two of the wheels of the associated first or second set of wheels and a second motor of the two motors is configured to lift or lower the remaining two of the wheels of the associated first or second set disposed on an opposite side of the load handling device, wherein the two motors associated with the first set of wheels operate to lift or lower the first set of wheels at the same time to control engagement with the first set of rails or tracks; and | *On information and belief, Brightpick's Gridpicker wheel positioning mechanism includes two motors associated with each of the first and second sets of wheels, wherein a first motor of the two motors is configured to lift or lower two of the wheels of the associated first or second set of wheels and a second motor of the two motors is configured to lift or lower the remaining two of the wheels of the associated first or second set disposed on an opposite side of the load handling device, wherein the two motors associated with the first set of wheels operate to lift or lower the first set of wheels at the same time to control engagement with the first set of rails or tracks.*<br><br>*On information and belief, Brightpick's Gridpicker wheel positioning mechanism includes two motors associated with each of the first and second sets of wheels.* The Gridpicker robot's ability to switch between transverse directions of travel indicates that the wheel positioning mechanism includes motorized components for controlling engagement of the wheel sets.<br><br>As shown in the images below, the Gridpicker robot raises and lowers the second set of wheels during operation.[40] The images show the second set of wheels moving relative to the vehicle body as the robot switches between travel directions. That movement indicates that the wheel-positioning mechanism includes motorized components for controlling engagement of the wheel sets with the rails.<br><br><br> |

---

[40] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:28 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | Based on a review of Brightpick's videos, the two visible wheels on one side of the robot appear to move up or down simultaneously.[41] One way to ensure that simultaneous movement would be to use motor control of the wheels on that side. In addition, the corresponding wheels on the opposite side must operate at the same time; otherwise, the robot would be expected to tilt during wheel engagement or disengagement, which is not shown in the videos.[42] <br><br> ***On information and belief, a first motor of the two motors is configured to lift or lower two of the wheels of the associated first or second set of wheels, and a second motor is configured to lift or lower the remaining two wheels of that associated set disposed on an opposite side of the load-handling device.*** This arrangement is consistent with Gridpicker's observed ability to switch between transverse directions of travel by engaging one wheel set while disengaging the other.[43] <br><br> |

One pair of the second set of wheels in lifted state

---

[41] *Id.*; BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:13-0:16 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

[42] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:28 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

[43] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:13-0:16 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '980 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
|  | One pair of the second set of wheels in lowered state<br><br>***On information and belief, the motors associated with the first set of wheels operate to lift or lower the first set of wheels at the same time to control engagement with the first set of rails or tracks.*** Coordinated movement of the first set of wheels ensures that the Gridpicker robot properly engages the first set of rails for traveling in the first direction. |
| **1.g**<br><br>and the two motors associated with the second set of wheels operate to lift or lower the second set of wheels at the same time to control engagement with the second set of rails or tracks. | ***On information and belief, the two motors associated with the second set of wheels operate to lift or lower the second set of wheels at the same time to control engagement with the second set of rails or tracks.*** Coordinated movement of the second set of wheels ensures that the Gridpicker robot properly engages the second set of rails for traveling in the second direction. |