# EXHIBIT 33

# OCADO INNOVATION LTD. / BRIGHTPICK INFRINGEMENT

## U.S. Patent No. 11,485,574 — Claim 13 Infringement Chart

*Accused Instrumentality:  Brightpick Gridpicker System, Robots, and Intuition software*

| '574 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| **13.preamble**<br><br>A method of controlling movement of at least one transporting device, the at least one transporting device being arranged to transport containers, the containers being stored in a facility, the facility being arranged to store the containers in a plurality of stacks, the facility having a plurality of pathways arranged in cells so as to form a grid-like structure above the stacks, wherein the grid-like structure | ***Brightpick's Gridpicker practices a method of controlling movement of at least one transporting device, the at least one transporting device being arranged to transport containers, the containers being stored in a facility, the facility being arranged to store the containers in a plurality of stacks, the facility having a plurality of pathways arranged in cells so as to form a grid-like structure above the stacks, wherein the grid-like structure extends in a first direction and in a second direction, the at least one transporting device being arranged to operate on rails of the grid-like structure, the method comprising:***<br><br>***Brightpick's Gridpicker practices a method of controlling movement of at least one transporting device.*** Brightpick states that its robots are powered by "Intuition," a collection of physical AI models and software that acts as the "digital brain" of the warehouse.[1] Intuition "orchestrat[es] every movement" of the robot fleet, controls fulfillment workflows, and uses an AI-powered Time-Space Planning algorithm that continuously predicts fleet activity and dynamically re-plans robot paths to avoid congestion and maximize throughput.[2] This demonstrates that the Gridpicker system practices a method of controlling movement of its Gridpicker robots.<br><br>***Brightpick's Gridpicker transporting device is arranged to transport containers.*** As shown in the image below,[3] the Gridpicker robot carries containers within the storage system, including as part of On-Grid Robot Picking, Putaway, Storage, Order Buffering, and Goods-to-Person Picking functionality.[4] |

---

[1] *AI and Software*, Brightpick, https://brightpick.ai/ai-and-software/ (last visited June 29, 2026).

[2] *Id.*

[3] Brightpick, *World's fastest warehouse* robots, at 0:07 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[4] *Gridpicker*, Brightpick, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click on "On-Grid Robot Picking", "Putaway", "Storage", "Order Buffer", and "Goods-to-Person Picking").

| '574 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| extends in a first direction and in a second direction, the at least one transporting device being arranged to operate on rails of the grid-like structure, the method comprising: |  ***Brightpick's Gridpicker containers are stored in a facility.*** As shown in the image below, Gridpicker stores containers in modular shelving beneath the grid.[5] The shelving and grid are part of Brightpick's warehouse storage system, and the containers are stored in that facility.  |

---

[5] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026).

| '574 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| | ***Brightpick's Gridpicker facility is arranged to store containers in a plurality of stacks.*** As shown in the image below, the shelving beneath the grid stores containers in vertical stacks or columns, with multiple containers arranged below the grid in the storage facility.[6] <br><br> **Plurality of stacks of containers** <br><br> ***Doctrine of Equivalents.*** <br><br> In the alternative, even if Brightpick's vertically aligned columns of totes within modular shelving are deemed not to be "stacks" in the literal sense, they nonetheless infringe under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed stacks. <br><br> **Function.** Both the claimed "stacks" and Brightpick's columns of shelved totes perform the function of high-density vertical storage of containers beneath the grid, such that the containers are accessible to grid-mounted robots from above. <br><br> **Way.** Both arrangements achieve this in substantially the same way—by arranging containers in vertically aligned columns that occupy the full vertical extent beneath the grid. <br><br> **Result.** Both arrangements achieve substantially the same result—high-density vertical storage of a large number of containers within a compact footprint, accessible from a grid above. Brightpick affirmatively touts Gridpicker as achieving "cube-level storage density," *i.e.*, density on par with conventional stacked-tote systems. <br><br> ***Brightpick's Gridpicker facility has a plurality of pathways arranged in cells so as to form a grid-like structure above the stacks.*** As shown in the image below, the |

---

[6] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:12 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '574 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| | intersecting rails define pathways arranged in cells or grid spaces above the stacks of containers.[7]<br><br><br><br>***Brightpick's Gridpicker grid-like structure extends in a first direction and in a second direction, and the Gridpicker transporting device is arranged to operate on rails of the grid-like structure.*** As shown in the image below, the grid-like structure includes rail sets extending in transverse directions across the top of the modular warehouse shelving.[8]<br><br>As shown in the images below, the Gridpicker robot operates on the rails of the grid-like structure in both directions. |

---

[7] BRIGHTPICK, *World's fastest warehouse* robots, at 0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[8] *Id.*

| '574 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| | Transporting device operating on rails of the grid-like structure in first direction[9]<br>0:05      0:08<br><br><br>Transporting device operating on rails of the grid-like structure in second direction[10]<br>0:07      0:08<br> |
| **13.a**<br><br>Receiving information from a first sensor mounted on a first face of the at least one transporting device; | ***On information and belief, the Gridpicker system receives information from a first sensor mounted on a first face of the Gridpicker transporting device.***<br><br>Brightpick states that its robots navigate using "SLAM (Simultaneous Localization and Mapping)" and AI-based navigation and rely on LiDAR and 3D vision to "sense and map their surroundings."[11]  Brightpick also states that each robot has enhanced spatial awareness and real-time perception, enabling it to respond to dynamic warehouse conditions.[12]  On information and belief, that navigation and localization functionality requires the Gridpicker system to receive information from sensors mounted on the robot, including at least a first sensor mounted on a first face of the robot. |

---

[9] BRIGHTPICK, *World's fastest warehouse robots*, at 0:05-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[10] BRIGHTPICK, *World's fastest warehouse robots*, at 0:07-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[11] *AI and Software*, BRIGHTPICK, https://brightpick.ai/ai-and-software/ (last visited June 29, 2026).

