# EXHIBIT 34

# OCADO INNOVATION LTD. / BRIGHTPICK INFRINGEMENT

## U.S. Patent No. 11,505,405 — Claim 16 Infringement Chart

*Accused Instrumentality:  Brightpick Gridpicker System and Robots*

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **16.preamble**<br><br>A combination of a picking system within a storage system, the combination comprising: | ***Brightpick's Gridpicker includes a combination of a picking system within a storage system.***<br><br>As shown in the images below, Brightpick describes Gridpicker as a high-density grid-based fulfillment system with on-grid robot picking and related workflows.[1]  The Gridpicker storage system includes modular shelving and a grid, and Gridpicker robots operate within that system to pick items and move containers.[2]<br><br> |

---

[1] *Gridpicker*, Brightpick, https://brightpick.ai/gridpicker/ (last visited June 28, 2026).
[2] *Id.*

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| **16.a**<br><br>a first set of parallel rails or tracks and a second set of parallel rails or tracks extending substantially perpendicularly to the first set in a substantially horizontal plane to form a grid pattern with a plurality of grid spaces; | ***Brightpick's Gridpicker includes a first set of parallel rails or tracks and a second set of parallel rails or tracks extending substantially perpendicularly to the first set in a substantially horizontal plane to form a grid pattern with a plurality of grid spaces.***<br><br>As shown in the image below, the top of the Gridpicker storage system includes intersecting rails or tracks arranged in two perpendicular sets.[3]  Those rail sets form a substantially horizontal grid pattern with multiple grid spaces.<br><br> |
| **16.b**<br><br>a set of uprights, the uprights supporting the first and second sets of rails or tracks, the uprights and rails or tracks together defining a framework; | ***Brightpick's Gridpicker includes a set of uprights, the uprights supporting the first and second sets of rails or tracks, the uprights and rails or tracks together defining a framework.***<br><br>As shown in the image below, vertical uprights extend beneath the grid and support the first and second sets of rails or tracks positioned above the storage containers.[4] |

---

[3] BRIGHTPICK, *World's fastest warehouse* robots, at 0:11 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.
[4] BRIGHTPICK, Brightpick, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:02 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | The structure that holds Gridpicker's modular shelving corresponds to the claimed uprights, and those uprights together with the rails or tracks define a framework for storing and transporting containers.[5] |
| **16.c**<br><br>a robotic load handling device containing at least one delivery container and configured to travel on the first and second sets of rails or tracks; | ***Brightpick's Gridpicker includes a robotic load handling device containing at least one delivery container and configured to travel on the first and second sets of rails or tracks.***<br><br>***Brightpick's Gridpicker includes a robotic load handling device containing at least one delivery container.*** Brightpick's Gridpicker robot is a robotic load handling device because it carries containers on the grid. As shown in the images below, the Gridpicker robot contains or carries a tote during operation.[6] |

---

[5] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 28, 2026).
[6] BRIGHTPICK, *World's fastest warehouse robots*, at 0:07 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| |  Brightpick uses the same type of physical tote throughout the Gridpicker system. The tote can serve different functions depending on where it is located and how it is being used: when the tote holds inventory within the storage grid, it functions as a storage container; when the tote is carried by the Gridpicker robot and receives items picked for an order, it functions as the claimed delivery container. |

Totes held by Robot                    Totes within storage grid

Brightpick states that Gridpicker robots "pick items directly from . . . storage totes on the grid."[7]  Brightpick's materials also show the Gridpicker robot carrying totes that are identical in appearance and dimensions to the totes stored within the grid.[8]  Those images demonstrate that the same type of tote may be used both as a storage container and as a delivery container, depending on its role in the workflow.

---

[7] Brightpick, *Gridpicker*, https://brightpick.ai/gridpicker/ (last visited June 28, 2026).
[8] Brightpick, *Brightpick Gridpicker*, at 0:04 (YouTube, May 14, 2026),
https://www.youtube.com/watch?v=VLjNc18OyDE.

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | Brightpick's "Order Buffer" and "Completed Orders" workflows further support that the tote held within the Gridpicker robot corresponds to a delivery container.[9]  In the Order Buffer workflow, the Gridpicker robot carries a tote containing picked order items and places that tote back into the grid for later collection.  That workflow shows that the robot-held tote is used to receive and hold items picked for an order, even if the tote is temporarily buffered within the storage system before being dispatched to customers.  It also shows that the robot-held tote is compatible with the storage grid and is the same type of physical container as the storage totes located within the grid. <br><br> <br><br> Similarly, in the Completed Orders workflow, the robot moves a tote containing items for an order to an area for packing, shipping, or dispatch.[10]  In that workflow, the tote held by the robot contains picked items for an order and is moved for downstream fulfillment.  The robot-held tote therefore functions as a delivery container because it holds picked order items that are to be transferred onward from the storage system for fulfillment and eventual delivery to the end-customer. |

---

[9] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 28, 2026).
[10] *Id.*

-6-

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| |

Accordingly, the totes correspond to containers, and the totes used to receive picked items for customer orders correspond to the claimed delivery containers.  Thus, the robots in the Gridpicker system contain delivery containers. |

