# EXHIBIT 35

# OCADO INNOVATION LTD. / BRIGHTPICK INFRINGEMENT

## U.S. Patent No. 12,172,832 — Claim 1 Infringement Chart

*Accused Instrumentality:  Brightpick Gridpicker System and Robots*

| '832 Claim language | Infringement by Brightpick Gridpicker |
|---|---|
| **1.preamble**<br><br>A load handling device comprising: | ***Brightpick's Gridpicker is a load handling device.***<br><br>The Gridpicker robot, as shown in the image below, is a load handling device that shuttles containers across the Gridpicker storage system.[1]<br><br> |

---

[1] BRIGHTPICK, *World's fastest warehouse robots*, at 0:07 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '832 Claim language | Infringement by Brightpick Gridpicker |
|---|---|
| **1.a**<br><br>a housing comprising four lateral surfaces and a top surface that at least partly enclose an inner portion of the housing, the inner portion comprising a container receiving space; | ***Brightpick's Gridpicker robot is a load-handling device comprising a housing with four lateral surfaces and a top surface that at least partly enclose an inner portion of the housing, the inner portion comprising a container-receiving space.***<br><br>***Brightpick's Gridpicker robot is a load-handling device comprising a housing with four lateral surfaces.*** As shown in the additional image below, the Gridpicker robot includes a housing surrounding the container-receiving space, with four lateral surfaces around the robot body.[2] The lateral surfaces colored blue (surfaces one and three) appear on the sides of the container-receiving space, the green colored surface (surface two) appears on the white front overhang of the container-receiving space and the red surface (surface four) appears on the rear surface of the container-receiving space.<br><br> |

[2] BRIGHTPICK, *Brightpick Gridpicker*, at 0:13 (YouTube, May 14, 2026), https://www.youtube.com/watch?v=VLjNc18OyDE.

| '832 Claim language | Infringement by Brightpick Gridpicker |
|---|---|
| | ***Brightpick's Gridpicker housing includes a top surface that at least partly encloses an inner portion of the housing.***<br><br>As shown in the image below, the top surface of the Gridpicker robot at least partly encloses the inner portion of the housing, including the area in which containers are received and retained during operation.[3]<br><br> |

---

[3] BRIGHTPICK, *Brightpick Gridpicker*, at 0:13 (YouTube, May 14, 2026), https://www.youtube.com/watch?v=VLjNc18OyDE.

| '832 Claim language | Infringement by Brightpick Gridpicker |
|---|---|
| | ***The inner portion of Brightpick's Gridpicker housing comprises a container-receiving space.***<br><br>As shown in the image below, the Gridpicker robot includes an inner portion within the housing that receives and retains containers during operation.[4]  That inner portion is the container-receiving space.<br><br><br><br>***Doctrine of Equivalents.***<br><br>In the alternative, even if Brightpick's robot is deemed to have three lateral surfaces, a top surface, and a bottom surface that at least partly enclose an inner portion of the housing rather than the claimed four lateral surfaces and a top surface that at least partly enclose an inner portion of the housing, Brightpick nonetheless infringes under the doctrine of equivalents because its robot performs substantially the same function, in substantially the same way, to achieve the same result as the claimed load handling device.<br><br>**Function.**  Both the claimed load handling device and Brightpick's robot possess sides, or surfaces, that at least partly enclose an inner portion of the device's housing, the inner portion comprising a container-receiving space. |

---

[4] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 0:03 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '832 Claim language | Infringement by Brightpick Gridpicker |
|---|---|
| | **Way.**  Both devices achieve this in substantially the same way—by surrounding the inner portion of the housing on five sides and leaving the sixth at least partly open for receiving a container into the inner portion of the housing.<br><br>**Result.**  Both devices achieve the same result—a lifted container can be received within the inner portion of the housing and securely transported on the top of the grid to destinations for further processing. |
| **1.b**<br><br>a first plurality of wheels connected to the housing and configured to engage a first set of rails of a grid frame, the first plurality of wheels comprising a first pair of wheels and a second pair of wheels located on an opposite side of the housing from the first pair of wheels, the first plurality of wheels being configured to guide movement of the housing on the first set of rails in a first direction along a top level of the grid frame; | *Brightpick's Gridpicker robot has a first plurality of wheels connected to the housing and configured to engage a first set of rails of a grid frame, the first plurality of wheels comprising a first pair of wheels and a second pair of wheels located on an opposite side of the housing from the first pair of wheels, the first plurality of wheels being configured to guide movement of the housing on the first set of rails in a first direction along a top level of the grid frame.*<br><br>*Brightpick's Gridpicker robot has a first plurality of wheels connected to the housing and configured to engage a first set of rails of a grid frame.*  As shown in the image below, Gridpicker uses a grid frame with intersecting rails.[5]  The Gridpicker robot rides on those rails using a first set of four wheels connected to the robot's housing.  The visible pair of that first set is circled below; the corresponding pair is located on the opposite side of the housing.  As shown below, the wheels engage a first set of rails.<br><br><br><br>*Brightpick's Gridpicker first plurality of wheels comprises a first pair of wheels and a second pair of wheels located on an opposite side of the housing from the first pair of wheels.*  As shown in the image below, the first pair of the first plurality of four wheels is visible on one side of the housing.[6]  On information and belief, the corresponding second pair is located on the opposite side of the housing, in the same relative position, and engages the adjacent parallel rail.  On information and belief, the second pair is not visible from this angle because it is obscured by the body of the load handling device, but the wheel arrangement and rail alignment show where it is located. |

