# EXHIBIT 36

# OCADO INNOVATION LTD. / BRIGHTPICK INFRINGEMENT

## U.S. Patent No. 11,079,770 — Claim 1 Infringement Chart

*Accused Instrumentality:  Brightpick Gridpicker and Brightpick Intuition software*

| '770 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| **1.preamble** A system for controlling movement of at least one transporting device arranged to transport at least one container, the system comprising: | ***Brightpick's Gridpicker, controlled by Brightpick's Intuition software, is a system for controlling movement of at least one transporting device arranged to transport at least one container.*** <br><br> Brightpick describes Intuition as the "digital brain" of the warehouse that orchestrates and controls the entire fleet of Gridpicker robots.  Each Gridpicker robot is a transporting device that carries order totes (*i.e.*, containers) on top of the grid as it executes picking, buffering, replenishment, and sortation tasks. <br><br> *"Brightpick Intuition orchestrates our entire robot fleet with precision, controlling every movement and fulfillment workflow across your warehouse."*[1] <br><br> *"Gridpicker is a high-throughput grid-based fulfillment system run by AI-powered mobile manipulators. . . . Gridpicker robots pick directly from storage totes and move seamlessly between picking, buffering, replenishment, and sortation tasks."*[2] <br><br> |

---

[1] *AI and Software*, BRIGHTPICK, https://brightpick.ai/ai-and-software/ (last visited June 8, 2026).
[2] *Most Commonly Asked Questions About Gridpicker*, BRIGHTPICK, https://brightpick.ai/resources/most-commonly-asked-questions-about-gridpicker/ (last visited June 8, 2026).

| '770 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| **1.a** one or more processors configured to: determine a plurality of paths for a plurality of transporting devices to travel on pathways of a facility so that no two of the plurality of transporting devices have locations while traveling along the plurality of paths that would cause the plurality of transporting devices to overlap at a same time, the plurality of paths comprising a first path for traveling by a first transporting device of the plurality of transporting devices and a second path for traveling by a second transporting device of the plurality of transporting devices, | ***Brightpick's Intuition software comprises one or more processors configured to determine a plurality of paths for a plurality of Gridpicker transporting devices to travel on pathways of the facility so that no two Gridpicker robots have locations while traveling along the plurality of paths that would cause the robots to overlap at the same time, including a first path for a first Gridpicker robot and a second path for a second Gridpicker robot.*** Brightpick's Time-Space Planning algorithm is, by its very name, a path planner that coordinates the fleet across both the spatial (location) and temporal dimensions—precisely the function the claim describes. Brightpick has publicly stated that the algorithm "plans the paths of the Brightpick Autopicker robots in a way that ensures they do not cross each other"[3] and that the system "negotiate[s] conflicts where two robots want to be in the same place at the same time."[4] Each such statement is a direct admission that Intuition determines the plurality of paths so that no two robots will occupy overlapping space-time positions. *"Brightpick Intuition uses 'time-space planning' to optimize the speed and throughput of the entire fleet of robots. To maximize overall efficiency, it plans the paths of the Brightpick Autopicker robots in a way that ensures they do not cross each other, which would impede or slow them down."[5]* *"One of the most complex problems we are solving is something we call time-space planning. When you have fleet of robots, each robot could just solve a traveling salesman problem individually, but here we have to orchestrate the robots as a fleet. ... As the robots travel through the warehouse, we have to plan their paths, plan the picking dwell times, and negotiate conflicts where two robots want to be in the same place at the same time."[6]* *"At the core of Intuition is our AI-powered Time-Space Planning algorithm, which continuously predicts fleet activity and dynamically re-plans robot paths to avoid congestion and maximize throughput. Each robot's route is calculated in real time depending on its next task."[7]* |

| '770 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| **1.b** wherein the pathways form a grid-like structure above a plurality of containers arranged within the facility, the pathways comprising a first set of parallel rails extending in a first direction and a second set of parallel rails extending in a second direction transverse to the first direction in a substantially horizontal plane, at least some of the plurality of containers being stored in stacks, | ***In Brightpick's Gridpicker system, the pathways form a grid-like structure above a plurality of containers arranged within the facility, the pathways comprising a first set of parallel rails extending in a first direction and a second set of parallel rails extending in a second direction transverse to the first direction in a substantially horizontal plane, at least some of the plurality of containers being stored in stacks.*** <br><br> ***In Brightpick's Gridpicker system, the pathways on which the Gridpicker robots travel form a grid-like structure above a plurality of containers arranged within the facility.*** Brightpick describes Gridpicker as a "grid-based fulfillment system" in which robots travel on a fixed aluminum grid positioned above the storage area.[8] The storage totes (*i.e.*, containers) holding inventory are arranged within the facility immediately below the grid, accessible from the top by the Gridpicker robots. <br><br> *"Gridpicker travels above shelves on a fixed aluminum grid structure and picks directly from storage totes sitting at the top."*[9] <br><br> *"Gridpicker robots operate on top of a grid positioned above modular warehouse shelving."*[10] |

[3] *Brightpick Unveils New Details About the World-Class Machine Vision and AI Behind Its Versatile Brightpick Autopickers*, BRIGHTPICK (Dec. 12, 2023), https://brightpick.ai/brightpick-unveils-new-details-about-the-ai/.

