**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| BRIGHTPICK INC., <br><br> Plaintiff, <br><br> v. <br><br> OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD., <br><br> Defendants. | Case No. 3:26-cv-305 (DJN) <br><br> **JURY TRIAL DEMANDED** |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Counsel for plaintiff Brightpick Inc. respectfully requests that the Court grant leave for

Jacob A. Kamstra to withdraw from this action under Eastern District of Virginia Local Civil

Rule 83.1(H) and enter the concurrently filed proposed order, as he has ended his employment

with Warren LLP.  Brightpick has notice of Mr. Kamstra's withdrawal, and Warren LLP and

LeGrand Law PLLC will continue to represent Brightpick in this matter.

Date:  July 21, 2026

Respectfully submitted,

*/s/ Rebecca S. LeGrand*
Rebecca S. LeGrand
Virginia Bar No. 89859
LEGRAND LAW PLLC
1100 H Street NW, Suite 1220
Washington, D.C., 20005
+1 (202) 587-5725
+1 (202) 587-5610 facsimile
rebecca@legrandpllc.com

Erika H. Warren (*pro hac vice*)
Matthew S. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606

– 1 –

San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-305@cases.warrenllp.com
erika@warrenllp.com
matt@warrenllp.com
madeline@warrenllp.com

*Attorneys for Plaintiff Brightpick Inc.*