**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| BRIGHTPICK INC., <br><br> Plaintiff, <br><br> v. <br><br> OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD., <br><br> Defendants. | Case No. 3:26-cv-305 (DJN) <br><br> **JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

Upon consideration of the Motion for Leave to Withdraw as Counsel, the Court finds

good cause for the entry of this Order and GRANTS the motion.  Jacob A. Kamstra is withdrawn

as counsel for plaintiff Brightpick Inc.

It is so ORDERED.

_____
David J. Novak
United States District Judge

Richmond, Virginia
Date: _____, 2026