IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRIGHTPICK INC.,
    Plaintiff,

v.                                                                          Civil No. 3:26cv305 (DJN)

OCADO INNOVATION LTD, *et al.*,
    Defendant.

## ORDER
### (Granting Motion to Withdraw)

    This matter comes before the Court on Plaintiff Brightpick Inc. ("Plaintiff") Motion to Withdraw as Counsel, (ECF No. 34 ("Motion")), which requests that Jacob A. Kamstra ("Mr. Kamstra") be removed as counsel in this matter. Mr. Miko represents that will be leaving Warren LLP. (*Id.* at 1.) For good cause shown, and because Plaintiff will remain represented by counsel, the Court hereby GRANTS the Motion (ECF No. 34).

    Let the Clerk file a copy of this Order electronically and notify all counsel of record.

    It is so ORDERED.

                                  _____/s/_____

                                  David J. Novak
                                  United States District Judge

Richmond, Virginia
Dated: July 23, 2026