**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

BRIGHTPICK, INC.,

Plaintiff,

v. Civil No. 3:26-cv-305(DJN)

OCADO INNOVATION LTD., *et al.*,

Defendants.

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Rachel W. Adams as counsel of record for Plaintiff Brightpick, Inc. Ms. Adams is admitted to practice in this Court.

Respectfully submitted,

BRIGHTPICK, INC.

/s/

Rachel W. Adams, Esq. (VSB No. 92605)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
Email: radams@t-mlaw.com

Rebecca S. LeGrand, Esq. (VSB No. 89859)
LEGRAND LAW PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
+ 1 (202) 587-5725
+ 1 (202) 587-5610 facsimile
Email: rebecca@legrandpllc.com

Erika H. Warren (*pro hac vice*)
Matthew S. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
+ 1 (415) 895-2940
+ 1 (415) 895-2964 facsimile
26-305@cases.warrenllp.com
erika@warrenllp.com
matt@warrenllp.com
madeline@warrenllp.com

*Counsel for Plaintiff Brightpick, Inc.*