IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRIGHTPICK INC.,
Plaintiff,

v. Civil No. 3:26cv305 (DJN)

OCADO INNOVATION LTD, *et al.*,
Defendant.

**ORDER**
**(Granting Motion to Withdraw)**

This matter comes before the Court on Plaintiff Brightpick Inc. ("Plaintiff") Motion to Withdraw as Counsel, (ECF No. 38 ("Motion")), which requests that Rebecca S. LeGrand ("Ms. LeGrand") be removed as counsel in this matter and be replaced by Rachel W. Adams and the law firm ThompsonMcMullan, P.C.. (*Id.* at 1.) For good cause shown, and because Plaintiff will remain represented by counsel, the Court hereby GRANTS the Motion (ECF No. 38).

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Alexandria, Virginia
Dated: August 9, 2026