**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

BRIGHTPICK, INC.,

       Plaintiff,

v.                                  Civil No. 3:26-cv-305-DJN

OCADO INNOVATION LTD., *et al.*,

       Defendants.

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Timothy A. Richard as counsel of record for Plaintiff Brightpick, Inc. Mr. Richard is admitted to practice in this Court.

Respectfully submitted,

BRIGHTPICK, INC.

/s/
_____

Rachel W. Adams (VSB No. 92605)
Timothy A. Richard, Esq. (VSB No. 98370)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
Email: radams@t-mlaw.com
Email: trichard@t-mlaw.com

Rebecca S. LeGrand, Esq. (VSB No. 89859)
LEGRAND LAW PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 587-5725
Facsimile: (202) 587-5610
Email: rebecca@legrandpllc.com

Erika H. Warren (*pro hac vice*)
Matthew S. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
Email: 26-305@cases.warrenllp.com
Email: erika@warrenllp.com
Email: matt@warrenllp.com
Email: madeline@warrenllp.com

*Counsel for Plaintiff Brightpick, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of August, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

John Michael Erbach, Esq.
Nancy Young Simpson, Esq.
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219
Telephone: (804) 697-2044
Facsimile: (804) 697-2144
Email: jerbach@spottsfain.com
Email: nsimpson@spottsfain.com

Dustin Francis Guzior, Esq. (*pro hac vice*)
Garrard Russ Beeney, Esq. (*pro hac vice*)
Laurie Nicole Stempler, Esq. (*pro hac vice*)
Sullivan & Cromwell LLP (NY-NA)
125 Broad Street
New York, NY 10004-2498
**NA**
Telephone: (212) 558-4000
Facsimile: (212) 291-9226
Email: guziord@sullcrom.com
Email: beeneyg@sullcrom.com
Email: stemplerl@sullcrom.com

*Counsel for Ocado Innovation, Ltd. and
Ocado Solutions, Ltd.*

By: ___/s/_____
Timothy A. Richard, Esq. (VSB No. 98370)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
Email: trichard@t-mlaw.com

*Counsel for Plaintiff Brightpick, Inc.*