IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRIGHTPICK, INC.,
Plaintiff,

v. Civil No. 3:26cv305 (DJN)

OCADO INNOVATION LTD., *et al.*,
Defendant.

**ORDER**
**(Referring Case for Settlement Conference)**

This matter comes before the Court for pretrial case management and following an on-the-record initial pretrial conference on August 26, 2026. In the interest of judicial economy, the case is hereby REFERRED to United States Magistrate Judge Mark R. Colombell for settlement purposes. If amenable to Magistrate Judge Colombell and otherwise consistent with his calendar, the parties shall schedule a settlement conference no later than December 4, 2026. Should this case settle, the Court will cancel the status call scheduled for December 10, 2026 at 12 p.m.

Let the Clerk file a copy of this Order electronically, notify all counsel of record and forward a copy to Magistrate Judge Colombell.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: August 26, 2026