# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): ______________________________________

______________________________________

______________________________________

Electronic Device(s): ______________________________________

______________________________________

______________________________________

Purpose and Location
Of Use: ______________________________________

Case No.: ______________________________________

Date(s) Authorized: ______________________________________

IT Clearance Waived: _______(Yes) _______(No)

APPROVED BY:

Date:______________________ ______________________________________________
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: ______________________________________ ____________
IT Staff Member Date(s)

**IT clearance must be completed, unless waived, before court appearance.**