**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

BRIGHTPICK, INC.,

Plaintiff,

v. Civil No. 3:26-cv-305(DJN)

OCADO INNOVATION LTD., *et al.*,

Defendants.

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiff/Counterclaim Defendant Brightpick, Inc., together with Defendants/Counterclaim Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. (collectively, the "Parties"), by their respective counsel and pursuant to Federal Rule of Civil Procedure 26(c), respectfully move this Court for entry of the proposed Agreed Protective Order attached hereto.

Respectfully submitted,

BRIGHTPICK, INC.

/s/

Rachel W. Adams (VSB No. 92605)
Timothy A. Richard, Esq. (VSB No. 98370)
ThompsonMcMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
Email: radams@t-mlaw.com
Email: trichard@t-mlaw.com

Erika H. Warren (pro hac vice)
Matthew S. Warren (pro hac vice)
Madeline A. Woodall (pro hac vice)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
Email: 26-305@cases.warrenllp.com
Email: erika@warrenllp.com
Email: matt@warrenllp.com
Email: madeline@warrenllp.com

*Counsel for Brightpick Inc.*

OCADO INNOVATION LTD and OCADO SOLUTIONS, LTD.

/s/

John Michael Erbach, Esq.
Whiteford, Taylor & Preston, LLP
Two James Center
1021 East Cary Street
Suite 2001
Richmond, VA 23219
Ph: 804-793-8631
Fax: 804-793-8649
jerbach@whitefordlaw.com

Dustin Francis Guzior, Esq. (*pro hac vice*)
Garrard Russ Beeney, Esq. (*pro hac vice*)
Laurie Nicole Stempler, Esq. (*pro hac vice*)
Sullivan & Cromwell LLP (NY-NA)
125 Broad Street
New York, NY 10004-2498
**NA**
Telephone: (212) 558-4000
Facsimile: (212) 291-9226
Email: guziord@sullcrom.com
Email: beeneyg@sullcrom.com
Email: stemplerl@sullcrom.com

*Counsel for Ocado Innovation, Ltd. and Ocado Solutions, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

John Michael Erbach, Esq.
Whiteford, Taylor & Preston, LLP
Two James Center
1021 East Cary Street
Suite 2001
Richmond, VA 23219
Ph: 804-793-8631
Fax: 804-793-8649
jerbach@whitefordlaw.com

Dustin Francis Guzior, Esq. (*pro hac vice*)
Garrard Russ Beeney, Esq. (*pro hac vice*)
Laurie Nicole Stempler, Esq. (*pro hac vice*)
Sullivan & Cromwell LLP (NY-NA)
125 Broad Street
New York, NY 10004-2498
**NA**
Telephone: (212) 558-4000
Facsimile: (212) 291-9226
Email: guziord@sullcrom.com
Email: beeneyg@sullcrom.com
Email: stemplerl@sullcrom.com

*Counsel for Ocado Innovation, Ltd. and Ocado Solutions, Ltd.*

By: /s/

Rachel W. Adams (VSB No. 92605)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
Email: radams@t-mlaw.com

*Counsel for Plaintiff Brightpick, Inc.*