**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

BRIGHTPICK, INC.,

Plaintiff,

v. Civil No. 3:26-cv-305(DJN)

OCADO INNOVATION LTD., *et al.*,

Defendants.

**JOINT NOTICE OF SETTLEMENT**

Plaintiff/Counterclaim Defendant Brightpick, Inc., together with Defendants/Counterclaim Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd., by their respective counsel, hereby give notice to this Court that the Parties have reached a settlement in principle of all claims in the above-captioned matter. The Parties will be executing a formal settlement agreement within the coming weeks. Once the settlement is finalized, the Parties will file all necessary documents to effectuate the settlement, including a stipulation of dismissal with prejudice in this Court.

Respectfully submitted,

BRIGHTPICK, INC.

/s/

Rachel W. Adams (VSB No. 92605)
Timothy A. Richard, Esq. (VSB No. 98370)
ThompsonMcMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
Email: radams@t-mlaw.com
Email: trichard@t-mlaw.com

Erika H. Warren (pro hac vice)
Matthew S. Warren (pro hac vice)
Madeline A. Woodall (pro hac vice)
Kyle Xu (pro hac vice)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
Email: 26-305@cases.warrenllp.com

*Counsel for Brightpick Inc.*

OCADO INNOVATION LTD and OCADO SOLUTIONS, LTD.

/s/

John Michael Erbach, Esq.
Whiteford, Taylor & Preston, LLP
Two James Center
1021 East Cary Street
Suite 2001
Richmond, VA 23219
Ph: 804-793-8631
Fax: 804-793-8649
jerbach@whitefordlaw.com

Dustin Francis Guzior, Esq. (*pro hac vice*)
Garrard Russ Beeney, Esq. (*pro hac vice*)
Laurie Nicole Stempler, Esq. (*pro hac vice*)
Sullivan & Cromwell LLP (NY-NA)
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 291-9226
Email: guziord@sullcrom.com
Email: beeneyg@sullcrom.com
Email: stemplerl@sullcrom.com

*Counsel for Ocado Innovation, Ltd. and Ocado Solutions, Ltd.*