IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRIGHTPICK, INC.,
Plaintiff,

v.

Civil No. 3:26cv305 (DJN)

OCADO INNOVATION LTD., *et al*.,
Defendant.

**ORDER**
**(Directing Stipulation of Dismissal Filing)**

This matter comes before the Court upon the parties' Joint Notice of Settlement (ECF No. 50("Notice")). The parties represent that they plan to "execut[e] a formal settlement agreement within the coming weeks." (Notice at 1.) The Court hereby ORDERS that the parties shall file a stipulation of dismissal no later than Monday, November 23, 2026. Additionally, the Court hereby CANCELS the status conference previously scheduled for December 10, 2026. (ECF No. 42). If the parties fail to timely file a stipulation, the Court will reschedule the status conference.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Alexandria, Virginia
Date: October 23, 2026