**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

BRIGHTPICK, INC.,

Plaintiff,

v. Civil No. 3:26-cv-305(DJN)

OCADO INNOVATION LTD., *et al.*,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO SETTLEMENT AGREEMENT**

Pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c)(2) of the Federal Rules of Civil Procedure, and subject to the parties' confidential settlement agreement dated November 13, 2026, Plaintiff and Counterclaim-Defendant Brightpick Inc. and Defendants and Counterclaim-Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. hereby stipulate and agree to voluntary dismissal of all claims, counterclaims, and defenses in the above-captioned action with prejudice. The Parties also stipulate and agree that this Court will retain jurisdiction to enforce the settlement agreement, pursuant to *Kokkonen* v. *Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994), for the life of United States Patent Nos. 10,035,651, 10,759,597, 10,829,302, 11,273,980, 11,485,574, 11,505,405, 12,172,832, and 11,079,770 that were at issue in the above-captioned action. The settlement agreement expressly provides that disputes concerning the settlement agreement will be decided by Magistrate Judge Colombell (or if Judge Colombell is unable to serve, by a successor in office).

The stipulation, agreed to by all parties, is self-executing and shall be effective immediately upon filing with the Court.

Respectfully submitted,

**BRIGHTPICK INC.**

By their attorneys,

/s/

Rachel W. Adams (VSB No. 92605)
Timothy A. Richard (VSB No. 98370)
THOMPSONMCMULLAN, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, VA 23219
Tel: (804) 649-7545
Fax: (804) 780-1813
radams@t-mlaw.com

Erika H. Warren (*pro hac vice*)
Matthew S. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
DeMarcus B. T. Williams (*pro hac vice*)
Jesse A. Macias (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, CA 94114
Tel: (415) 895-2940
Fax: (415) 895-2964
26-305@cases.warrenllp.com

**OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD.**

By their attorneys,

/s/

John M. Erbach (VSB No. 76695)
WHITEFORD, TAYLOR & PRESTON LLP
Two James Center
1021 East Cary Street
Richmond, VA 23219
Tel: (804) 793-8631
Fax: (804) 793-8649
jerbach@whitefordlaw.com

Dustin F. Guzior (*pro hac vice*)
Garrard R. Beeney (*pro hac vice*)
Laurie N. Stempler (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
guziord@sullcrom.com
beeneyg@sullcrom.com
stemplerl@sullcrom.com