[12] *Id.*

| '574 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| **13.b**<br><br>Receiving information from a second sensor mounted on a second face of the transporting device, the first face being opposed to the second face; | ***On information and belief, Brightpick's Gridpicker control method receives information from a second sensor mounted on a second face of the transporting device, the first face being opposed to the second face.***<br><br>As discussed above, Brightpick states that its robots use SLAM, LiDAR, 3D vision, and AI-based navigation to sense and map their surroundings and to determine their location within the warehouse. Brightpick also states that each robot has enhanced spatial awareness and real-time perception, enabling it to respond to dynamic warehouse conditions.[13] On information and belief, this localization functionality requires receiving information from sensors mounted on multiple faces of the robot, including a second sensor mounted on a face opposed to the first sensor. Because Gridpicker moves bidirectionally on both the x- and y- dimensions of the grid, sensors on all faces are necessary to have a forward-looking sensor regardless of travel direction. Sensors on all faces are also necessary for redundancy purposes. |
| **13.c**<br><br>Calculating a position of the first sensor and a position of the second sensor in accordance with the received information; | ***On information and belief, Brightpick's Gridpicker system calculates a position of the first sensor and a position of the second sensor in accordance with the received information.***<br><br>Brightpick states that "[a]t [Gridpicker's] core is Brightpick Intuition, the company's AI-powered orchestration software."[14] Brightpick states that Intuition creates a real-time digital twin of the warehouse operation and provides visibility into robot activity and warehouse operations.[15] On information and belief, those functions require calculating positions of the robot's sensors using the information received from those sensors.<br><br>As shown in the image below, Brightpick's fleet-management software provides a live operational view of each Brightpick robot fleet, further indicating that the system calculates robot position information in real time.[16] |

[13] *Id.*

[14] Brightpick, *Brightpick Launches Gridpicker*, https://brightpick.ai/brightpick-launches-gridpicker/ (last visited June 29, 2026).

[15] Brightpick, *AI and Software*, https://brightpick.ai/ai-and-software/ (last visited June 29, 2026).

[16] *See id.*

| '574 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| | Although this image appears to be an example of a Brightpick Intuition screen for a fleet of Autopicker robots, Brightpick's Gridpicker also uses Brightpick Intuition software.[17]  On information and belief, the Brightpick Intuition robot position model and display for a Gridpicker fleet are similar. |
| **13.d**<br><br>Calculating a rotation of the at least one transporting device relative to the rails based on the position of the first sensor and the position of | ***On information and belief, Brightpick's Gridpicker system calculates a rotation of the transporting device relative to the rails based on the position of the first sensor and the position of the second sensor.***<br><br>Brightpick states that its robots, which include Gridpicker, "navigate complex warehouse environments with intelligence and precision. . . . [E]ach robot has enhanced spatial awareness and real-time perception – enabling it to respond instantly to dynamic conditions."[18]  Brightpick states that its robots, which include Gridpicker robots, "rely on LiDAR and 3D vision to sense and map their surroundings."[19] |

---

[17] *AI and Software*, BRIGHTPICK, https://brightpick.ai/ai-and-software/ (last visited June 29, 2026).

[18] *Id.*; *see Brightpick Launches Gridpicker*, BRIGHTPICK, https://brightpick.ai/brightpick-launches-gridpicker/ (last visited June 29, 2026) ("At [Gridpicker's] core is Brightpick Intuition, the company's AI-powered orchestration software."); Brightpick, *Gridpicker*, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (labeling, on an image of Gridpicker, "Eyes[:]  3D vision and LiDAR").

[19] *AI and Software*, BRIGHTPICK, https://brightpick.ai/ai-and-software/ (last visited June 29, 2026).

| '574 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| the second sensor. | Because Gridpicker robots travel on a dense rail-based grid, accurate movement requires the control method to determine not only each robot's position, but also whether the robot is aligned with the rails.  If a Gridpicker robot becomes skewed relative to the rails, it may fail to stop above the appropriate container for picking or may interfere with adjacent robots operating on nearby grid spaces.  As shown below, Gridpicker robots operate in close proximity on the grid, with limited clearance between adjacent robots.[20]  That dense arrangement increases the need for accurate alignment during movement and stopping.<br><br><br><br>On information and belief, by comparing positions determined from sensors on opposed faces of the robot, the system can determine whether one side of the transporting device is advanced relative to the other and thereby calculate the robot's rotation relative to the grid.  That rotation reflects the degree to which the robot is skewed from the rail direction.  On information and belief, Gridpicker performs that calculation to maintain accurate positioning and movement on the grid. |

[20] BRIGHTPICK, *Brightpick* Gridpicker (YouTube, May 14, 2026), https://www.youtube.com/watch?v=VLjNc18OyDE.