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | ***Brightpick's Gridpicker robotic load handling device is configured to travel on the first and second sets of rails or tracks.*** As shown in the images below, the Gridpicker robot travels along both sets of rails or tracks on the top of the grid.<br><br>Gridpicker robot traveling on the first set of rails[11]<br>0:05                    0:08<br><br><br>Gridpicker robot traveling on the second set of rails[12]<br>0:07                    0:08<br> |
| **16.d**<br><br>a plurality of storage containers located beneath the first and second sets of rails or tracks and within the framework, a portion of the | ***Brightpick's Gridpicker includes a plurality of storage containers located beneath the first and second sets of rails or tracks and within the framework, a portion of the storage containers occupying a space below a grid space.***<br><br>***Brightpick's Gridpicker includes a plurality of storage containers located beneath the first and second sets of rails or tracks and within the framework.*** As shown in the image below, the modular shelving framework stores multiple storage containers beneath the intersecting rails or tracks of the grid.[13] |

[11] BRIGHTPICK, *World's fastest warehouse* robots, at 0:05-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[12] BRIGHTPICK, *World's fastest warehouse* robots, at 0:07-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

[13] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:12 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| storage containers occupying a space below a grid space; | <br><br>***Brightpick's Gridpicker includes a portion of the storage containers occupying a space below a grid space.*** As shown in the image below, storage containers are positioned beneath the grid spaces formed by the intersecting rails or tracks.[14] At least a portion of those storage containers occupies the space below a grid space.[15] |

---

[14] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A

[15] *See id.*

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | Containers below a grid space |
| **16.e**<br><br>and a robotic picking device arranged to operate above the plurality of grid spaces and including picking means disposed above the containers, the picking means being configured to pick at least | *Brightpick's Gridpicker includes a robotic picking device arranged to operate above the plurality of grid spaces and including picking means disposed above the containers, the picking means being configured to pick at least one inventory item from at least one container of the plurality of storage containers and deposit the inventory item into the at least one delivery container while disposed above the plurality of grid spaces wherein the robotic picking device includes an articulated arm including a portion configured to extend downwardly toward the storage container.*<br><br>*Brightpick's Gridpicker includes a robotic picking device arranged to operate above the plurality of grid spaces.*  Brightpick advertises Gridpicker's "On-grid Robot Picking" functionality.[16]  The Gridpicker includes a robotic picking device; it operates |

---

[16] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 28, 2026) (click on "On-grid Robot Picking").

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| one inventory item from at least one container of the plurality of storage containers and deposit the inventory item into the at least one delivery container while disposed above the plurality of grid spaces wherein the robotic picking device includes an articulated arm including a portion configured to extend downwardly toward the storage container. | above the grid spaces and is positioned to pick items from storage containers below the grid.[17]<br><br><br> |

[17] BRIGHTPICK, *Brightpick Gridpicker*, at 0:04 (YouTube, May 14, 2026), https://www.youtube.com/watch?v=VLjNc18OyDE.

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | ***Brightpick's Gridpicker robotic picking device includes picking means disposed above the storage containers.***  As shown in the images above and below, the Gridpicker robotic picking device includes picking means at the end of the robot's picking arm.[18]  On information and belief, that picking means is a suction-based tip configured to engage and lift individual inventory items from the storage containers.[19]  To the extent the picking means uses a different item-engaging mechanism, the end effector of the robotic arm nevertheless corresponds to the claimed picking means because it is configured to pick inventory items from the storage containers and is generally disposed above those containers during operation.[20] |

---

[18] *Id.*

[19] *See Brightpick Unveils New Details About the World-Class Machine Vision and AI Behind Its Versatile Brightpick Autopickers*, BRIGHTPICK (Dec. 12, 2023), https://brightpick.ai/brightpick-unveils-new-details-about-the-ai/ ("The robotic arm on Brightpick Autopicker picks items using suction cups . . . ."); *Brightpick Launches Gridpicker; Highest-Throughput Robotic Fulfillment System Ever Developed*, BRIGHTPICK (Mar. 17, 2026), https://brightpick.ai/brightpick-launches-gridpicker/ ("Gridpicker embodies the same proven mobile manipulation architecture . . . as Autopicker").

[20] Brightpick, *World's fastest warehouse robots*, at 0:03 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| |  *Brightpick's Gridpicker picking means is configured to pick at least one inventory item from at least one container of the plurality of storage containers and deposit the inventory item into the at least one delivery container while disposed above the plurality of grid spaces.*  As shown in the image below, the end effector of the robotic picking arm engages an inventory item from a storage container, lifts the item out of the container, and deposits the item into a delivery container.[21]  |

---

[21] BRIGHTPICK, *World's fastest warehouse robots*, at 0:24-0:29 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | As shown below, the end effector of the picking arm is generally disposed above the storage grid.[22]  Only during the picking operation does the end effector temporarily go below the grid spaces and into a storage container to retrieve an item.<br><br><br><br>***Brightpick's Gridpicker robotic picking device includes an articulated arm including a portion configured to extend downwardly toward the storage container.*** As shown in the image below, Brightpick's Gridpicker robot has a "[r]obotic arm" that acts as "HANDS," allowing the robot to "pick items directly from storage totes on the grid."[23]  The arm is articulated because it has multiple movable segments connected by rotating joints.  This allows the arm to reposition during picking so that the end effector can reach into a storage container and engage items located within the container. |

---

[22] BRIGHTPICK, *World's fastest warehouse robots*, at 0:03 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.
[23] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 28, 2026).

| '405 Claim Limitation | Infringement by Brightpick Gridpicker |
|---|---|
| | <br><br>As shown in the images below, the robotic arm moves along a vertical guide on the body of the Gridpicker robot and includes a portion that extends downward toward the storage container.[24]  The arm includes an end effector on its downward-extending portion that is configured to engage and lift individual inventory items from the storage container. |

[24] BRIGHTPICK, *Brightpick Gridpicker*, at 0:15 (YouTube, May 14, 2026), https://www.youtube.com/watch?v=VLjNc18OyDE.