---

[5] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").
[6] *Id.*

| '832 Claim language | Infringement by Brightpick Gridpicker |
|---|---|
| | *Brightpick's Gridpicker first plurality of wheels is configured to guide movement of the housing on the first set of rails in a first direction along a top level of the grid frame.* As shown in the images below, the Gridpicker robot moves along the top level of the grid frame in a first direction, X, with the first plurality of four wheels engaging the first set of rails.[7]<br><br>First Direction (X) along the first set of parallel rails.<br>0:05    0:08<br> |
| **1.c**<br><br>a second plurality of wheels connected to the housing and configured to engage a second set of rails of the grid frame, the second plurality of wheels comprising a | *Brightpick's Gridpicker robot has a second plurality of wheels connected to the housing and configured to engage a second set of rails of the grid frame, the second plurality of wheels comprising a third pair of wheels and a fourth pair of wheels, the second plurality of wheels being configured to guide movement of the housing on the second set of rails in a second direction perpendicular to the first direction along the top level.*<br><br>*Brightpick's Gridpicker robot has a second plurality of wheels connected to the housing and configured to engage a second set of rails of the grid frame.* As shown in the image below, Gridpicker uses a grid frame with intersecting rails positioned above modular warehouse shelving.[8]  On information and belief, Gridpicker robot rides on those rails using a second set of four wheels connected to the robot's housing. The visible pair of that second set is circled below.  On information and belief, the corresponding pair is located on the opposite side of the housing. |

[7] BRIGHTPICK, *World's fastest warehouse robots*, at 0:05-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.
[8] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

| '832 Claim language | Infringement by Brightpick Gridpicker |
|---|---|
| third pair of wheels and a fourth pair of wheels, the second plurality of wheels being configured to guide movement of the housing on the second set of rails in a second direction perpendicular to the first direction along the top level; |  **One pair of a second plurality of wheels to engage a second set of rails**<br><br>***Brightpick's Gridpicker second plurality of wheels comprises a third pair of wheels and a fourth pair of wheels.***<br><br>As shown in the image below, the third pair of the second plurality of four wheels is visible on one side of the housing.[9]  On information and belief, the corresponding fourth pair is located on the opposite side of the housing, in the same relative position, and engages the adjacent parallel rail.  On information and belief, the fourth pair is not visible from this angle because it is obscured by the body of the load handling device, but the wheel arrangement and rail alignment show where it is located.<br><br>  **Third pair of a second plurality of wheels**<br><br>***Brightpick's Gridpicker second plurality of wheels is configured to guide movement of the housing on the second set of rails in a second direction perpendicular to the first direction along the top level.***<br><br>As shown in the images below, the Gridpicker robot moves along the top level of the grid frame in a second direction, Y, with the second plurality of four wheels engaging the second set of parallel rails.[10]<br><br>Second Direction (Y) along the second set of parallel rails.<br>0:07                               0:08 |

---

[9] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").

[10] BRIGHTPICK, *World's fastest warehouse robots*, at 0:07-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '832 Claim language | Infringement by Brightpick Gridpicker |
|---|---|
| | |
| **1.d**<br><br>and a container lifting device positioned in the housing and comprising a container-lift motor configured to lift a container into the container receiving space from a stack of containers within the grid frame beneath the top level, | *Brightpick's Gridpicker robot includes a container lifting device positioned in the housing and comprising a motorized container-lift mechanism configured to lift a container into the container-receiving space from a stack of containers within the grid frame beneath the top level.*  As shown in the image below, the white rectangular lifting device is positioned in the housing.  The device extends from the container-receiving space to lift a container.[11]  In the "Putaway" animation, the apparatus lifts a container upward from beneath the top level and retracts the container into the container-receiving space.<br><br><br><br>Gridpicker's "Storage," "Putaway," "Order Buffer[ing]," and "Goods-to-Person Picking" functions likewise require the robot to lift, retain, and move containers within the grid-based storage system.[12] |

---

[11] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026) (click "Putaway").
[12] *Gridpicker*, BRIGHTPICK, https://brightpick.ai/gridpicker/ (last visited June 29, 2026).