[4] *Brightpick CEO Jan Zizka Discusses Development of Robot-to-Goods System*, THE ROBOT REPORT, https://www.therobotreport.com/brightpick-ceo-jan-zizka-discusses-development-of-robot-to-goods-system/ (Dec. 6, 2023).

[5] *Brightpick Explains Machine Vision and AI in Intelligent Warehouse Automation*, DESIGN WORLD, https://www.designworldonline.com/brightpick-explains-machine-vision-and-ai-in-intelligent-warehouse-automation/ (Dec. 2023).

[6] THE ROBOT REPORT, *supra* note 4.

[7] *Meet Brightpick Intuition, the Software Brain Behind Our Robots*, BRIGHTPICK, https://brightpick.ai/resources/meet-brightpick-intuition-the-software-brain-behind-our-robots/ (last visited June 8, 2026).

[8] *Brightpick Launches Gridpicker; Highest-Throughput Robotic Fulfillment System Ever Developed*, BRIGHTPICK (Mar. 17, 2026), https://brightpick.ai/brightpick-launches-gridpicker/.

[9] *Id.*

[10] BRIGHTPICK, *supra* note 2.

| '770 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| | <br><br>The robots' pathways form a grid frame above the stored containers:<br><br><br><br>***In Brightpick's Gridpicker system, the pathways comprise a first set of parallel rails extending in a first direction and a second set of parallel rails extending in a second direction transverse to the first direction in a substantially horizontal plane.*** Brightpick's "fixed aluminum grid structure" is, by definition, a grid: it is constructed from two intersecting sets of parallel rails arranged perpendicular to one another in a substantially horizontal plane on top of the storage shelving.[11]   As shown in the annotated image below, one set of rails extends in a first direction (blue) and a second set of rails extends in a second, transverse direction (green), defining the grid cells on which the Gridpicker robots travel.[12] |

[11] *See* BRIGHTPICK, *supra* note 8.
[12] BRIGHTPICK, *World's fastest warehouse* robots, at 0:08 (YouTube, Mar. 17, 2026),
https://www.youtube.com/watch?v=KpdYF3Owevo.

| '770 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| | *"Gridpicker travels above shelves on a fixed aluminum grid structure and picks directly from storage totes sitting at the top."*[13] ***In Brightpick's Gridpicker system, at least some of the storage totes are stored in stacks within the meaning of claim 1.*** Brightpick stores its totes in tall, vertically aligned columns within modular warehouse shelving positioned beneath the grid. As shown in the annotated image below, multiple totes are arranged one above the other in vertical columns extending from the floor to the underside of the grid.[14] The ordinary meaning of "stack" is a vertically arranged group of items; the claim does not require that each container rest directly on the container immediately below it. The '770 specification (which is shared with the family continuation patents, including U.S. Patent Nos. 11,635,769 and 11,650,601) uses "stack" to refer to vertical groupings of containers generally, including arrangements in which containers are arranged in vertical layers. Brightpick's vertically aligned columns of totes are "stacks" within the literal scope of the claim. *"Gridpicker robots operate on top of a grid positioned above modular warehouse shelving."*[15] *"Gridpicker delivers cube-level storage density when built to its maximum height of 12 meters."*[16] |

---

[13] BRIGHTPICK, *supra* note 8.

[14] BRIGHTPICK, *Introducing Gridpicker: the fastest warehouse robot ever created*, at 0:12 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=D4KM2DuLx5A.

[15] BRIGHTPICK, *supra* note 2.