| '832 Claim language | Infringement by Brightpick Gridpicker |
|---|---|
| **1.e**<br><br>wherein at least one of the first pair of wheels and at least one of the second pair of wheels are configured to be positioned between two adjacent rails of the second set of rails with the first pair of wheels and the second pair of wheels positioned on two adjacent rails of the first set of rails, | ***Brightpick's Gridpicker is configured so that at least one of the first pair of wheels and at least one of the second pair of wheels are positioned between two adjacent rails of the second set of rails, with the first pair and second pair positioned on two adjacent rails of the first set of rails.***<br><br>As shown in the image below, when the first plurality of wheels is engaged with the first set of rails, the first and second wheel pairs are positioned on two adjacent rails of that first set.[13]  In addition, at least one of the wheels of the first and second wheel pairs sit between the perpendicular second set of rails.  On information and belief, the second pair is not visible from this angle because it is obscured by the body of the load handling device.  But on information and belief, the wheel arrangement and rail alignment show where it is located.<br><br> |

---

[13] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:30 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '832 Claim language | Infringement by Brightpick Gridpicker |
|---|---|
| **1.f**<br><br>wherein at least one of the third pair of wheels and at least one of the fourth pair of wheels are configured to be positioned between the two adjacent rails of the first set of rails with the third pair of wheels and the fourth pair of wheels on the two adjacent rails of the second set of rails, | ***Brightpick's Gridpicker is configured so that at least one of the third pair of wheels and at least one of the fourth pair of wheels are positioned between two adjacent rails of the first set of rails, with the third pair and fourth pair positioned on two adjacent rails of the second set of rails.***<br><br>As shown in the image below, when the second plurality of wheels is engaged with the second set of rails, the third and fourth wheel pairs are positioned on two adjacent rails of that second set of rails.[14]  In addition, at least one of the wheels of the third and fourth wheel pairs sit between the perpendicular first set of rails.  On information and belief, the fourth pair is not visible from this angle because it is obscured by the body of the load handling device, but the wheel arrangement and rail alignment show where it is located.<br><br> |

---

[14] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:30 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '832 Claim language | Infringement by Brightpick Gridpicker |
|---|---|
| **1.g**<br><br>and wherein when the container lifting device begins to lift the container from the stack, the first pair of wheels and the second pair of wheels are positioned on the two adjacent rails of the first set of rails, the at least one of the first pair of wheels and the at least one of the second pair of wheels are positioned between the two adjacent rails of the second set of rails, and the third pair of wheels and the fourth pair of wheels are positioned between the two adjacent rails of the first set of rails. | ***When Gridpicker's container lifting device begins to lift a container from the stack, the first pair of wheels and the second pair of wheels are positioned on two adjacent rails of the first set of rails, the at least one of the first pair of wheels and the at least one of the second pair of wheels are positioned between the two adjacent rails of the second set of rails, and the third pair of wheels and the fourth pair of wheels are positioned between the two adjacent rails of the first set of rails.***<br><br>***When Gridpicker's container lifting device begins to lift a container from the stack, the first pair of wheels and the second pair of wheels are positioned on two adjacent rails of the first set of rails.*** As shown in the image below, the Gridpicker robot is supported on the grid frame while the container lifting device begins to lift a container.[15] In that position, the first pair and second pair of wheels are positioned on two adjacent rails of the first set. On information and belief, the second pair is not visible from this angle because it is obscured by the body of the load handling device, but the wheel arrangement and rail alignment show where it would be located on the other side of the body.<br><br> |

---

[15] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:30 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.

| '832 Claim language | Infringement by Brightpick Gridpicker |
| --- | --- |
| | ***When Gridpicker's container lifting device begins to lift a container from the stack, at least one of the first pair of wheels and at least one of the second pair of wheels are positioned between two adjacent rails of the second set of rails.*** As shown in the image below, with the first and second wheel pairs positioned on adjacent rails of the first set of rails, at least one wheel from each pair is positioned between adjacent rails of the transverse second set of rails.[16] On information and belief, the second pair is not visible from this angle because it is obscured by the body of the load handling device, but the wheel arrangement and rail alignment show where it would be located on the other side of the body. <br><br> <br><br> ***When Gridpicker's container lifting device begins to lift a container from the stack, the third pair of wheels and the fourth pair of wheels are positioned between two adjacent rails of the first set of rails.***[17] As shown in the image below, the third and fourth wheel pairs are positioned between adjacent rails of the first set of rails when the first plurality of wheels is engaged on the first set of rails and the container lifting device begins lifting a container.[18] On information and belief, the fourth pair is not visible from this angle because it is obscured by the body of the load handling device, but the wheel arrangement and rail alignment show where it would be located on the other side of the body. <br><br> |

[16] BRIGHTPICK, *The story behind Gridpicker: the fastest warehouse robot ever created*, at 1:25-1:30 (YouTube, Mar. 20, 2026), https://www.youtube.com/watch?v=NL51ROK5CKI.
[17] *Id.*
[18] *Id.*