[16] *Id.*

| '770 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| | **Plurality of stacks of containers** |
| | ***Doctrine of Equivalents.*** |
| | In the alternative, even if Brightpick's vertically aligned columns of totes within modular shelving are deemed not to be "stacks" in the literal sense, they nonetheless infringe under the doctrine of equivalents because they perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed stacks. |
| | **Function.**  Both the claimed "stacks" and Brightpick's columns of shelved totes perform the function of high-density vertical storage of containers beneath the grid, such that the containers are accessible to grid-mounted robots from above. |
| | **Way.**  Both arrangements achieve this in substantially the same way—by arranging containers in vertically aligned columns that occupy the full vertical extent beneath the grid, such that the containers in each column are accessed in sequence from the top.  In both cases, the totes are arranged in vertical columns under the grid. |
| | **Result.**  Both arrangements achieve substantially the same result—high-density vertical storage of a large number of containers within a compact footprint, accessible from a grid above.  Brightpick affirmatively touts Gridpicker as achieving "cube-level storage density," *i.e.*, density on par with conventional stacked-tote systems. |
| **1.c** <br><br> wherein the plurality of transporting devices are configured to selectively move laterally | ***Brightpick's Gridpicker robots are configured to selectively move laterally in both the first direction and the second direction on the pathways.*** <br><br> Brightpick's Gridpicker robots traverse the grid in both perpendicular directions, with the Intuition software selecting which direction to use as part of each robot's real-time route.  As shown in the annotated images below, the Gridpicker robots are observed traveling along the rails in the first direction (top image) and selectively transitioning to travel in the transverse second direction (bottom image).[17] |

[17] BRIGHTPICK, *World's fastest warehouse* robots, at 0:05-0:08 (YouTube, Mar. 17, 2026), https://www.youtube.com/watch?v=KpdYF3Owevo.

| '770 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| in the first direction and the second direction on the pathways, at least some of the plurality of transporting devices being configured to transport the plurality of containers, | *"Brightpick Intuition calculates the most optimal path not only to minimize travel distance, but also to avoid slowing down other robots or creating congestion. Real-time re-planning ensures uninterrupted operations even if something unexpectedly changes while the robot is already traveling."*[18]<br><br><br><br>***At least some of Brightpick's Gridpicker robots are configured to transport the plurality of storage totes.***<br><br>Each Gridpicker robot is a mobile manipulator that carries totes on top of the grid as it picks items and moves between locations in the facility. Brightpick states that each Gridpicker robot carries two totes simultaneously to maximize throughput.<br><br>*"Carrying two order totes at once to further increase productivity, each robot delivers 100+ picks per hour, offering much higher efficiency than traditional Goods-to-Person systems."*[19] |
| **1.d**<br>generate a plurality of clearance | ***Brightpick's Intuition software generates a plurality of clearance commands for the plurality of Gridpicker robots to cause them to travel on the pathways along portions of the plurality of paths, including a first clearance command for the first Gridpicker robot.*** |

---

[18] BRIGHTPICK, *supra* note 7.
[19] BRIGHTPICK, *supra* note 8.

| '770 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| commands for the plurality of transporting devices to cause the plurality of transporting devices to travel on the pathways along portions of the plurality of paths, the plurality of clearance commands comprising a first clearance command for the first transporting device, | The '770 specification (shared with the family continuation patents) describes a "clearance module" that issues commands granting (or, where conflicts are detected, withholding) permission for a robot to traverse a particular path segment. The functional role of such a "clearance command" is to permit a robot to continue along its planned path. On information and belief, Brightpick's Intuition performs precisely that function: it transmits per-robot commands derived from the Time-Space Planning algorithm that direct each Gridpicker robot along a segment of its planned path, allowing the robot to proceed while ensuring it does not conflict with other robots. Brightpick describes Intuition as "controlling every movement and fulfillment workflow across your warehouse"—i.e., issuing the commands that permit each robot to traverse its allocated segment.<br><br>*"Brightpick Intuition orchestrates our entire robot fleet with precision, controlling every movement and fulfillment workflow across your warehouse. . . . Intuition also tracks the exact location, quantity, and batch of every SKU – giving you a live, accurate view of your inventory....."*[20] |
| **1.e** determine there is a potential for a collision between the first transporting device traveling along the first path and the second transporting device traveling along the second path, and | ***Brightpick's Intuition software is configured to determine that there is a potential for a collision between a first Gridpicker robot traveling along its first path and a second Gridpicker robot traveling along its second path.***<br><br>Collision-potential prediction is integral to the Time-Space Planning algorithm. Brightpick has stated that Intuition "plans the paths of the Brightpick Autopicker robots in a way that ensures they do not cross each other, which would impede or slow them down," and that the algorithm "negotiate[s] conflicts where two robots want to be in the same place at the same time." In order to ensure that paths do not cross and to negotiate same-place/same-time conflicts, the system must (and does) determine, before issuing the next movement command, whether the planned trajectory of one robot would conflict with the trajectory of another—*i.e.*, whether there is a potential for collision.<br><br>*"To maximize overall efficiency, it plans the paths of the Brightpick Autopicker robots in a way that ensures they do not cross each other, which would impede or slow them down. If a robot must cross the path of another robot, the software ensures one robot "gives way" to allow the higher-priority robot to pass."*[21]<br><br>*"As the robots travel through the warehouse, we have to plan their paths, plan the picking dwell times, and negotiate conflicts where two robots want to be in the same place at the same time."*[22] |

---

[20] BRIGHTPICK, *supra* note 1.
[21] DESIGN WORLD, *supra* note 5.
[22] BRIGHTPICK, *supra* note 6.

| '770 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| **1.f** responsive to a determination that there is the potential for the collision: withhold a second clearance command for the first transporting device that would cause the first transporting device to travel on the pathways along a portion of the first path, | ***Responsive to a determination that there is the potential for a collision between two Gridpicker robots, on information and belief Brightpick's Intuition software withholds the next clearance command for the first robot that would otherwise cause the first robot to travel along the conflicting portion of its first path.***<br><br>On information and belief, Brightpick's "give way" logic is, in substance, a clearance-withholding mechanism: when two robots are on paths that would cause them to cross, the software causes one robot to "give way"—*i.e.*, to refrain from continuing along its current path through the conflict point until the other robot has cleared. The robot that yields is the robot whose next clearance command is withheld; the "higher-priority robot" is the robot whose clearance is granted. Equivalently, when a Brightpick Autopicker is blocking an aisle, "other robots will go around it"—those other robots have their straight-line clearance withheld in favor of a detour. In either case, the system is responsive to the predicted conflict by withholding the next-segment clearance for at least one robot.<br><br>*"If a robot must cross the path of another robot, the software ensures one robot "gives way" to allow the higher-priority robot to pass. Moreover, if a Brightpick Autopicker robot is blocking an aisle because it's picking there, other robots will go around it to avoid being stuck in that aisle (even if that aisle is the shortest pick path for the other robots)."*[23] |
| **1.g** determine a revised path different from the first path for the first transporting device to travel on the pathways, and | ***Also responsive to the determination of collision potential, on information and belief Brightpick's Intuition software determines a revised path, different from the first path, for the first Gridpicker robot to travel on the pathways.***<br><br>Once a conflict is detected, the Intuition Time-Space Planning algorithm re-plans the affected robot's path so that the robot can continue making progress around the conflict point. Brightpick publicly states that this re-plan operates in real time—on average within "a few seconds"—and that the affected robot is routed around the conflict (for example, "other robots will go around" a blocking robot rather than waiting for it). The result is a revised path that differs from the originally planned first path.<br><br>*"On average it takes only a few seconds to re-plan the entire robot fleet if something unexpected disrupts the precisely planned workflows (for example, if a human needs to walk into a robot's path)."*[24]<br><br>*"Real-time re-planning ensures uninterrupted operations even if something unexpectedly changes while the robot is already traveling."*[25] |
| **1.h** generate a third clearance | ***Also responsive to the determination of collision potential, on information and belief Brightpick's Intuition software generates a new clearance command for the first Gridpicker robot to cause it to travel along a portion of the revised path.*** |

[23] DESIGN WORLD, *supra* note 5.<br>[24] *Id.*<br>[25] BRIGHTPICK, *supra* note 7.

| '770 Claim Limitation | Infringement by Brightpick Gridpicker / Intuition |
|---|---|
| command for the first transporting device to cause the first transporting device to travel on the pathways along a portion of the revised path; and | Once the revised, non-conflicting path has been computed, Intuition transmits the next-segment command to the affected robot to direct it along the revised route. This is the same per-robot movement command described above (*see* 1.d), now keyed to the revised path rather than the original first path. The operational outcome—Brightpick's assurance that operations remain "uninterrupted" and that the robot continues to make progress while the fleet is re-planned—presupposes the issuance of a new clearance command directing the affected robot to traverse the revised route.<br><br>*"Real-time re-planning ensures uninterrupted operations even if something unexpectedly changes while the robot is already traveling. All this ensures Brightpick robots can work efficiently even in the busiest warehouse environments."*[26]<br><br>*"Brightpick Intuition orchestrates our entire robot fleet with precision, controlling every movement and fulfillment workflow across your warehouse."*[27] |
| **1.i**<br>a memory device configured to store the plurality of clearance commands and the third clearance command. | ***Brightpick's Intuition software, which runs on one or more servers, comprises a memory device configured to store the plurality of clearance commands and the third clearance command.***<br><br>Intuition is a centralized fleet-management system that continuously generates, transmits, and tracks per-robot movement commands. A memory device storing those commands is inherent in any such centralized fleet-management software, and Brightpick has publicly stated that Intuition integrates with customer WMS/ERP systems through standard APIs—an integration that itself requires on-server storage of commands and state.<br><br>*"The software easily integrates with a warehouse's WMS or ERP system using standard APIs."*[28] |

---

[26] *Id.*

[27] BRIGHTPICK, *supra* note 1.

[28] DESIGN WORLD, *supra* note 5.